B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re **CHOA Vision, LLC** _____  Case No. **2:10-bk-44798**
_____
Debtor(s)                          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| City of Hartford<br>550 Main Street<br>Hartford, CT 06103 | City of Hartford<br>550 Main Street<br>Hartford, CT 06103 | Property Tax | | 384,441.74 |
| City of Hartford<br>550 Main Street<br>Hartford, CT 06103 | City of Hartford<br>550 Main Street<br>Hartford, CT 06103 | Personal Tax | | 58,589.99 |
| City of Hartford<br>550 Main Street<br>Hartford, CT 06103 | City of Hartford<br>550 Main Street<br>Hartford, CT 06103 | Personal Tax | | 29,478.38 |
| Commonwealth Business Bank<br>5055 Wilshire Boulevard, #100<br>Los Angeles, CA 90036 | Commonwealth Business Bank<br>5055 Wilshire Boulevard, #100<br>Los Angeles, CA 90036 | Crowne Plaza Hotel<br>50 Morgan Street<br>Hartford, CT 06120<br>Value based on 7/10 appraisal | | 12,638,500.00<br><br>(12,340,000.00 secured) |
| GHCVB<br>31 Pratt Street<br>4th Floor<br>Hartford, CT 06103 | GHCVB<br>31 Pratt Street<br>4th Floor<br>Hartford, CT 06103 | Unpaid Vendor | | 16,840.00 |
| Greater Hartford C & V Bureau<br>31 Pratt Street, 4th Floor<br>Hartford, CT 06103 | Greater Hartford C & V Bureau<br>31 Pratt Street, 4th Floor<br>Hartford, CT 06103 | Unpaid Vendor | | 16,840.00 |
| Hess Corporation<br>PO Box 905243<br>Charlotte, NC 28290-5243 | Hess Corporation<br>PO Box 905243<br>Charlotte, NC 28290-5243 | Electricity Usage | | 154,675.02 |
| InterContinental Hotels Group<br>PO Box 101074<br>Atlanta, GA 30346 | InterContinental Hotels Group<br>PO Box 101074<br>Atlanta, GA 30346 | Franchise fees | | 273,898.76 |
| Metropolitan District<br>555 Main Street<br>PO Box 800<br>Hartford, CT 06142 | Metropolitan District<br>555 Main Street<br>PO Box 800<br>Hartford, CT 06142 | Water Bill | | 62,522.77 |
| One Communications<br>PO Box 415721<br>Boston, MA 02241-5721 | One Communications<br>PO Box 415721<br>Boston, MA 02241-5721 | Unpaid Vendor | | 13,814.04 |

B4 (Official Form 4) (12/07) - Cont.

In re    **CHOA Vision, LLC**                                                    Case No.    **2:10-bk-44798**
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Packard Hospitality Group<br>8775 Aero Drive<br>Suite 335<br>San Diego, CA 92123 | Packard Hospitality Group<br>8775 Aero Drive<br>Suite 335<br>San Diego, CA 92123 | Unpaid Vendor | | 77,949.47 |
| Plymouth Park Tax Services, LLC<br>dba XSPAND<br>115 S. Jefferson Rd., D-4<br>Whippany, NJ 07981 | Plymouth Park Tax Services, LLC<br>dba XSPAND<br>115 S. Jefferson Rd., D-4<br>Whippany, NJ 07981 | Property Tax | | 798,992.15 |
| Plymouth Park Tax Services, LLC<br>dba XSPAND<br>115 S. Jefferson Rd., D-4<br>Whippany, NJ 07981 | Plymouth Park Tax Services, LLC<br>dba XSPAND<br>115 S. Jefferson Rd., D-4<br>Whippany, NJ 07981 | Property Tax | | 351,530.99 |
| Solomon Agency Corp.<br>29-50 Union St. 2nd floor<br>Suite 200<br>Flushing, NY 11354 | Solomon Agency Corp.<br>29-50 Union St. 2nd floor<br>Suite 200<br>Flushing, NY 11354 | Unpaid Vender | | 29,409.00 |
| State of Connecticut<br>Department of Revenue Services<br>25 Sigourney Street<br>Hartford, CT 06106 | State of Connecticut<br>Department of Revenue Services<br>25 Sigourney Street<br>Hartford, CT 06106 | Sales/Occupancy Tax | | 54,365.70 |
| State of Connecticut<br>Department of Revenue Services<br>25 Sigourney Street, Ste 2<br>Hartford, CT 06106 | State of Connecticut<br>Department of Revenue Services<br>25 Sigourney Street, Ste 2<br>Hartford, CT 06106 | Sales/Occupancy Tax | | 178,108.59 |
| The Metropolitan District<br>PO Box 99092<br>Hartford, CT 06199-0092 | The Metropolitan District<br>PO Box 99092<br>Hartford, CT 06199-0092 | Unpaid Vendor | | 62,522.77 |
| The Packard Companies<br>8775 Aero Drive<br>San Diego, CA 92123 | The Packard Companies<br>8775 Aero Drive<br>San Diego, CA 92123 | Unpaid vendor | | 77,949.47 |
| U.S. Foodservice Inc.<br>P.O. Box 842700<br>Boston, MA 02284-2700 | U.S. Foodservice Inc.<br>P.O. Box 842700<br>Boston, MA 02284-2700 | Unpaid Vender | | 24,832.60 |
| US Foodservice, Inc.<br>15155 Northam Street<br>La Mirada, CA 90638 | US Foodservice, Inc.<br>15155 Northam Street<br>La Mirada, CA 90638 | Unpaid Vendor | | 23,739.14 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **CHOA Vision, LLC**                                          Case No.   **2:10-bk-44798**
                      Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September  1, 2010**                           Signature   **/s/ Gene Choe**
                                                                      **Gene Choe**
                                                                      **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Central District of California

In re    **CHOA Vision, LLC**
            Debtor

Case No.    **2:10-bk-44798**

Chapter          **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Chong Hui Chong**<br>**823 S. Mariposa Ave., #1**<br>**Los Angeles, CA 90005** | **None** | **1.7294%** | **Membership Interest** |
| **Do Young Lee**<br>**1702 N. Fir Street**<br>**Tacoma, WA 98406** | **None** | **3.2044%** | **Membership Interest** |
| **Eric Jang-Oh Chung**<br>**26825 Willow Creek Ln., #26**<br>**Valencia, CA 91355** | **None** | **2.5941%** | **Membership Interest** |
| **Eun Young Lee**<br>**fbo Newland Presbyterian Church**<br>**905 S. Euclid Street**<br>**Fullerton, CA 92832** | **None** | **4.7165%** | **Membership Interest** |
| **Great Vision Investment, Inc.**<br>**1543 W. Olympic Blvd., #329**<br>**Los Angeles, CA 90015** | **None** | **5.1881%** | **Membership Interest** |
| **Isaac Lee**<br>**50 Morgan Street**<br>**Hartford, CT 06120** | **None** | **3.1443%** | **Membership Interest** |
| **Ji Soo Yu**<br>**3-402 Dong Hyun Apt. 105**<br>**Nonhyun-dong Gangnam-ku**<br>**Seoul 135-820, Korea** | **None** | **3.4588%** | **Membership Interest** |
| **Jonathan Jonghoo & Esther E. Park**<br>**330 Bagnals Ave.**<br>**Placentia, CA 92870** | **None** | **2.5941%** | **Membership Interest** |
| **Jung Hyeup Suh**<br>**18975 Pelham Way**<br>**Yorba Linda, CA 92886** | **None** | **2.3582%** | **Membership Interest** |
| **Keum Sook Lee**<br>**21733 Vintage Street**<br>**Chatsworth, CA 91311** | **None** | **4.3697%** | **Membership Interest** |
| **Kimberly Park**<br>**1656 Rancho Hill Dr.**<br>**Chino Hills, CA 91709** | **None** | **1.5722%** | **Membership Interest** |

   **2**    continuation sheets attached to List of Equity Security Holders

In re    **CHOA Vision, LLC**                                          Case No.    **2:10-bk-44798**

,

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Kwan Soo Kwak**<br>**4031 Humbaldt Ln.**<br>**Yorba Linda, CA 92886** | **None** | **3.1443%** | **Membership**<br>**Interest** |
| **Kyurios Cho**<br>**9629 Misty Meadow Lane**<br>**Escondido, CA 92026** | **None** | **6.9175%** | **Membership**<br>**Interest** |
| **Lux Equity/Gene W. Choe**<br>**3699 Wilshire Blvd., #720**<br>**Los Angeles, CA 90010** | **None** | **3.9304%** | **Membership**<br>**Interest** |
| **Misung and Steven Yongjae Kwak**<br>**18975 Pelham Way**<br>**Yorba Linda, CA 92886** | **None** | **6.2886%** | **Membership**<br>**Interest** |
| **Misung Kwak**<br>**4031 Humbaldt Ln.**<br>**Yorba Linda, CA 92886** | **None** | **0.7861%** | **Membership**<br>**Interest** |
| **Moon Seo**<br>**1214 Cleveland Rd.**<br>**Glendale, CA 91202** | **None** | **1.0924%** | **Membership**<br>**Interest** |
| **Ron Lim**<br>**5771 Indian Pointe Dr.**<br>**Simi Valley, CA 93063** | **None** | **10.3763%** | **Membership**<br>**Interest** |
| **Sarah Suh**<br>**7618 Foxboro Ln.**<br>**Canoga Park, CA 91304** | **None** | **3.2044%** | **Membership**<br>**Interest** |
| **Simon Hyun Sae Lee**<br>**600 W. 9th Street, #706**<br>**Los Angeles, CA 90015** | **None** | **1.6022%** | **Membership**<br>**Interest** |
| **Sun Han**<br>**1210 Highland Avenue**<br>**Glendale, CA 91202** | **None** | **1.4566%** | **Membership**<br>**Interest** |
| **Sung Kone Kim & Youngsil Kim**<br>**20824 Sardina Way**<br>**Porter Ranch, CA 91326** | **None** | **6.4089%** | **Membership**<br>**Interest** |
| **Woo Yang Chun & Jong Yol Gill**<br>**23310 Mariner Ln.**<br>**Valencia, CA 91355** | **None** | **3.2044%** | **Membership**<br>**Interest** |
| **Yeong Jae Yeon**<br>**474 Berry Lane**<br>**Paramus, NJ 07652** | **None** | **3.1443%** | **Membership**<br>**Interest** |

Sheet   **1**   of   **2**   continuation sheets attached to the List of Equity Security Holders

In re    **CHOA Vision, LLC**                                              Case No.    **2:10-bk-44798**
                                                                        ,
                                        Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Yong Je Lee and Young Suk Shin**<br>**635 S. Hobart Blvd., #329**<br>**Los Angeles, CA 90005** | **None** | **2.3582%** | **Membership Interest** |
| **Yoon Sup Song**<br>**18952 Kentucky Downs Ln.**<br>**Yorba Linda, CA 92886** | **None** | **3.1443%** | **Membership Interest** |
| **Youngshim Park**<br>**18931 Granada Circle**<br>**Porter Ranch, CA 91326** | **None** | **1.6022%** | **Membership Interest** |
| **Yun Jong Kang**<br>**41 Carolyn Ct.**<br>**East Hanover, NJ 07936** | **None** | **6.4089%** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **September  1, 2010**                    Signature    **/s/ Gene Choe**
                                                                        **Gene Choe**
                                                                        **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Sheet    **2**    of    **2**    continuation sheets attached to the List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Beverly Hills**                              , California.          **/s/ Gene Choe**
                                                                                    **Gene Choe**
Dated         **September  1, 2010**                                                *Debtor*

                                                                                    *Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **CHOA Vision, LLC**                                    ,          Case No.   **2:10-bk-44798**
                                    Debtor

                                               Chapter                        **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 12,340,000.00 | | |
| B - Personal Property | Yes | 5 | 1,701,629.34 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 12,638,500.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 1,855,507.54 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | 1,052,831.39 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 39 | | | |
| Total Assets | | | 14,041,629.34 | | |
| Total Liabilities | | | | 15,546,838.93 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **CHOA Vision, LLC**                                           Case No.    __2:10-bk-44798__
                                                            ,
                                        Debtor

                                                            Chapter                    __11__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **CHOA Vision, LLC**                                                                              Case No.    **2:10-bk-44798**
                                                                    ,
                                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **Crowne Plaza Hotel**<br>**50 Morgan Street**<br>**Hartford, CT 06120**<br>**Value based on 7/10 appraisal** | **100% fee simple** | **-** | **12,340,000.00** | **12,638,500.00** |

|  | Sub-Total > | **12,340,000.00** | (Total of this page) |
| --- | --- | --- | --- |
|  | Total > | **12,340,000.00** |  |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **CHOA Vision, LLC**                                                    , Case No.    **2:10-bk-44798**
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Change Fund** | - | 5,000.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking Account ending in x7824**<br>**185 Asylum Street, Hartford, CT 06103** | - | 45,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Hotel Office Furniture**<br>**50 Morgan Street, Hartford, CT 06120** | - | 32,493.00 |
| | | **Hotel Bar Furniture**<br>**50 Morgan Street, Hartford, CT 06120** | - | 29,200.00 |
| | | **Hotel Lounge Furniture**<br>**50 Morgan Street, Hartford, CT 06120** | - | 31,350.00 |
| | | **Hotel Conference Furniture**<br>**50 Morgan Street, Hartford, CT 06120** | - | 30,525.00 |
| | | **Hotel Gym and Laundry Furnishings and Goods**<br>**50 Morgan Street, Hartford, CT 06120** | - | 39,690.00 |
| | | **Hotel Kitchen Goods and Furnishings**<br>**50 Morgan Street, Hartford, CT 06120** | - | 73,060.00 |
| | | **Hotel Room Furnishings**<br>**50 Morgan Street, Hartford, CT 06120** | - | 659,935.00 |
| | | **Hotel Landscaping Goods**<br>**50 Morgan Street, Hartford, CT 06120** | - | 9,250.00 |

Sub-Total >         955,503.00
(Total of this page)

__4__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **CHOA Vision, LLC**                                                    ,    Case No.    **2:10-bk-44798**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet  __1__  of  __4__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **CHOA Vision, LLC**                                              ,    Case No.   **2:10-bk-44798**
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16.  Accounts receivable. | | **American Airlines: Account # A827A for $99,691.52**<br>**ATI: Account # A60531 for $178**<br>**Cigna AEDP: Account #C0261 for $331.24**<br>**Cross Country Education: Account # C1645 for $1,924.34**<br>**David Singer Enterprises: Account # D401 for $8,374.16**<br>**Delta Airlines, Inc.: Account # DELTA for $72,381.12**<br>**ESPN, Inc./ABC Sport Accounting: Account # ESPN for $2,553.60**<br>**Fred Pryor Seminars: Account # F9757 for $960**<br>**Jong Woo: Account # JWOO for $3,191.74**<br>**National Seminars: Account # N6901 for $727.20**<br>**Priority Club/Accounting : Account # H0002 for $100.00**<br>**SERC- Rensselaer: Account # CS-SERC for $284.41**<br>**Travelers Insurance: Account # T1118 for $3,270.31**<br>**UConn Health Center: Account # U4031 for $5,256.50**<br>**UConn School of Law: Account #UC102909 for $2,259.98**<br>**United Natural Foods: Account # UNF260 for $6,103.28**<br>**University of Connecticut: Account # U2111 for $522.75**<br>**US Airways, Inc.: Account # USPRE for $15,026.32**<br>**Yellow Ribbon Event: Account # USARMY for $17,240.00** | - | 240,528.55 |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >      240,528.55
(Total of this page)

Sheet   **2**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **CHOA Vision, LLC**                                        ,   Case No.   **2:10-bk-44798**
                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **InterContinental Hotels Group Franchise License (Crowne Plaza Hotels)** | - | 175,000.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 Ford E350 15 passenger van in good condition 50 Morgan Street, Hartford, CT 06120** | - | 5,000.00 |
| | | **2000 Ford E350 15 passenger van in good condition 50 Morgan Street, Hartford, CT 06120** | - | 5,000.00 |
| | | **1992 Ford E420 21 passenger van in fair condition 50 Morgan Street, Hartford, CT 06120** | - | 2,000.00 |
| | | **2006 Freightliner 32 passenger bus in good condition 50 Morgan Street, Hartford, CT 06120** | - | 45,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computers, monitors, printers, fax machines, servers, desks, chairs, and file cabinets** | - | 10,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **F&B Inventory Housekeeping inventory** | - | 10,000.00 |

Sub-Total >   252,000.00
(Total of this page)

Sheet   **3**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **CHOA Vision, LLC** _____, Case No. __**2:10-bk-44798**__
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Food Inventory**<br>**50 Morgan Street, Hartford, CT 06120** | - | **12,401.39** |
| | | **Beverage Inventory**<br>**50 Morgan Street, Hartford, CT 06120** | - | **7,422.72** |
| | | **Banquet Linen Inventory**<br>**50 Morgan Street, Hartford, CT 06120** | - | **16,042.32** |
| | | **Banquet Table & Chair Inventory**<br>**50 Morgan Street, Hartford, CT 06120** | - | **73,800.00** |
| | | **Linen Inventory**<br>**50 Morgan Street, Hartford, CT 06120** | - | **129,090.95** |
| | | **China, Glass & Silver Inventory**<br>**50 Morgan Street, Hartford, CT 06120** | - | **14,840.41** |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 253,597.79 |
| (Total of this page) | |
| Total > | 1,701,629.34 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **CHOA Vision, LLC** _____ ,   Case No.   **2:10-bk-44798** _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx1382** | | | **Business Property Loan** | | | | | |
| **Commonwealth Business Bank** **5055 Wilshire Boulevard, #100** **Los Angeles, CA 90036** | | - | **Crowne Plaza Hotel** **50 Morgan Street** **Hartford, CT 06120** **Value based on 7/10 appraisal** | | | | | |
| | | | Value $          **12,340,000.00** | | | | **12,638,500.00** | **298,500.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

___**0**___ continuation sheets attached

| | Subtotal (Total of this page) | **12,638,500.00** | **298,500.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **12,638,500.00** | **298,500.00** |

B6E (Official Form 6E) (4/10)

In re __CHOA Vision, LLC_____,    Case No. ___2:10-bk-44798_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **CHOA Vision, LLC**
                                                                    ,    Case No.    **2:10-bk-44798**
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Crowne Plaza Hartford** <br><br> **City of Hartford** <br> **550 Main Street** <br> **Hartford, CT 06103** | - | | **2009** <br><br> **Property Tax** | | | | 384,441.74 | 0.00 <br><br> 384,441.74 |
| Account No. **CHOA Vision LLC** <br><br> **City of Hartford** <br> **550 Main Street** <br> **Hartford, CT 06103** | - | | **2008** <br><br> **Personal Tax** | | | | 58,589.99 | 0.00 <br><br> 58,589.99 |
| Account No. **CHOA Vision LLC** <br><br> **City of Hartford** <br> **550 Main Street** <br> **Hartford, CT 06103** | - | | **2009** <br><br> **Personal Tax** | | | | 29,478.38 | 0.00 <br><br> 29,478.38 |
| Account No. **xxx7350** <br><br> **Plymouth Park Tax Services, LLC** <br> **dba XSPAND** <br> **115 S. Jefferson Rd., D-4** <br> **Whippany, NJ 07981** | - | | **2008** <br><br> **Property Tax** | | | | 798,992.15 | 0.00 <br><br> 798,992.15 |
| Account No. **xxx7350** <br><br> **Plymouth Park Tax Services, LLC** <br> **dba XSPAND** <br> **115 S. Jefferson Rd., D-4** <br> **Whippany, NJ 07981** | - | | **2007** <br><br> **Property Tax** | | | | 351,530.99 | 0.00 <br><br> 351,530.99 |

Sheet  **1**   of  **2**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 1,623,033.25 | 1,623,033.25 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **CHOA Vision, LLC**                                        ,    Case No.    **2:10-bk-44798**
                                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. **Crowne Plaza Hartford** **State of Connecticut Department of Revenue Services 25 Sigourney Street, Ste 2 Hartford, CT 06106** | - | | | **2009** **Sales/Occupancy Tax** | | | | **178,108.59** | **0.00** **178,108.59** | |
| Account No. **Crowne Plaza Hartford** **State of Connecticut Department of Revenue Services 25 Sigourney Street Hartford, CT 06106** | - | | | **2010** **Sales/Occupancy Tax** | | | | **54,365.70** | **0.00** **54,365.70** | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | **0.00** **232,474.29** | **232,474.29** |
| | Total (Report on Summary of Schedules) | **0.00** **1,855,507.54** | **1,855,507.54** |

B6F (Official Form 6F) (12/07)

In re    **CHOA Vision, LLC**                                                                    Case No.  __**2:10-bk-44798**__
                                                                ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J | C | | | | | |
| Account No.  **Crowne Plaza Hartford**  <br><br>**Allan S. Goodman, Inc.**<br>**PO Box 749**<br>**Hartford, CT 06142** | - | | | | **7/2010**<br>**Unpaid Vendor** | | | | 547.55 |
| Account No.  **Crowne Plaza Hartford**  <br><br>**Altour Travel**<br>**12100 West Olympic Boulevard**<br>**Los Angeles, CA 90064** | - | | | | **7/2010**<br>**Unpaid Vendor** | | | | 1,226.45 |
| Account No.  **Crowne Plaza Hartford**  <br><br>**American Hotel Register Company**<br>**16458 Collections Center Drive**<br>**Chicago, IL 60693** | - | | | | **4/2010**<br>**Unpaid Vendor** | | | | 2,885.25 |
| Account No.  **Crowne Plaza Hartford**  <br><br>**Arthur Burrell**<br>**50 Morgan Street**<br>**Hartford, CT 06120** | - | | | | **4/2010**<br>**Unpaid Vender** | | | | 105.41 |

__25__  continuation sheets attached

Subtotal
(Total of this page)                                                  4,764.66

B6F (Official Form 6F) (12/07) - Cont.

In re    **CHOA Vision, LLC**                                          ,    Case No.    **2:10-bk-44798**
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Crowne Plaza Hartford** <br><br> **AS Hopitality** <br> **3493 Lamar Avenue** <br> **Memphis, TN 38118** | | - | | **4/2010** <br> **Unpaid Vendor** | | | | 155.64 |
| Account No. **xxx3212** <br><br> **ASCAP** <br> **21678 Network Place** <br> **Chicago, IL 60673-1216** | | - | | **1/2010** <br> **Unpaid Vendor** | | | | 26.81 |
| Account No. **Crowne Plaza Hartford** <br><br> **AT&T** <br> **PO Box 5091** <br> **Carol Stream, IL 60197-5091** | | - | | **4/2010** <br> **Unpaid Vendor** | | | | 844.77 |
| Account No. **Crowne Plaza Hartford** <br><br> **AT&T Advertising Solutions** <br> **PO Box 5010** <br> **Carol Stream, IL 60197-5010** | | - | | **4/2010** <br> **Unpaid Vendor** | | | | 145.04 |
| Account No. **Crowne Plaza Hartford** <br><br> **B&G Restaurant Supply** <br> **48 Eagle Street** <br> **Pittsfield, MA 01201** | | - | | **4/2010** <br> **Unpaid Vendor** | | | | 160.53 |

Sheet no. __1__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,332.79

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **CHOA Vision, LLC**                                          ,    Case No.    **2:10-bk-44798**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Crowne Plaza Hartford** <br><br> **B-G Mechanical Services INC** <br> **12 Second Avenue** <br> **Chicopee, MA 01020** | - | | | | 7/2010 <br> **Unpaid Vendor** | | | | 899.04 |
| Account No. **Crowne Plaza Hartford** <br><br> **Brescome Barton Inc.** <br> **PO Box 481** <br> **North Haven, CT 06473** | - | | | | 7/2010 <br> **Unpaid Vendor** | | | | 129.95 |
| Account No. **Crowne Plaza Hartford** <br><br> **Business for Downtown Hartford** <br> **942 Main Street** <br> **Suite 300** <br> **Hartford, CT 06120** | - | | | | 4/2010 <br> **Unpaid vendor** | | | | 225.00 |
| Account No. **Crowne Plaza Hartford** <br><br> **Carter Brothers, LLC** <br> **Wacovia Lock Box** <br> **PO Box 933815** <br> **Atlanta, GA 31193-3815** | - | | | | 11/2008 <br> **Unpaid Vendor** | | | | 2,508.00 |
| Account No. **Crowne Plaza Hartford** <br><br> **City Line Distributors** <br> **20 Industry Drive Exn** <br> **West Haven, CT 06516** | - | | | | 7/2009 <br> **Unpaid Vendor** | | | | 10,582.09 |

Sheet no. __2__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **14,344.08**

B6F (Official Form 6F) (12/07) - Cont.

In re    **CHOA Vision, LLC**                                          ,    Case No.    **2:10-bk-44798**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx5732**<br><br>**Clear Channel Airports**<br>**PO Box 847247**<br>**Dallas, TX 75284-7247** | | - | **3/2010**<br>**Unpaid Vendor** | | | | 1,800.00 |
| Account No. **7988**<br><br>**COMCAST**<br>**PO Box 1577**<br>**Newark, NJ 07101** | | - | **4/2010**<br>**Unpaid Vendor** | | | | 438.03 |
| Account No. **Crowne Plaza Hartford**<br><br>**Connecticut Distributors**<br>**PO Box 487**<br>**Stratford, CT 06615-7100** | | - | **4/2010**<br>**Unpaid vendor** | | | | 1,187.07 |
| Account No. **xxxxxxx2013**<br><br>**Connecticut Light and Power**<br>**PO Box 150493**<br>**Hartford, CT 06141** | | - | **4/2010**<br>**Electricity Delivery** | | | | 6,667.15 |
| Account No. **Crowne Plaza Hartford**<br><br>**Connecticut Natural Gas**<br>**P.O. Box 1085**<br>**Augusta, ME 04332** | | - | **4/2010**<br>**Gas Delivery** | | | | 3,046.28 |

Sheet no. **3** of **25** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,138.53

B6F (Official Form 6F) (12/07) - Cont.

In re   **CHOA Vision, LLC** _____,   Case No.   **2:10-bk-44798**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx0636**<br><br>**COPY RITE**<br>**500 Corporate Row**<br>**Cromwell, CT 06416** | - | | | | 2/2009<br>**Unpaid vendor** | | | | 549.18 |
| Account No. **5095**<br><br>**Corporation Services Company**<br>**PO Box 13397**<br>**Philadelphia, PA 19101-3397** | - | | | | 5/2010<br>**Unpaid Vender** | | | | 331.00 |
| Account No. **Crowne Plaza Hartford**<br><br>**Courtesy Products, LLC**<br>**PO Box 17488**<br>**Saint Louis, MO 63178-7488** | - | | | | 12/2009<br>**Unpaid Vendor** | | | | 1,914.24 |
| Account No. **Crowne Plaza Hartford**<br><br>**CT Cleaners**<br>**100 Burnside Avenue**<br>**East Hartford, CT 06108** | - | | | | 4/2010<br>**Unpaid vendor** | | | | 558.60 |
| Account No. **Crowne Plaza Hartford**<br><br>**CT Department of Transportation**<br>**2800 Berlin Turnpike**<br>**Newington, CT 06131-7546** | - | | | | 11/2009<br>**Unpaid Vendor** | | | | 1,200.00 |

Sheet no. __4__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,553.02**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **CHOA Vision, LLC**                                          ,      Case No.    **2:10-bk-44798**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Crowne Plaza Hartford** <br><br> **CT Transit** <br> **PO Box 66** <br> **100 Liebert Road** <br> **Hartford, CT 06141-0066** | - | | | **12/2009** <br> **Unpaid Vendor** | | | | 405.00 |
| Account No. **Crowne Plaza Hartford** <br><br> **Dalabazaar.com** <br> **12070 Miramar Parkway** <br> **Hollywood, FL 33025** | - | | | **4/2010** <br> **Unpaid Vendor** | | | | 86.80 |
| Account No. **Crowne Plaza Hartford** <br><br> **Daniels Equipment Co.** <br> **45 Priscilla Lane** <br> **Auburn, NH 03032** | - | | | **4/2010** <br> **Unpaid Vender** | | | | 10,600.83 |
| Account No. **xxx3700** <br><br> **De Lange Landen** <br> **PO Box 41602** <br> **Philadelphia, PA 19101-1602** | - | | | **4/2010** <br> **Unpaid vendor** | | | | 2,254.55 |
| Account No. **xxxx1048** <br><br> **Dunbar Armored, Inc.** <br> **PO Box 64115** <br> **Baltimore, MD 21264-4115** | - | | | **4/2010** <br> **Unpaid Vendor** | | | | 632.60 |

Sheet no. __5__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,979.78

B6F (Official Form 6F) (12/07) - Cont.

In re    **CHOA Vision, LLC**                                                    ,    Case No.    **2:10-bk-44798**
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx0864**<br><br>**ECOLAB**<br>**PO Box 905327**<br>**Charlotte, NC 28290-5327** | - | | | **4/2010**<br>**Unpaid Vendor** | | | | **3,183.34** |
| Account No. **Crowne Plaza Hartford**<br><br>**ECOLAB Pest Elim. Division**<br>**PO Box 6007**<br>**Grand Forks, ND 58206-6007** | - | | | **8/2010**<br>**Unpaid Vendor** | | | | **2,461.18** |
| Account No. **Crowne Plaza Hartford**<br><br>**Empire Pen Inc.**<br>**5620 1st Avenue**<br>**Brooklyn, NY 11220** | - | | | **4/2010**<br>**Unpaid Vender** | | | | **285.00** |
| Account No. **Crowne Plaza Hartford**<br><br>**Entertainment Travel**<br>**54 Music Square East**<br>**Suite 101**<br>**Nashville, TN 37203** | - | | | **7/2010**<br>**Unpaid Vendor** | | | | **136.50** |
| Account No. **Crowne Plaza Hartford**<br><br>**Fed Ex**<br>**PO Box 371461**<br>**Pittsburgh, PA 15250-7461** | - | | | **7/2010**<br>**Unpaid Vendor** | | | | **175.41** |

Sheet no. __6__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,241.43**

B6F (Official Form 6F) (12/07) - Cont.

In re   **CHOA Vision, LLC**                                              , Case No.   **2:10-bk-44798**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx0885** <br><br> **Franklin Distributors, Inc.** <br> **PO Box 616** <br> **South Windsor, CT 06074-0616** | - | | | **7/2010** <br> **Unpaid Vendor** | | | | 392.28 |
| Account No. **x3082** <br><br> **Freightliner of Hartford, Inc.** <br> **199 Roberts Street** <br> **East Hartford, CT 06108** | - | | | **7/2010** <br> **Unpaid Vendor** | | | | 3,757.99 |
| Account No. **Crowne Plaza Hartford** <br><br> **Garelick Farms** <br> **Box 3926** <br> **PO Box 8500** <br> **Philadelphia, PA 19178-3926** | - | | | **4/2010** <br> **Unpaid Vendor** | | | | 1,643.69 |
| Account No. **Crowne Plaza Hartford** <br><br> **GHCVB** <br> **31 Pratt Street** <br> **4th Floor** <br> **Hartford, CT 06103** | - | | | **7/2010** <br> **Unpaid Vendor** | | | | 16,840.00 |
| Account No. **Crowne Plaza Hartford** <br><br> **Goodyear Auto Service Center** <br> **306 Market Street** <br> **Hartford, CT 06120** | - | | | **7/2010** <br> **Unpaid Vender** | | | | 1,378.73 |

Sheet no. **7** of **25** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         24,012.69

B6F (Official Form 6F) (12/07) - Cont.

In re  **CHOA Vision, LLC**                                                                ,        Case No.    **2:10-bk-44798**
                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. **xxxxx8621**<br><br>**Grainger**<br>**Dept. 824228621**<br>**Palatine, IL 60038-0001** | | - | | 7/2010<br>Unpaid vendor | | | | 118.72 |
| Account No. **Crowne Plaza Hartford**<br><br>**Greater Hartford C & V Bureau**<br>**31 Pratt Street, 4th Floor**<br>**Hartford, CT 06103** | | - | | 7/2010<br>Unpaid Vendor | | | | 16,840.00 |
| Account No. **Crowne Plaza Hartford**<br><br>**Guest Supply**<br>**PO Box 910**<br>**Monmouth Junction, NJ 08852-0910** | | - | | 8/2010<br>Unpaid Vender | | | | 7,152.69 |
| Account No. **Crowne Plaza Hartford**<br><br>**Halloran & Sage LLP**<br>**225 Asylum Avenue**<br>**Hartford, CT 06103** | | - | | 7/2010<br>Legal services | | | | 1,693.35 |
| Account No. **xx2961**<br><br>**Hartford Distributors, Inc.**<br>**PO Box 8400**<br>**Manchester, CT 06042-0400** | | - | | 4/2010<br>Unpaid Vendor | | | | 1,378.73 |

Sheet no. __8__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              27,183.49

B6F (Official Form 6F) (12/07) - Cont.

In re    **CHOA Vision, LLC**                                                  ,    Case No.    **2:10-bk-44798**
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx0612**<br><br>**Hartford Stamp & Office Works**<br>**PO Box 91**<br>**Hartford, CT 06141-0091** | | - | | **4/2010**<br>**Unpaid Vendor** | | | | **338.77** |
| Account No. **Crowne Plaza Hartford**<br><br>**HD Supply Facilities Maintenance**<br>**PO Box 509058**<br>**San Diego, CA 92150-9058** | | - | | **3/2010**<br>**Unpaid Vendor** | | | | **1,762.49** |
| Account No. **Crowne Plaza Hartford**<br><br>**Heartland Food Products**<br>**1900 West 47th Street**<br>**Suite 302**<br>**Westwood, KS 66205-1815** | | - | | **7/2010**<br>**Unpaid vendor** | | | | **260.00** |
| Account No. **xxxxx6/697**<br><br>**Hess Corporation**<br>**PO Box 905243**<br>**Charlotte, NC 28290-5243** | | - | | **4/2010**<br>**Electricity Usage** | | | | **154,675.02** |
| Account No. **Crowne Plaza Hartford**<br><br>**Hilton Hartford**<br>**315 Trumbull Street**<br>**Hartford, CT 06103** | | - | | **7/2010**<br>**Unpaid vendor** | | | | **88.54** |

| Sheet no. __**9**__ of __**25**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **157,124.82** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **CHOA Vision, LLC**                                    ,    Case No.    **2:10-bk-44798**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx8107**<br><br>**Hireright, Inc.**<br>**24521 Network Place**<br>**Chicago, IL 60673-1245** | | - | | **7/2010**<br>**Unpaid Vendor** | | | | 284.00 |
| Account No. **Crowne Plaza Hartford**<br><br>**Hobart Service**<br>**ITW Food Equipment Group LLC**<br>**14 Airport Road**<br>**East Granby, CT 06026** | | - | | **7/2010**<br>**Unpaid vendor** | | | | 452.20 |
| Account No. **Crowne Plaza Hartford**<br><br>**Holiday Inn East Hartford**<br>**363 Roberts St.**<br>**East Hartford, CT 06108** | | - | | **4/2010**<br>**Unpaid Vender** | | | | 221.76 |
| Account No. **Crowne Plaza Hartford**<br><br>**Holiday Inn Express &**<br>**Suites Hartford**<br>**185 Brainard Road**<br>**Hartford, CT 06114** | | - | | **7/2010**<br>**Unpaid Vender** | | | | 582.36 |
| Account No. **Crowne Plaza Hartford**<br><br>**InnerWorkings**<br>**Accounts Receivable**<br>**PO Box 30881**<br>**New York, NY 10087-0881** | | - | | **12/2009**<br>**Unpaid Vendor** | | | | 387.17 |

Sheet no. __10__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    1,927.49

B6F (Official Form 6F) (12/07) - Cont.

In re    **CHOA Vision, LLC**                                    ,    Case No.    **2:10-bk-44798**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **xxx2300** <br><br> **InterContinental Hotels Group** <br> **PO Box 101074** <br> **Atlanta, GA 30346** | | - | | | **1/2010** <br> **Franchise fees** | | | | 273,898.76 |
| Account No. **Crowne Plaza Hartford** <br><br> **Iron Mountain** <br> **PO Box 27128** <br> **New York, NY 10087** | | - | | | **7/2010** <br> **Unpaid Vendor** | | | | 180.84 |
| Account No. **Crowne Plaza Hartford** <br><br> **Isaac Lee** <br> **50 Morgan Street** <br> **Hartford, CT 06120** | | - | | | **8/2009** <br> **Controller** | | | | 45,732.25 |
| Account No. **Crowne Plaza Hartford** <br><br> **Jay S. Kim** <br> **13757 Kerry Lance** <br> **San Diego, CA 92130** | | - | | | **12/2009** <br> **Controller** | | | | 3,000.00 |
| Account No. **Crowne Plaza Hartford** <br><br> **Jenks Productions, Inc** <br> **100 Great Meadow Rd.** <br> **Wethersfield, CT 06109** | | - | | | **7/2010** <br> **Unpaid Vender** | | | | 825.00 |

Sheet no. __11__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

323,636.85

B6F (Official Form 6F) (12/07) - Cont.

In re    **CHOA Vision, LLC**
_____,    Case No.    **2:10-bk-44798**    _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx639B** <br><br> **Jordan Paige** <br> **9 Business Park Drive** <br> **Branford, CT 06405** | | - | | | **7/2010** <br> **Unpaid Vendor** | | | | 291.00 |
| Account No. **Crowne Plaza Hartford** <br><br> **KJ Welding** <br> **116 Hiley Road** <br> **Haddam, CT 06438** | | - | | | **7/2010** <br> **Unpaid vendor** | | | | 700.00 |
| Account No. **x3178** <br><br> **Knowland Group, Inc.** <br> **PO Box 476** <br> **Lewes, DE 19958** | | - | | | **7/2010** <br> **Unpaid Vendor** | | | | 260.00 |
| Account No. **x1762** <br><br> **Lamb & Kawakami LLP** <br> **333 South Grand Ave.** <br> **Suite 4200** <br> **Los Angeles, CA 90071-1567** | | - | | | **7/2010** <br> **Legal services** | | | | 5,777.50 |
| Account No. **Crowne Plaza Hartford** <br><br> **Leitao's Automotive** <br> **436 Center Street** <br> **Manchester, CT 06040** | | - | | | **11/2008** <br> **Readerboards** | | | | 2,310.68 |

Sheet no. __12__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **9,339.18**

B6F (Official Form 6F) (12/07) - Cont.

In re     **CHOA Vision, LLC**                                              ,     Case No.      **2:10-bk-44798**
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J | C | | | | | |
| Account No. **Crowne Plaza Hartford**  <br><br>**Life Line Mission of NY**  <br>**PO Box 640211**  <br>**Flushing, NY 11364** | | - | | 2/2010  <br>Ad for Korean event | | | | 1,000.00 |
| Account No. **Crowne Plaza Hartford**  <br><br>**Lockhead Martin Group**  <br>**6801 Roackledge Drive**  <br>**Bethesda, MD 20817** | | - | | 7/2010  <br>Unpaid vendor | | | | 68.61 |
| Account No. **Crowne Plaza Hartford**  <br><br>**Lodgenet Interactive Corporation**  <br>**PO Box 952141**  <br>**Saint Louis, MO 63195-2141** | | - | | 8/2010  <br>Unpaid Vendor | | | | 11,680.13 |
| Account No. **Crowne Plaza Hartford**  <br><br>**M3 Accounting Services**  <br>**800 Jesse Jewell Parkway SW**  <br>**Gainesville, GA 30501** | | - | | 4/2010  <br>Accounting service | | | | 1,561.69 |
| Account No. **Crowne Plaza Hartford**  <br><br>**Metropolitan District**  <br>**555 Main Street**  <br>**PO Box 800**  <br>**Hartford, CT 06142** | | - | | 7/2010  <br>Water Bill | | | | 62,522.77 |

Sheet no. __13__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

76,833.20

B6F (Official Form 6F) (12/07) - Cont.

In re   **CHOA Vision, LLC**                                    ,        Case No.   __2:10-bk-44798__
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Crowne Plaza Hartford** <br><br> **Micros Systems, Inc.** <br> **PO Box 23747** <br> **Baltimore, MD 21203-5747** | - | | | **3/2010** <br> **Unpaid Vendor** | | | | **3,063.43** |
| Account No. **Crowne Plaza Hartford** <br><br> **Minuteman Press of Hartford** <br> **52 Pratt Street** <br> **Hartford, CT 06103** | - | | | **3/2010** <br> **Unpaid Vendor** | | | | **1,006.19** |
| Account No. **Crowne Plaza Hartford** <br><br> **MIS Associates** <br> **4475 Peachtree Lakes Drive** <br> **Duluth, GA 30096** | - | | | **2/2010** <br> **Unpaid Vendor** | | | | **394.85** |
| Account No. **Crowne Plaza Hartford** <br><br> **Monoprice, Inc.** <br> **11701 6th Street** <br> **Rancho Cucamonga, CA 91730** | - | | | **7/2010** <br> **Unpaid vendor** | | | | **201.52** |
| Account No. **Crowne Plaza Hartford** <br><br> **Mr. Audio Visual Rentals, Inc.** <br> **740 Enfield Street** <br> **Unit S** <br> **Enfield, CT 06082** | - | | | **7/2010** <br> **Unpaid Vendor** | | | | **300.00** |

Sheet no. __14__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | **4,965.99** |

B6F (Official Form 6F) (12/07) - Cont.

In re __CHOA Vision, LLC_____,    Case No. __2:10-bk-44798_____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Crowne Plaza Hartford**<br><br>**Mutual of Omaha**<br>**Payment Processing Center**<br>**PO Box 2174**<br>**Omaha, NE 68103-2147** | - | | **4/2010**<br>**Unpaid Vendor** | | | | 5,804.43 |
| Account No. **xxx8076**<br><br>**Muzak, LLC**<br>**PO Box 71070**<br>**Charlotte, NC 28272-1070** | - | | **4/2010**<br>**Unpaid Vendor** | | | | 262.68 |
| Account No. **Crowne Plaza Hartford**<br><br>**New Act Travel**<br>**1900 Avenue of the Stars**<br>**Suite 1550**<br>**Los Angeles, CA 90067** | - | | **7/2010**<br>**Unpaid vendor** | | | | 326.70 |
| Account No. **xxx3062**<br><br>**New England Coca Cola**<br>**Hartford Sales Center**<br>**PO Box 4108**<br>**Boston, MA 02211-4108** | - | | **7/2010**<br>**Unpaid Vendor** | | | | 1,391.25 |
| Account No. **Crowne Plaza Hartford**<br><br>**Occupational Health Centers**<br>**of Southwest, P.A., P.C.**<br>**PO Box 8960**<br>**Elkridge, MD 21075-8960** | - | | **3/2010**<br>**Unpaid Vendor** | | | | 144.00 |

Sheet no. __15__ of __25__ sheets attached to Schedule of    Subtotal    7,929.06
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **CHOA Vision, LLC**                                      ,        Case No.    **2:10-bk-44798**
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx6291**<br><br>**One Communications<br>PO Box 415721<br>Boston, MA 02241-5721** | | - | | **5/2010<br>Unpaid Vendor** | | | | 13,814.04 |
| Account No. **xxx-xxxtown**<br><br>**Packard Hospitality Group<br>8775 Aero Drive<br>Suite 335<br>San Diego, CA 92123** | | - | | **4/2010<br>Unpaid Vendor** | | | | 77,949.47 |
| Account No. **Crowne Plaza Hartford**<br><br>**PAETEC<br>PO Box 1283<br>Buffalo, NY 14240-1283** | | - | | **2/2010<br>Unpaid Vendor** | | | | 2,962.32 |
| Account No. **xxx7910**<br><br>**Pitney Bowes Global Financial<br>PO Box 85460<br>Louisville, KY 40285** | | - | | **3/2010<br>Unpaid Vendor** | | | | 32.26 |
| Account No. **Crowne Plaza Hartford**<br><br>**Plasticard-Locktech International<br>605 Sweeten Creek Industrial Park<br>Asheville, NC 28803** | | - | | **3/2010<br>Unpaid Vendor** | | | | 200.34 |

Sheet no. __16__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **94,958.43**

B6F (Official Form 6F) (12/07) - Cont.

In re    **CHOA Vision, LLC**                                    ,    Case No.    **2:10-bk-44798**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Crowne Plaza Hartford**<br><br>**Pro Travel<br>515 Madison Avenue<br>10th Floor<br>New York, NY 10022** | | - | | **4/2010<br>Unpaid vendor** | | | | 253.65 |
| Account No. **Crowne Plaza Hartford**<br><br>**Pro-Travel International<br>12000 Biscayne Boulevard<br>Suite 400<br>Miami, FL 33181** | | - | | **7/2010<br>Unpaid Vendor** | | | | 253.65 |
| Account No. **Crowne Plaza Hartford**<br><br>**Pullman & Comley, LLC<br>850 Main Street<br>PO Box 7006<br>Bridgeport, CT 06601** | | - | | **4/2010<br>Legal services** | | | | 4,128.15 |
| Account No. **5985**<br><br>**Purchase Power<br>PO Box 856042<br>Louisville, KY 40285-6042** | | - | | **4/2010<br>Unpaid Vendor** | | | | 515.68 |
| Account No. **Crowne Plaza Hartford**<br><br>**R & G Business Enterprises, LLC<br>4 Creamery Brook Road<br>East Granby, CT 06026** | | - | | **7/2010<br>Unpaid vendor** | | | | 275.00 |

Sheet no. __17__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,426.13**

B6F (Official Form 6F) (12/07) - Cont.

In re    **CHOA Vision, LLC**                                                    ,    Case No.    **2:10-bk-44798**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Crowne Plaza Hartford**<br><br>**R&G Parking**<br>**4 Creamery Brook Road**<br>**Box 13**<br>**East Granby, CT 06026** | - | | | | 7/2010<br>**Unpaid Vendor** | | | | 350.00 |
| Account No. **Crowne Plaza Hartford**<br><br>**Regal Travel Services**<br>**415 Montgomery Road**<br>**#105 Suite 320**<br>**Altamonte Springs, FL 32714** | - | | | | 7/2010<br>**Unpaid vendor** | | | | 701.55 |
| Account No. **Crowne Plaza Hartford**<br><br>**RJ Masse, LLC**<br>**PO Box 2032**<br>**Norwalk, CT 06852-2032** | - | | | | 4/2010<br>**Unpaid Vendor** | | | | 55.12 |
| Account No. **Crowne Plaza Hartford**<br><br>**Rogo Distributors**<br>**PO Box 1558**<br>**Hartford, CT 06144-1558** | - | | | | 4/2010<br>**Unpaid Vendor** | | | | 429.03 |
| Account No. **Crowne Plaza Hartford**<br><br>**Ron Lim**<br>**50 Morgan Street**<br>**Hartford, CT 06120** | - | | | | 7/2010<br>**Security holder** | | | | 1,109.30 |

Sheet no. __18__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                2,645.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **CHOA Vision, LLC**                                          ,    Case No.    **2:10-bk-44798**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Crowne Plaza Hartford**<br><br>**Royal Electronic Safes, Inc.**<br>**1075 NW 1st Court**<br>**Hallandale, FL 33009** | - | | | 2/2010<br>**Unpaid vendor** | | | | **701.55** |
| Account No. **Crowne Plaza Hartford**<br><br>**Schindler Elevator Corporation**<br>**PO Box 93050**<br>**Chicago, IL 60673-3050** | - | | | 7/2010<br>**Unpaid Vendor** | | | | **7,234.17** |
| Account No. **Crowne Plaza Hartford**<br><br>**Sheraton Hartford Hotel**<br>**100 East River Drive**<br>**East Hartford, CT 06108** | - | | | 7/2010<br>**Unpaid vendor** | | | | **554.40** |
| Account No. **Crowne Plaza Hartford**<br><br>**Shoreline Fire Equipment**<br>**PO Box 1077**<br>**Old Saybrook, CT 06475** | - | | | 7/2010<br>**Unpaid vendor** | | | | **1,619.95** |
| Account No. **Crowne Plaza Hartford**<br><br>**Sid Wainer & Sons**<br>**PO Box 50240**<br>**New Bedford, MA 02745** | - | | | 3/2010<br>**Unpaid Vendor** | | | | **222.99** |

Sheet no. __19__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **10,333.06**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **CHOA Vision, LLC**                                                    ,     Case No.   **2:10-bk-44798**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **Crowne Plaza Hartford**<br><br>**Solomon Agency Corp.**<br>**29-50 Union St. 2nd floor**<br>**Suite 200**<br>**Flushing, NY 11354** | - | | | | **7/2010**<br>**Unpaid Vender** | | | | **29,409.00** |
| Account No. **Crowne Plaza Hartford**<br><br>**Spark Energy Gas, L.P.**<br>**PO Box 4328**<br>**MSC #350**<br>**Houston, TX 77210** | - | | | | **4/2010**<br>**Alternate Natural Gas Supplier** | | | | **5,436.02** |
| Account No. **7425**<br><br>**SUNOCO**<br>**PO Box 3440**<br>**Boston, MA 02241-3440** | - | | | | **4/2010**<br>**Unpaid Vendor** | | | | **5,517.15** |
| Account No. **Crowne Plaza Hartford**<br><br>**Superior Coil**<br>**146 Seldon Hill Road**<br>**West Hartford, CT 06107** | - | | | | **4/2010**<br>**Unpaid Vendor** | | | | **254.40** |
| Account No. **Crowne Plaza Hartford**<br><br>**Temp Source**<br>**PO Box 2392**<br>**New York, NY 10116-2392** | - | | | | **7/2010**<br>**Unpaid vendor** | | | | **426.02** |

Sheet no. __20__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**41,042.59**

B6F (Official Form 6F) (12/07) - Cont.

In re   **CHOA Vision, LLC**                                      ,        Case No.   **2:10-bk-44798**
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **Crowne Plaza Hartford** | | | 3/2010 Unpaid Vendor | | | | |
| **The Aero All-Gas Company** 3150 Main Street Hartford, CT 06120-9914 | - | | | | | | 739.08 |
| Account No. **xxx7205** | | | 11/2009 Unpaid Vendor | | | | |
| **The Metropolitan District** PO Box 99092 Hartford, CT 06199-0092 | - | | | | | | 62,522.77 |
| Account No. **Crowne Plaza Hartford** | | | 7/2010 Unpaid vendor | | | | |
| **The Packard Companies** 8775 Aero Drive San Diego, CA 92123 | - | | | | | | 77,949.47 |
| Account No. **Crowne Plaza Hartford** | | | 7/2010 Unpaid vendor | | | | |
| **The Sunshine Laundry Co., Inc.** 739 Maple Avenue Hartford, CT 06114 | - | | | | | | 230.82 |
| Account No. **Crowne Plaza Hartford** | | | 1/2010 Unpaid Vendor | | | | |
| **Tour Connection** 125 Walnut Rochester, MI 48307 | - | | | | | | 1,200.00 |

Sheet no. __21__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    
(Total of this page)    **142,642.14**

B6F (Official Form 6F) (12/07) - Cont.

In re    **CHOA Vision, LLC**                                    ,                Case No.    __2:10-bk-44798__
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Crowne Plaza Hartford** <br><br> **Travel for the Stars** <br> **1225 16th Avenue South N** <br> **Nashville, TN 37212** | - | | **4/2010** <br> **Unpaid Vender** | | | | 146.86 |
| Account No. **Crowne Plaza Hartford** <br><br> **True World Foods- Hartford** <br> **PO Box 492** <br> **Marion, CT 06444** | - | | **4/2010** <br> **Unpaid Vendor** | | | | 2,005.35 |
| Account No. **Crowne Plaza Hartford** <br><br> **U.S. Foodservice Inc.** <br> **P.O. Box 842700** <br> **Boston, MA 02284-2700** | - | | **3/2010** <br> **Unpaid Vender** | | | | 24,832.60 |
| Account No. **Crowne Plaza Hartford** <br><br> **Unifirst Corporation** <br> **295 Parker Street** <br> **Indian Orchard, MA 01151** | - | | **3/2010** <br> **Unpaid Vendor** | | | | 510.25 |
| Account No. **Crowne Plaza Hartford** <br><br> **UPS** <br> **PO Box 7247-0244** <br> **Philadelphia, PA 19170-0001** | - | | **7/2010** <br> **Unpaid Vendor** | | | | 268.78 |

Sheet no. __22__ of __25__ sheets attached to Schedule of                                Subtotal                27,763.84
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **CHOA Vision, LLC**                                    ,      Case No.    **2:10-bk-44798**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **Crowne Plaza Hartford**<br><br>**US Foodservice, Inc.**<br>**15155 Northam Street**<br>**La Mirada, CA 90638** | - | | | | 8/2010<br>**Unpaid Vendor** | | | | 23,739.14 |
| Account No. **Crowne Plaza Hartford**<br><br>**USA Hauling & Recycling, Inc.**<br>**PO Box 808**<br>**East Windsor, CT 06088** | - | | | | 8/2010<br>**Unpaid Vendor** | | | | 2,455.92 |
| Account No. **Crowne Plaza Hartford**<br><br>**USA Today**<br>**PO Box 79782**<br>**Baltimore, MD 21279-0782** | - | | | | 3/2010<br>**Unpaid Vendor** | | | | 460.20 |
| Account No. **Crowne Plaza Hartford**<br><br>**Verizon Wireless**<br>**PO Box 15062**<br>**Albany, NY 12212-5062** | - | | | | 3/2010<br>**Unpaid Vendor** | | | | 473.33 |
| Account No. **Crowne Plaza Hartford**<br><br>**VFM Leonardo, Inc.**<br>**PO Box 311116**<br>**Detroit, MI 48231-1116** | - | | | | 3/2010<br>**Unpaid Vendor** | | | | 1,750.00 |

Sheet no. __23__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            28,878.59

B6F (Official Form 6F) (12/07) - Cont.

In re    **CHOA Vision, LLC**                                          ,          Case No.    **2:10-bk-44798**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx8836**  <br><br>**W.B. Mason Company, Inc.**  <br>**PO Box 55840**  <br>**Boston, MA 02205-5840** | - | | | **3/2010**  <br>**Unpaid Vendor** | | | | 824.60 |
| Account No. **Crowne Plaza Hartford**  <br><br>**Warner Consulting, LLC**  <br>**4027 Patricia Drive**  <br>**Columbus, OH 43220** | - | | | **2/2010**  <br>**Unpaid Vendor** | | | | 1,050.00 |
| Account No. **Crowne Plaza Hartford**  <br><br>**Weiner's LTD**  <br>**7182 Highway 14 Unit 1010**  <br>**Middleton, WI 53562** | - | | | **4/2010**  <br>**Unpaid Vendor** | | | | 276.38 |
| Account No. **Crowne Plaza Hartford**  <br><br>**Weld Power Service Company**  <br>**14 Technology Drive**  <br>**Auburn, MA 01501-3295** | - | | | **7/2010**  <br>**Unpaid vendor** | | | | 1,749.70 |
| Account No. **Crowne Plaza Hartford**  <br><br>**Wessco International**  <br>**11400 West Olympic Boulevard**  <br>**Suite 450**  <br>**Los Angeles, CA 90064** | - | | | **8/2010**  <br>**Unpaid Vendor** | | | | 696.00 |

Sheet no. __24__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,596.68

B6F (Official Form 6F) (12/07) - Cont.

In re  **CHOA Vision, LLC**                                          ,    Case No.    **2:10-bk-44798**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **x1015**<br><br>**Worldwide Revenue Solutions, Inc.**<br>**555 Republic Drive**<br>**Plano, TX 75074** | - | | | | **4/2010**<br>**Unpaid Vendor** | | | | 1,949.00 |
| Account No. **Crowne Plaza Hartford**<br><br>**Yahkee Equipment Systems, Inc.**<br>**1 Glass Lane**<br>**PO Box 630**<br>**Barrington, NH 03825** | - | | | | **3/2010**<br>**Unpaid Vendor** | | | | 1,288.87 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. __25__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | 3,237.87 |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 1,052,831.39 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                 Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **CHOA Vision, LLC**                                          ,    Case No.   **2:10-bk-44798**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **American Airlines**<br>**4333 Amon Carter Blvd**<br>**Fort Worth, TX 76155** | **Business Service Contract**<br>**Expires November 2010** |
| **AT&T Wireless**<br>**15 E Midland Ave.**<br>**Paramus, NJ 07652** | **Rooftop Rental for Cell Tower**<br>**Expires 02/2012** |
| **ATM Systems Corporation**<br>**19650 Club House Rd., #102**<br>**Montgomery Village, MD 20886** | **ATM Machine**<br>**Month to Month** |
| **Bradley International Aiport**<br>**c/o Commissioner of Transportation**<br>**Connecticut Department of Transport**<br>**2800 Berlin Turnpike, POB 317546**<br>**Newington, CT 06131** | **Concession License - Airport Shuttle Service**<br>**Expires 12/11/2011** |
| **De Lage Landen**<br>**1111 Old Eagle School Rd.**<br>**Wayne, PA 19087** | **Equipment Lease (2 Copiers) - Expires 02/2013** |
| **Delta Airlines**<br>**P.O. Box 20706**<br>**Atlanta, GA 30320** | **Business Service Contract**<br>**Expires February 2015** |
| **Dunbar Armored, Inc.**<br>**50 Schilling Rd.**<br>**Hunt Valley, MD 21031** | **Service Agreement - Armored Car Service**<br>**Expires 03/31/2011 (Renewed anually)** |
| **Hess Corporation**<br>**1 Hess Plaza**<br>**Woodbridge, NJ 07095** | **Alternate Electricity Supplier**<br>**Expires 02/2012** |
| **Interspace (Clear Channel)**<br>**4635 Crackersport Rd.**<br>**Allentown, PA 18104** | **Service Agreement - Airport Phone Advertising**<br>**Expires 06/2012** |
| **Iron Mountain**<br>**20 Eastern Park Rd.**<br>**East Hartford, CT 06108** | **Service Agreement - Shredding Service**<br>**Renewed Monthly** |
| **Laz Parking**<br>**15 Lewis Street**<br>**Hartford, CT 06103** | **Parking Management for garage**<br>**Month to Month** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com           Best Case Bankruptcy

In re    **CHOA Vision, LLC**                                    ,    Case No.    **2:10-bk-44798**
                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Lodgenet (formerly On Command)**<br>**535 Fifth Avenue, 15th Floor**<br>**New York, NY 10017** | **Service Agreement - Television Service**<br>**Expires 4/27/2012** |
| **Paetec**<br>**600 WillowBrook Office Park**<br>**Fairport, NY 14450** | **Service Agreement - Telephone Service**<br>**Expires 11/23/2011** |
| **Schindler Elevator**<br>**850 Brook Street**<br>**Rocky Hill, CT 06067** | **Service Agreement - Elevator Maintenance**<br>**Expires 01/03/2020** |
| **Spark Energy Gas, L.P.**<br>**3010 Briarpark Drive, Suite 550**<br>**Houston, TX 77042** | **Alternate Natural Gas Supplier**<br>**Expires 05/2011** |
| **US Airways**<br>**111 W. Rio Salado Parkway**<br>**Tempe, AZ 85281** | **Business Service Contract**<br>**Expires March 2013** |

Sheet   __1__   of   __1__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **CHOA Vision, LLC**                                                    ,    Case No.    **2:10-bk-44798**
                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **CHOA Vision, LLC**                                                        Case No.   **2:10-bk-44798**
                                                   Debtor(s)      Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury
that I have read the foregoing summary and schedules, consisting of ____**41**____ sheets, and that they are true and correct
to the best of my knowledge, information, and belief.

Date   **September  1, 2010**                          Signature   **/s/ Gene Choe**
                                                                    **Gene Choe**
                                                                    **Managing Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Central District of California

| | | | |
|---|---|---|---|
| In re | **CHOA Vision, LLC** | Case No. | **2:10-bk-44798** |
| | Debtor(s) | Chapter | **11** |

## STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$6,100,000.00** | **2009: Business Income** |
| **$6,790,000.00** | **2008: Business Income** |
| **$2,027,545.00** | **2010 YTD: Business Income** |

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$9,180.00** | **2010 YTD: Lease of Rooftop Space for Cell Tower** |
| **$27,540.00** | **2009: Lease of Rooftop Space for Cell Tower** |
| **$27,540.00** | **2008: Lease of Rooftop Space for Cell Tower** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **American Hotel Register Company 16458 Collections Center Drive Chicago, IL 60693** | **6/2/2010, 6/30/2010** | **$6,640.50** | **$2,885.25** |
| **City Line Distributors 20 Industry Drive Exn West Haven, CT 06516** | **5/20/2010, 6/2/2010, 6/10/2010, 6/21/2010, 6/30/2010, 7/6/2010, 7/20/2010, 7/28/2010, 8/3/2010, 8/10/2010, 8/17/2010** | **$28,360.10** | **$10,582.09** |
| **Connecticut Light and Power PO Box 150493 Hartford, CT 06141** | **6/2/2010, 6/10/2010, 6/21/2010, 6/30/2010, 7/6/2010, 7/20/2010, 8/10/2010, 8/17/2010** | **$56,430.21** | **$6,667.15** |
| **Connecticut Natural Gas P.O. Box 1085 Augusta, ME 04332** | **6/2/2010, 6/30/2010, 7/6/2010, 7/20/2010, 8/17/2010** | **$6,368.43** | **$3,046.28** |
| **City of Hartford 550 Main Street Hartford, CT 06103** | **6/10/2010, 6/15/2010, 6/21/2010, 7/6/2010, 7/14/2010, 7/20/2010, 8/3/2010, 8/10/2010, 8/17/2010** | **$117,683.00** | **$798,992.15** |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Daniels Equipment Co.**<br>**45 Priscilla Lane**<br>**Auburn, NH 03032** | **7/20/2010, 7/28/2010,**<br>**8/10/2010, 8/17/2010** | **$18,933.33** | **$10,600.83** |
| **Delta Capital Group, LLC** | **6/15/2010, 7/28/2010,**<br>**8/3/2010** | **$12,000.00** | **$0.00** |
| **ECOLAB**<br>**PO Box 905327**<br>**Charlotte, NC 28290-5327** | **5/20/2010, 6/2/2010,**<br>**6/10/2010, 6/21/2010,**<br>**7/6/2010, 7/28/2010,**<br>**8/3/2010, 8/17/2010** | **$9,478.54** | **$3,183.34** |
| **Guest Supply**<br>**PO Box 910**<br>**Monmouth Junction, NJ 08852-0910** | **6/21/2010, 7/6/2010,**<br>**7/20/2010, 7/28/2010,**<br>**8/10/2010, 8/17/2010** | **$12,104.47** | **$7,152.69** |
| **Hess Corporation**<br>**PO Box 905243**<br>**Charlotte, NC 28290-5243** | **6/2/2010, 6/10/2010,**<br>**6/21/2010, 6/30/2010,**<br>**7/6/2010, 7/20/2010,**<br>**7/28/2010, 8/3/2010,**<br>**8/10/2010, 8/17/2010** | **$110,509.96** | **$154,675.02** |
| **InterContinental Hotels Group**<br>**PO Box 101074**<br>**Atlanta, GA 30346** | **6/2/2010, 6/30/2010,**<br>**7/20/2010, 7/28/2010,**<br>**8/3/2010, 8/10/2010,**<br>**8/17/2010** | **$295,688.33** | **$273,898.76** |
| **Leitao's Automotive**<br>**436 Center Street**<br>**Manchester, CT 06040** | **6/2/2010, 6/15/2010,**<br>**6/21/2010, 6/30/2010,**<br>**7/20/2010,** | **$14,434.05** | **$2,310.68** |
| **Lodgenet Interactive Corporation**<br>**PO Box 952141**<br>**Saint Louis, MO 63195-2141** | **6/2/2010, 6/10/2010,**<br>**6/21/2010, 6/30/2010,**<br>**7/20/2010, 8/17/2010** | **$15,530.96** | **$11,680.13** |
| **Micros Systems, Inc.**<br>**PO Box 23747**<br>**Baltimore, MD 21203-5747** | **6/15/2010** | **$10,338.42** | **$3,063.43** |
| **Mutual of Omaha**<br>**Payment Processing Center**<br>**PO Box 2174**<br>**Omaha, NE 68103-2147** | **5/28/2010, 6/2/2010,**<br>**7/20/2010, 8/17/2010** | **$9,960.93** | **$5,804.43** |
| **Packard Hospitality Group**<br>**8775 Aero Drive**<br>**Suite 335**<br>**San Diego, CA 92123** | **5/24/2010, 6/7/2010,**<br>**7/6/2010, 7/12/2010,**<br>**8/6/2010** | **$56,971.68** | **$77,949.47** |
| **PAETEC**<br>**PO Box 1283**<br>**Buffalo, NY 14240-1283** | **5/25/2010, 6/21/2010,**<br>**7/6/2010, 8/17/2010** | **$9,559.04** | **$2,962.32** |
| **Pullman & Comley, LLC**<br>**850 Main Street**<br>**PO Box 7006**<br>**Bridgeport, CT 06601** | **7/6/2010, 7/28/2010** | **$8,066.20** | **$4,128.15** |
| **Royal Electronic Safes, Inc.**<br>**1075 NW 1st Court**<br>**Hallandale, FL 33009** | **6/2/2010, 6/16/2010,**<br>**6/21/2010, 7/20/2010,**<br>**8/17/2010** | **$7,054.00** | **$701.55** |
| **Schindler Elevator Corporation**<br>**PO Box 93050**<br>**Chicago, IL 60673-3050** | **6/2/2010, 6/16/2010,**<br>**7/20/2010, 8/17/2010** | **$12,004.17** | **$7,234.17** |

4

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Solomon Agency Corp.**<br>**29-50 Union St. 2nd floor**<br>**Suite 200**<br>**Flushing, NY 11354** | **7/20/2010, 7/28/2010** | **$20,496.00** | **$29,409.00** |
| **Spark Energy Gas, L.P.**<br>**PO Box 4328**<br>**MSC #350**<br>**Houston, TX 77210** | **6/10/2010, 6/30/2010,**<br>**8/3/2010, 8/17/2010** | **$26,731.18** | **$5,436.02** |
| **State of Connecticut**<br>**Department of Revenue Services**<br>**25 Sigourney Street, Ste 2**<br>**Hartford, CT 06106** | **6/2/2010, 6/24/2010,**<br>**6/30/2010, 7/8/2010,**<br>**7/20/2010, 8/2/2010,**<br>**8/18/2010,** | **$266,210.09** | **$344,973.80** |
| **SUNOCO**<br>**PO Box 3440**<br>**Boston, MA 02241-3440** | **5/25/2010, 6/30/2010,**<br>**7/27/2010, 8/18/2010** | **$21,479.80** | **$5,517.15** |
| **City of Hartford**<br>**550 Main Street**<br>**Hartford, CT 06103** | **7/28/2010, 8/11/2010** | **$16,011.96** | **$68,240.94** |
| **Metropolitan District**<br>**555 Main Street**<br>**PO Box 800**<br>**Hartford, CT 06142** | **6/2/2010, 6/21/2010,**<br>**6/30/2010, 7/28/2010,**<br>**8/17/2010** | **$24,929.59** | **$36,000.00** |
| **The Packard Companies**<br>**8775 Aero Drive**<br>**San Diego, CA 92123** | **5/17/2010, 5/19/2010,**<br>**5/20/2010, 5/24/2010,**<br>**5/25/2010, 6/2/2010,**<br>**6/9/2010, 6/15/2010,**<br>**6/16/2010, 6/22/2010,**<br>**6/30/2010, 7/2/2010,**<br>**7/13/2010, 7/14/2010,**<br>**7/16/2010, 7/20/2010,**<br>**7/21/2010, 7/27/2010,**<br>**7/28/2010, 8/2/2010,**<br>**8/4/2010, 8/10/2010,**<br>**8/11/2010** | **$707,313.08** | **$77,949.47** |
| **US Foodservice, Inc.**<br>**15155 Northam Street**<br>**La Mirada, CA 90638** | **5/20/2010, 5/28/2010,**<br>**6/2/2010, 6/10/2010,**<br>**6/21/2010, 6/30/2010,**<br>**7/6/2010, 7/20/2010,**<br>**7/28/2010, 8/3/2010,**<br>**8/10/2010, 8/17/2010** | **$68,394.56** | **$23,739.14** |
| **USA Hauling & Recycling, Inc.**<br>**PO Box 808**<br>**East Windsor, CT 06088** | **6/2/2010, 6/30/2010,**<br>**8/3/2010, 8/17/2010** | **$7,163.62** | **$2,455.92** |
| **Willis of Oregon, Inc.**<br>**1 SW Columbia St Ste 500**<br>**Portland, OR 97258** | **5/20/2010** | **$13,655.25** | **$0.00** |

None ☐    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

5

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Isaac Lee**<br>**50 Morgan Street**<br>**Hartford, CT 06120**<br>    **Equity security holder** | **6/10/2010, 6/15/2010,**<br>**6/21/2010, 6/30/2010,**<br>**7/6/2010, 7/14/2010,**<br>**7/20/2010, 7/28/2010,**<br>**8/3/2010, 8/10/2010,**<br>**8/17/2010** | **$9,977.54** | **$0.00** |
| **Ron Lim**<br>**5771 Indian Pointe Drive**<br>**Simi Valley, CA 93063**<br>    **Equity security holder** | **6/16/2010, 8/17/2010** | **$1,129.90** | **$0.00** |

---

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
■
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

#### 5. Repossessions, foreclosures and returns

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

#### 6. Assignments and receiverships

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

6

**7. Gifts**

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Michael Jay Berger**<br>**9454 Wilshire Blvd, 6th Floor**<br>**Beverly Hills, CA 90212** | **4/8/10** | **$10,000.00** |
| **Law Offices of Michael Jay Berger**<br>**9454 Wilshire Boulevard**<br>**6th Floor**<br>**Beverly Hills, CA 90212-2929** | **8/18/2010** | **$10,000.00** |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

7

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

8

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Crown Plaza Hartford** | **20-8050181** | **50 Morgan Street Hartford, CT 06120** | **Hotel** | **2006 to present** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

9

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Steven Y.C. Kang, CPA** | **2008-2010** |
| **Gandi & Kang LLP** | |
| **17777 Center Court Drive, Suite 250** | |
| **Cerritos, CA 90703** | |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Commonwealth Business Bank** | **5/15/2010** |
| **5055 Wilshire Boulevard, #100** | |
| **Los Angeles, CA 90036** | |

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Kyurios Cho**<br>**9629 Misty Meadow Lane**<br>**Escondido, CA 92026** | **Equity holder** | **6.92% economic/voting interest** |
| **Great Vision Investment, Inc.**<br>**1543 West Olympic Boulevard**<br>**#329**<br>**Los Angeles, CA 90015** | **Equity holder** | **5.19% economic/voting interest** |
| **Misung Kwak and Steven Yongjae Kwak**<br>**18975 Pelham Way**<br>**Yorba Linda, CA 92886** | **Equity holder** | **6.29% economic/voting interest** |
| **Ron Lim**<br>**5771 Indian Point Drive**<br>**Simi Valley, CA 93063** | **Equity holder** | **10.38% economic/voting interest** |
| **Yun Jong Kang**<br>**41 Carolyn Ct.**<br>**East Hanover, NJ 07936** | **Equity holder** | **6.41% economic/voting interest** |
| **Sung Kone Kim & Youngsil Kim**<br>**20824 Sardina Way**<br>**Northridge, CA 91326** | **Equity holder** | **6.41% economic/voting interest** |

---

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Isaac Lee**<br>**50 Morgan Street**<br>**Hartford, CT 06120**<br>    **Equity Security Holder** | **6/10/2010, 6/15/2010, 6/21/2010,**<br>**6/30/2010, 7/6/2010, 7/14/2010, 7/20/2010,**<br>**7/28/2010, 8/3/2010, 8/10/2010, and**<br>**8/17/2010** | **$9,977.54** |
| **Ron Lim**<br>**5771 Indian Pointe Drive**<br>**Simi Valley, CA 93063**<br>    **Equity Security Holder** | **6/16/2010 and 8/17/2010** | **$1,129.90** |

11

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

12

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **September  1, 2010**                      Signature  **/s/ Gene Choe**
                                                              **Gene Choe**
                                                              **Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)          1998 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**CHOA Vision, LLC**<br><br>Debtor. | Case No.: **2:10-bk-44798**<br><br>**DISCLOSURE OF COMPENSATION<br>OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ....................................... $ _____**20,000.00**

   Prior to the filing of this statement I have received ........................... $ _____**20,000.00**

   Balance Due ......................................................................................... $ _____**0.00**

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September  1, 2010** | **/s/ Michael Jay Berger** |
| *Date* | **Michael Jay Berger 100291**<br>*Signature of Attorney*<br>**Law Offices of Michael Jay Berger**<br>*Name of Law Firm*<br>**9454 Wilshire Boulevard**<br>**6th Floor**<br>**Beverly Hills, CA 90212-2929**<br>**(310) 271-6223  Fax: (310) 271-9805** |

---

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name    **Michael Jay Berger 100291**

Address    **9454 Wilshire Boulevard 6th Floor Beverly Hills, CA 90212-2929**

Telephone    **(310) 271-6223 Fax: (310) 271-9805**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | | |
|---|---|---|
| List all names including trade names used by Debtor(s) within last 8 years: **CHOA Vision, LLC** | Case No.: | **2:10-bk-44798** |
| | Chapter: | **11** |
| | | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __19__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    **September  1, 2010**        **/s/ Gene Choe**
                                        **Gene Choe/Managing Member**
                                        Signer/Title

Date:    **September  1, 2010**        **/s/ Michael Jay Berger**
                                        Signature of Attorney
                                        **Michael Jay Berger 100291**
                                        **Law Offices of Michael Jay Berger**
                                        **9454 Wilshire Boulevard**
                                        **6th Floor**
                                        **Beverly Hills, CA 90212-2929**
                                        **(310) 271-6223   Fax: (310) 271-9805**

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger**<br>**9454 Wilshire Boulevard**<br>**6th Floor**<br>**Beverly Hills, CA 90212-2929**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>California State Bar Number: **100291**<br><br>*Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **CHOA Vision, LLC** | CASE NO.: **2:10-bk-44798**<br><br>ADV. NO.:<br><br>CHAPTER:    **11** |
|---|---|
| Debtor(s),<br>Plaintiff(s),<br>Defendant(s). | |

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Michael Jay Berger 100291**                                              , the undersigned in the above-captioned case, hereby declare
                              *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.         I have personal knowledge of the matters set forth in this Statement because:

            ☐ I am the president or other officer or an authorized agent of the debtor corporation

            ☐ I am a party to an adversary proceeding

            ☐ I am a party to a contested matter

            ■ I am the attorney for the debtor corporation

2.a.      ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of
            the corporation's(s') equity interests:

            *[For additional names, attach an addendum to this form.]*

b.         ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| **/s/ Michael Jay Berger** | **September  1, 2010** |
|---|---|
| Signature of Attorney or Declarant | Date |

   **Michael Jay Berger 100291**
Printed Name of Attorney or Declarant

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007