**MICHAEL JAY BERGER (State Bar # 100291)**
**LAW OFFICES OF MICHAEL JAY BERGER**
**9454 Wilshire Blvd. 6th Floor**
**Beverly Hills, CA 90212-2929**
**Telephone:    (310) 271-6223**
**Facsimile:    (310) 271-9805**
**michael.berger@bankruptcypower.com**

**Attorney for Debtor,**
**Choa Vision, LLC**

**FILED & ENTERED**

**OCT 07 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jones    DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**CHOA VISION, LLC, a California limited liability company,**<br><br>Debtor. | CASE NO.: 2:10-bk-44798-RN<br><br>Chapter 11<br><br>**ORDER GRANTING EMERGENCY MOTION OF DEBTOR FOR AN ORDER AUTHORIZING INTERIM USE CASH COLLATERAL**<br><br>Date:  September 30, 2010<br>Time:  9:00 a.m.<br>Place: Courtroom 1645 |

On September 30, at 9:00 a.m., the Court held a continued hearing to consider the Emergency Motion (the "Motion") for an Order Authorizing Interim Use of Cash Collateral of Choa Vision, LLC, a California limited liability company ("Debtor"), debtor and debtor-in-possession herein.

1

The Court, having considered the Motion, the Declarations of Gene Choe and Michael E. Mahurin filed concurrently in support thereof, the pleadings and other documents on file in this Chapter 11 case, and having heard oral argument of counsel, and the Court having found that the notice of the hearing on the Motion was sufficient, that 50 Morgan CT, LLC (the "Secured Creditor"), has consented to use of cash collateral on the terms set forth herein, and for good and adequate cause, hereby makes the following orders:

1.  Debtor is authorized to use any and all "cash collateral," as that term is defined in 11 U.S.C. § 363(a), now on hand or hereafter collected, in accordance with the budget ("Budget"), attached hereto as Exhibit "1", and incorporated herein by this reference, through and until October 31, 2010, with the attribution of revenues and expenses to categories to be consistent with the detail attached as Exhibit "1" to the Supplemental Declaration of Gene Choe (the "Choe Declaration"), filed September 29, 2010.

2.  Debtor is authorized to make expenditures in amounts not to exceed 110% of each of the line item amounts contained in the Budget, except that the franchise fee may vary with the Debtor's revenues. Any expenditures in excess of that amount will require the written approval of Secured Creditor, or further order of the Court after appropriate notice. Budget savings may be carried over and used by the Debtor in subsequent periods.

3.  Secured Creditor reserves its rights at the final hearing and to the use of cash collateral after October 31, 2010. Nothing in this order shall be deemed to be an admission by Secured Creditor that it is adequately protected, or to prevent Secured Creditor from exercising any other right or remedy which may be available to it.

4.  The Debtor shall pay to the Secured Creditor the sum of $205,645.15 on or before October 6, 2010, representing $85,000.00 per month for August, September and October, pro rated for August.

5.  All real property tax payments are to be made directly to the taxing authority or to a segregated trust account to be held for the benefit of the tax authority until payment. The Debtor shall provide evidence of payment to Secured Creditor by the end of each month.

6.  The Debtor shall satisfactorily demonstrate that sales/use taxes are being paid, and provide evidence of payment to Secured Creditor by the end of each month.

7.  The Debtor shall provide to Secured Creditor copies of endorsements for insurance policies, showing Secured Creditor as an additional insured, by October 8, 2010.

8.  The Debtor shall provide to Secured Creditor, by email to its counsel, copies of income and expense reports, in the same format attached to the Choe Declaration, (a) for August 18-31, 2010, and for September 2010, by October 8, 2010, (b) for October 1 through 15, 2010, by October 22, 2010, and (c) for October 16 -31, 2010, by November 5, 2010.

9.  Secured Creditor shall be granted replacement liens in the Debtor's post-petition assets to the extent of all cash collateral used, to the same extent, validity and priority as Secured Creditor's pre-petition liens; provided that such replacement liens shall not extend to avoidance actions. The replacement liens shall be perfected automatically upon entry of the order.

10. Should Debtor fail to abide by the terms of this Order, the Debtor's right to use cash collateral by consent shall terminate upon 5 business days notice by Secured Creditor's counsel to Debtor's Counsel of such failure, unless the failure is cured with such 5 business day period.

[PROPOSED] ORDER GRANTING EMERGENCY MOTION OF DEBTOR FOR AN ORDER AUTHORIZING INTERIM USE CASH COLLATERAL

11. A hearing regarding continued use of cash collateral will be held on October 26, 2010, at 11:00 a.m. in Courtroom 1645 of this Court, located at 255 E. Temple Street, Los Angeles, California 90012.

12. The Debtor shall file and serve all notice parties any motion and memorandum of points and authorities in support of the continued use of cash collateral by no later than October 20, 2010.

13. Any opposition to the continued use of cash collateral shall be filed and served on all notice parties by no later than October 25, 2010, to be delivered to Chambers by 9:00 a.m. on that date.

IT IS HEREBY ORDERED.

###

DATED: October 7, 2010

_____
United States Bankruptcy Judge

EXHIBIT 1

DIP CHOA Vision, LLC
Crowne Plaza Hartford
INCOME SUMMARY PROJECTION
As of 12/31/2010

Income Summary

| CATEGORY | Aug 2010 (Actual) | Sep 2010 (Forecast) | Oct 2010 (Forecast) | Nov 2010 (Forecast) | Dec 2010 (Forecast) | Total (Mixed) | % |
|---|---|---|---|---|---|---|---|
| **STATS** | | | | | | | |
| Rooms Available | 4,900 | 10,500 | 10,850 | 10,500 | 10,850 | 47,600 | |
| Rooms Sold | 2,143 | 5,033 | 6,919 | 4,809 | 4,432 | 23,336 | |
| ADR | 76.48 | 82.51 | 88.74 | 80.28 | 78.17 | 82.52 | |
| Occupancy % | 43.73% | 47.93% | 63.77% | 45.80% | 40.85% | 49.03% | |
| RevPar | 33.45 | 39.55 | 56.59 | 36.77 | 31.93 | 40.46 | |
| **REVENUE** | | | | | | | |
| Room Revenues | 163,891 | 415,272 | 613,990 | 386,089 | 346,465 | 1,925,707 | 75.91% |
| Food Revenues | 35,060 | 103,449 | 138,768 | 97,268 | 90,622 | 465,167 | 18.34% |
| Beverage Revenues | 4,915 | 13,980 | 18,944 | 13,438 | 12,950 | 64,227 | 2.53% |
| Telecomm Revenues | 129 | 755 | 1,038 | 721 | 665 | 3,308 | 0.13% |
| Other Revenues | 5,207 | 17,705 | 21,986 | 17,197 | 16,341 | 78,436 | 3.09% |
| **Total Revenues** | 209,201 | 551,161 | 794,727 | 514,713 | 467,043 | 2,536,844 | 100.00% |
| **Departmental Expenses** | | | | | | | |
| Room Expenses | 86,928 | 146,152 | 169,897 | 139,812 | 140,897 | 683,687 | 35.50% |
| Food Expenses | 34,790 | 87,999 | 97,526 | 80,508 | 79,690 | 380,516 | 81.80% |
| Beverage Expenses | 5,669 | 7,318 | 8,442 | 7,075 | 7,194 | 35,698 | 55.58% |
| Telecomm Expenses | 2,025 | 3,015 | 3,015 | 3,015 | 3,015 | 14,085 | 0.56% |
| Other Expenses | 3 | 2,016 | 2,438 | 1,870 | 1,579 | 7,906 | 10.00% |
| **Total Departmental Expenses** | 129,416 | 246,500 | 281,320 | 232,280 | 232,376 | 1,121,891 | 44.22% |
| **Total Departmental Income** | 79,785 | 304,662 | 513,406 | 282,433 | 234,667 | 1,414,953 | 55.78% |
| **Undistributed Operating** | | | | | | | |
| Admin.& General Expenses | 32,498 | 56,988 | 63,083 | 57,000 | 55,203 | 264,672 | 10.43% |
| Sales & Marketing Expenses | 20,056 | 45,710 | 47,052 | 44,710 | 44,449 | 201,977 | 7.96% |
| Repairs & Maint. Expenses | 16,758 | 32,359 | 32,697 | 31,776 | 31,896 | 145,486 | 5.73% |
| Utilities Expenses | 30,324 | 66,412 | 84,031 | 67,856 | 79,759 | 378,382 | 14.92% |
| Connecticut Light & Power Deposit | | 24,100 | | | | | |
| Utility Escrow Deposit | | 25,900 | | | | | |
| Franchise Fee Expenses | 28,062 | 70,000 | 80,001 | 70,000 | 55,000 | 303,062 | 15.74% |
| **Total Undistributed Expenses** | 127,698 | 321,369 | 306,864 | 271,342 | 266,307 | 1,293,580 | 50.99% |
| **Gross Operating Profit** | -47,913 | -16,707 | 206,543 | 11,091 | -31,640 | 121,373 | 4.78% |
| Management Fees | 3,144 | 8,661 | 11,921 | 7,721 | 7,006 | 38,452 | 1.52% |
| **Income before Fixed Charges** | -51,057 | -25,368 | 194,622 | 3,370 | -38,646 | 82,921 | 3.29% |
| **Fixed Charges** | | | | | | | |
| Insurance | 1,972 | 6,491 | 6,491 | 6,491 | 6,491 | 27,936 | 1.10% |
| Property Taxes | 28,795 | 68,750 | 68,750 | 68,750 | 68,750 | 303,795 | 11.98% |
| Reserves & Replacements | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| Owners Expense | 0 | 260 | 260 | 260 | 260 | 1,040 | 0.04% |
| Equipment Lease | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| Equipment Lease - Copier | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| Courtesy Van Lease | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| Phone Equipment Lease | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| State Income Tax Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| **Total Fixed Charges** | 30,767 | 75,501 | 75,501 | 75,501 | 75,501 | 332,771 | 13.12% |
| **Net Operating Income** | -81,824 | -100,869 | 119,121 | -72,131 | -114,147 | -249,850 | -9.85% |
| Debt Service | 44950 | 85,000 | 85,000 | 85,000 | 85,000 | 340,000 | 13.40% |
| **Net Income** | -126804 | -185869 | 34121 | -157131 | -199147 | -589850 | -23.25% |

9/29/2010 at 5:46:27 PM

| In re: CHOA VISION, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-bk-44798-RN |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

9454 Wilshire Blvd., 6th Floor, Beverly Hills, California 90212

A true and correct copy of the foregoing document described "**[PROPOSED] ORDER GRANTING EMERGENCY MOTION OF DEBTOR FOR AN ORDER AUTHORIZING INTERIM USE CASH COLLATERAL**" will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___September 30, 2010___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on___September 30, 2010___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

5

[PROPOSED] ORDER GRANTING EMERGENCY MOTION OF DEBTOR FOR AN ORDER AUTHORIZING INTERIM USE CASH COLLATERAL

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/30/10 | Cristina Frankian | /s/ Cristina Frankian |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*    **F 9013-3.1**

## Service List

*Section II – Served Via Overnight and/or US Mail*

Chambers of Judge Richard Neiter
United States Bankruptcy Court – Central District of CA
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1652
Los Angeles, California 90012
*Served Via Overnight Mail*

Office of the US Trustee
725 S. Figueroa Street, Suite 2600
Los Angeles, California 90017
*Served Via US Mail*

Hess Corporation
Attention: Legal
One Hess Plaza
Woodbridge, New Jersey 07095
*Served Via US Mail*

U.S. Foodservice Inc.
9399 W. Higgins Rd., Suite 600
Rosemont, Illinois 60018
*Served Via US Mail*

InterContinental Hotels Group
Attention: Legal Department
Three Ravinia Drive, Suite 100
Atlanta, GA 30346
*Served Via US Mail*

*Section III – Served Via Facsimile and/or Email*

David W. Meadows
Law Offices of David W. Meadows
1801 Century Park East, Suite 1250
Los Angeles, CA 90067
Attorney for Connecticut Light & Power
*Email: david@davidwmeadowslaw.com*

[PROPOSED] ORDER GRANTING EMERGENCY MOTION OF DEBTOR FOR AN ORDER AUTHORIZING INTERIM USE CASH COLLATERAL

50 MORGAN CT, LLC.
3435 Wilshire Blvd., Suite 430
Los Angeles, CA 90010
*Facsimile: (213) 487-9776*

City of Hartford
550 Main Street
Hartford, CT 06103
*Facsimile: (860) 808-5383*

Commonwealth Business Bank
5055 Wilshire Boulevard, #100
Los Angeles, CA 90036
*Email: david@cwbank.com*

Greater Hartford C & V Bureau
31 Pratt Street, 4th Floor
Hartford, CT 06103
*Email: mvp@hartfordcvb.org*

Metropolitan District
555 Main Street
PO Box 800
Hartford, CT 06142
*Email: jjohnson@mdc.com*

One Communications
PO Box 415723
Boston, MA 02241-5721
*Email: mshaw@onecommunications.com*

Packard Hospitality Group
8775 Aero Drive
Suite 335
San Diego, CA 92123
*Email: steve@packard-1.com*

Plymouth Park Tax Services, LLC
Dba XSPAND
115 South Jefferson Road, D-4
Whippany, NJ 07981
*Email: diane.ilacqua@jpmorgan.com*

Solomon Agency Corp.
29-50 Union St. 2nd floor
Suite 200
Flushing, NY 11354
*Facsimile: (718) 461-8185*

State of Connecticut
Department of Revenue Services
25 Sigourney Street
Hartford, CT 06106
*Facsimile: (860) 297-5916*

[PROPOSED] ORDER GRANTING EMERGENCY MOTION OF DEBTOR FOR AN ORDER AUTHORIZING INTERIM
USE CASH COLLATERAL

| In re: CHOA VISION, LLC | CHAPTER:11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-bk-44798-RN |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled "**[PROPOSED] ORDER GRANTING EMERGENCY MOTION OF DEBTOR FOR AN ORDER AUTHORIZING INTERIM USE CASH COLLATERAL**" was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **September 29, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*  **F 9021-1.1**

8

[PROPOSED] ORDER GRANTING EMERGENCY MOTION OF DEBTOR FOR AN ORDER AUTHORIZING INTERIM USE CASH COLLATERAL

## Service List for Notice of Entry

*Section I – Served By the Court Via Notice of Electronic Filing:*

Office of the US Trustee
725 S. Figueroa Street, Suite 2600
Los Angeles, California 90017
ustpregion16.la.ecf@usdoj.gov
russell.clementson@usdoj.gov

Philip A Gasteier
pag@lnbrb.com

Leib M Lerner
leib.lerner@alston.com

Diane Ilacqua
diane.ilacqua@jpmorgan.com

David W. Meadows
david@davidwmeadowslaw.com

*Section II – Served by the Court Via US Mail:*

CHOA Vision, LLC
3699 Wilshire Blvd., Suite 720
Los Angeles, California 90017

[PROPOSED] ORDER GRANTING EMERGENCY MOTION OF DEBTOR FOR AN ORDER AUTHORIZING INTERIM
USE CASH COLLATERAL