FILED & ENTERED

OCT 26 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jones      DEPUTY CLERK

**MICHAEL JAY BERGER (State Bar # 100291)**
**LAW OFFICES OF MICHAEL JAY BERGER**
**9454 Wilshire Blvd. 6th Floor**
**Beverly Hills, CA 90212-2929**
**Telephone:     (310) 271-6223**
**Facsimile:     (310) 271-9805**
**michael.berger@bankruptcypower.com**

CHANGES MADE BY COURT

**Attorney for Debtor,**
**Choa Vision, LLC**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| **In re** | **CASE NO.:  2:10-bk-44798-RN** |
| **CHOA VISION, LLC, a California limited liability company,** | **Chapter 11** |
| **Debtor.** | **ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE OF CASH COLLATERAL THROUGH JANUARY 5, 2011** |
| | Date:   October 26, 2010 |
| | Time:   11:00 a.m. |
| | Place:  Courtroom 1645 |

On October 26, 2010, at 11:00 a.m., the Court held a continued hearing to consider the Debtor's Motion (the "Motion") in Support of Continued Interim Use of Cash Collateral of Choa Vision, LLC, a California limited liability company ("Debtor"), debtor and debtor-in-possession herein.

1

The Court, having considered the Motion and the Declaration of Ron Lim filed concurrently in support thereof, the pleadings and other documents on file in this Chapter 11 case, and having heard oral argument of counsel, and the Court having found that the notice of the hearing on the Motion was sufficient, that 50 Morgan CT, LLC (the "Secured Creditor"), has consented to use of cash collateral on the terms set forth herein, and for good and adequate cause, hereby makes the following orders:

1.    Debtor is authorized to use any and all "cash collateral," as that term is defined in 11 U.S.C. § 363(a), now on hand or hereafter collected, in accordance with the budget ("Budget"), attached hereto as Exhibit "1", and incorporated herein by this reference, through and until January 5, 2011, with the attribution of revenues and expenses to categories to be consistent with the detail attached as Exhibit "1" to the Supplemental Declaration of Gene Choe (the "Choe Declaration"), filed September 29, 2010.

2.    Debtor is authorized to make expenditures in amounts not to exceed 110% of each of the line item amounts contained in the Budget, except that the franchise fee may vary with the Debtor's revenues.  Any expenditures in excess of that amount will require the written approval of Secured Creditor, or further order of the Court after appropriate notice.  Budget savings may be carried over within any line item and used by the Debtor in subsequent periods.

3.    Secured Creditor reserves its rights as to any use of cash collateral after January 5, 2011.  Nothing in this order shall be deemed to be an admission by Secured Creditor that it is adequately protected, or to prevent Secured Creditor from exercising any other right or remedy which may be available to it.

[PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE OF CASH COLLATERAL

4.      The Debtor shall pay to the Secured Creditor the sum of $85,000.00 for November on or before November 6, 2010, and the sum of $85,000.00 for December on or before December 6, 2010.

5.      All real property tax payments are to be made directly to the taxing authority or to a segregated trust account to be held for the benefit of the tax authority until payment.  The Debtor shall provide evidence of payment to Secured Creditor by the end of each month.

6.      The Debtor shall satisfactorily demonstrate that sales/use taxes are being paid, and provide evidence of payment to Secured Creditor by the end of each month.

7.      The Debtor shall provide to Secured Creditor any reasonable further assurances reasonably requested by the Secured Creditor in connection with any insurance policies held by the Debtor.  Without limitation, not later than November 30, 2010, the Debtor shall cause Secured Creditor to be listed as mortgagee and loss payee under all property insurance policies consistent with the terms of the Mortgage dated February 28, 2007.

8.      The Debtor shall provide to Secured Creditor, by email to its counsel, copies of cash flow income and expense reports, in substantially the same format attached to the Supplemental Declaration of Gene Choe (the "Choe Declaration"), filed September 29, 2010, (a) for the month of October 2010, by November 5, 2010, (b) for November 1-15 by November 22, 2010, (c) for November 16-30 and the month of November 2010 by December 6, 2010, (c) for December 1-15 by December 22, 2010, (b) for December 16-31 and the month of December 2010 by January 6, 2011.  Reports for monthly periods shall show actual and budgeted amounts (as projected in the Budget), together with the variance between such actual and budgeted amounts.  The Debtor shall promptly supply such additional detail and supporting documentation for such reports as is reasonably requested by Secured Creditor.

3

9.     Secured Creditor shall be granted replacement liens in the Debtor's post-petition assets to the extent of all cash collateral used, to the same extent, validity and priority as Secured Creditor's pre-petition liens; provided that such replacement liens shall not extend to avoidance actions.  The replacement liens shall be perfected automatically upon entry of the order.

10.     Should Debtor fail to abide by the terms of this Order, the Debtor's right to use cash collateral by consent shall terminate upon 5 business days notice by Secured Creditor's counsel to Debtor's Counsel of such failure, unless the failure is cured within such 5 business day period.

11.     A hearing regarding continued use of cash collateral will be held on January 5, 2011 at 11:00 a.m.. in Courtroom 1645 of this Court, located at 255 E. Temple Street, Los Angeles, California 90012.

12.     The Debtor shall file and serve all notice parties any points and authorities in support of the continued use of cash collateral by no later than _December 15, 2010.

13.     Any opposition to the continued use of cash collateral shall be filed and served on all notice parties by no later than December 27, 2010, to be delivered to Chambers by _4:00 p.m. on that date.

IT IS HEREBY ORDERED.

\###

DATED: October 26, 2010

_____
United States Bankruptcy Judge

4

EXHIBIT 1

10/26/2010

DIP CHOA VISION, LLC
CROWNE PLAZA HARTFORD
INCOME & EXPENSE PROJECTION
NOV '10 THROUGH MAY '11

| | Nov 2010 (Forecast) | Dec 2010 (Forecast) | Jan 2011 (Forecast) | Feb 2011 (Forecast) | Mar 2011 (Forecast) | Apr 2011 (Forecast) | May 2011 (Forecast) |
|---|---|---|---|---|---|---|---|
| Projected Beginning Cash Balance | 552,959 | 528,753 | 486,398 | 451,091 | 416,446 | 385,354 | 383,998 |
| **REVENUE** | | | | | | | |
| Room Revenues | 412,343 | 367,253 | 382,013 | 402,585 | 396,668 | 453,983 | 542,696 |
| Food Revenues | 103,882 | 96,059 | 85,380 | 115,483 | 105,587 | 100,003 | 121,914 |
| Beverage Revenues | 14,352 | 13,727 | 16,632 | 19,173 | 15,837 | 18,360 | 20,443 |
| Telecomm Revenues | 770 | 765 | 405 | 467 | 402 | 581 | 1,111 |
| Other Revenues | 18,366 | 17,321 | 19,140 | 17,801 | 18,937 | 22,044 | 19,244 |
| Total Revenues | 549,713 | 495,125 | 503,570 | 555,510 | 537,431 | 594,971 | 705,408 |
| **Departmental Expenses** | | | | | | | |
| Room Expenses | 123,703 | 110,176 | 114,604 | 120,776 | 119,000 | 136,195 | 162,809 |
| Food Expenses | 72,717 | 67,241 | 59,766 | 80,838 | 73,911 | 70,002 | 85,340 |
| Beverage Expenses | 5,741 | 5,491 | 6,653 | 7,669 | 6,335 | 7,344 | 8,177 |
| Telecomm Expenses | 2,975 | 2,679 | 2,725 | 3,006 | 2,908 | 3,220 | 3,817 |
| Other Expenses | 550 | 495 | 504 | 556 | 537 | 595 | 705 |
| Total Departmental Expenses | 205,686 | 186,082 | 184,251 | 212,845 | 202,692 | 217,356 | 260,849 |
| **Undistributed Operating** | | | | | | | |
| Admin & General Expenses | 49,474 | 44,561 | 45,321 | 49,996 | 48,369 | 53,547 | 63,487 |
| Sales & Marketing Expenses | 32,983 | 29,708 | 30,214 | 33,331 | 32,246 | 35,698 | 42,325 |
| Repairs & Maint. Expenses | 21,989 | 19,805 | 20,143 | 22,220 | 21,497 | 23,799 | 28,216 |
| Utilities Expenses | 54,700 | 53,700 | 53,700 | 63,550 | 56,413 | 51,883 | 54,405 |
| Franchise Fee Expenses | 41,234 | 36,725 | 38,201 | 40,259 | 39,667 | 45,398 | 54,270 |
| Total Undistributed Expenses | 200,379 | 184,499 | 187,579 | 209,356 | 198,192 | 210,326 | 242,703 |
| Gross Operating Profit | 143,648 | 124,544 | 131,739 | 133,310 | 136,547 | 167,290 | 201,857 |
| Property Management Fees | 9,620 | 8,665 | 8,812 | 9,721 | 9,405 | 10,412 | 12,345 |
| **Fixed Charges** | | | | | | | |
| Insurance | 4,160 | 4,160 | 4,160 | 4,160 | 4,160 | 4,160 | 4,160 |
| Property Taxes | 64,074 | 64,074 | 64,074 | 64,074 | 64,074 | 64,074 | 64,074 |
| Owners Expense | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Debt Service | 85,000 | 85,000 | 85,000 | 85,000 | 85,000 | 85,000 | 85,000 |
| Total Fixed Charges | 158,234 | 158,234 | 158,234 | 158,234 | 158,234 | 158,234 | 158,234 |
| Total Expenses to be paid | 573,919 | 537,480 | 538,877 | 590,156 | 568,523 | 596,327 | 674,130 |
| Net Income | -24,206 | -42,355 | -35,307 | -34,645 | -31,092 | -1,356 | 31,278 |
| Projected Ending Cash Balance | 528,753 | 486,398 | 451,091 | 416,446 | 385,354 | 383,998 | 415,276 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

9454 Wilshire Blvd., 6th Floor, Beverly Hills, California 90212

A true and correct copy of the foregoing document described "**[PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE CASH COLLATERAL**" will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐    Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On __October 26, 2010__  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on__October 26, 2010__ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/26/10 | Cristina Frankian | /s/ Cristina Frankian |
|----------|-------------------|-----------------------|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                     **F 9013-3.1**

# Service List

5

[PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE OF CASH COLLATERAL

***Section II – Served Via Overnight and/or US Mail***

Office of the US Trustee
725 S. Figueroa Street, Suite 2600
Los Angeles, California 90017
***Served Via US Mail***

Hess Corporation
Attention: Legal
One Hess Plaza
Woodbridge, New Jersey 07095
***Served Via US Mail***

U.S. Foodservice Inc.
9399 W. Higgins Rd., Suite 600
Rosemont, Illinois 60018
***Served Via US Mail***

InterContinental Hotels Group
Attention: Legal Department
Three Ravinia Drive, Suite 100
Atlanta, GA 30346
***Served Via US Mail***

***Section III – Served Via Personal Delivery, Facsimile and/or Email***

Chambers of Judge Richard Neiter
United States Bankruptcy Court – Central District of CA
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1652
Los Angeles, California 90012
***Personal Delivery***

Philip A. Gasteier, Esq.
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California  90067
***Personal Delivery***

David W. Meadows
Law Offices of David W. Meadows
1801 Century Park East, Suite 1250
Los Angeles, CA 90067
Attorney for Connecticut Light & Power
***Email: david@davidwmeadowslaw.com***

City of Hartford
550 Main Street
Hartford, CT 06103
***Facsimile: (860) 808-5383***

Commonwealth Business Bank
5055 Wilshire Boulevard, #100

[PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE OF CASH COLLATERAL

Los Angeles, CA 90036
*Email: davidk@cwbbank.com*

Greater Hartford C & V Bureau
31 Pratt Street, 4th Floor
Hartford, CT 06103
*Email: mvp@hartfordcvb.org*

Metropolitan District
555 Main Street
PO Box 800
Hartford, CT 06142
*Email: jjohnson@mdc.com*

One Communications
PO Box 415721
Boston, MA 02241-5721
*Email: mshaw@onecommunications.com*

Packard Hospitality Group
8775 Aero Drive
Suite 335
San Diego, CA 92123
*Email: steve@packard-1.com*

Solomon Agency Corp.
29-50 Union St. 2nd floor
Suite 200
Flushing, NY 11354
*Facsimile: (718) 461-8185*

[PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE OF CASH COLLATERAL

| | |
|---|---|
| In re:  CHOA VISION, LLC | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 2:10-bk-44798-RN |

### NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)  Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled "**[PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE OF CASH COLLATERAL**" was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  **October 26, 2010** , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

<span>☒</span>  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

<span>☒</span>  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

<span>☐</span>  Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of Californ ia.
*January 2009* **F 9021-1.1**

[PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE OF CASH COLLATERAL

1

## Service List for Notice of Entry

2

3    *Section I – Served By the Court Via Notice of Electronic Filing:*

4    Office of the US Trustee
     725 S. Figueroa Street, Suite 2600
5    Los Angeles, California 90017
     ustpregion16.la.ecf@usdoj.gov
6    russell.clementson@usdoj.gov

7    Philip A Gasteier
     pag@lnbrb.com

8
     Michael J Heyman
9    michael.heyman@klgates.com

10   Joan E Pilver
     joan.pilver@ct.gov
11
     Leib M Lerner
12   leib.lerner@alston.com

13   Diane Ilacqua
     diane.ilacqua@jpmorgan.com
14
     David W. Meadows
15   david@davidwmeadowslaw.com

16   *Section II – Served by the Court Via US Mail:*

17   CHOA Vision, LLC
     3699 Wilshire Blvd., Suite 720
18   Los Angeles, California 90017

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE OF CASH COLLATERAL