PHILIP A. GASTEIER (SBN 130043)
pag@lnbyb.com
ANTHONY A. FRIEDMAN (SBN 201955)
aaf@lnbyb.com
LEVENE NEALE BENDER YOO & BRILL LLP
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244

Attorneys for 50 MORGAN CT, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Case No.: 2:10-bk-44798-RN |
| | ) |
| CHOA VISION LLC, | ) Chapter 11 Case |
| | ) |
| **Debtor and Debtor in Possession.** | ) 50 MORGAN CT, LLC'S LIMITED |
| | ) OPPOSITION TO DEBTOR'S MOTION |
| | ) FOR AN ORDER AUTHORIZING |
| | ) CONTINUING USE OF CASH |
| | ) COLLATERAL |
| | ) |
| | ) DECLARATION PHILIP A. GASTEIER |
| | ) IN SUPPORT THEREOF |
| | ) |
| | ) |
| | ) Date:        **January 5, 2011** |
| | ) Time:        **11:00 a.m.** |
| | ) Place:       **Courtroom 1645** |
| | ) |
| | ) |
| | ) |
| | ) |

**TO   THE   HONORABLE   RICHRD   M.   NEITER,   UNITED   STATES
BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, CHOA
VISION, LLC AND OTHER PARTIES IN INTEREST:**

Secured Creditor 50 MORGAN CT, LLC ("50 Morgan") hereby submits its limited opposition ("Opposition") to the Motion in Support of Continued Interim Use of Cash Collateral (the "Motion") filed by Choa Vision, LLC, the debtor and debtor in possession herein (the "Debtor"), pertaining to the Debtor's Supplemental Points and Authorities ("Supplement") and declaration of Ron Lim ("Lim Declaration") filed December 15, 2010, as follows:

## I.

## INTRODUCTION

50 Morgan holds a valid, perfected first priority security interest in the real property known as the Crowne Plaza Hartford Hotel Downtown, located at 50 Morgan Street, Hartford, Connecticut (the "Property"), including, without limitation, an absolute assignment of all rents, issues and profits generated from the operation of the Property, all inventory and accounts, and all franchise agreements and other contracts. The security interest is evidenced by a mortgage imposing a lien over the Property, as well as an assignment of rents and security interest. The lien and security interest were granted to secure repayment of an obligation in the original principal amount of $13,143,000.00 owed by the Debtor.

50 Morgan is hopeful that an agreement on a budget and a form of order authorizing continued use of cash collateral will be reached prior to the hearing on the Motion. However, the Debtor must first cure outstanding defaults under the existing cash collateral order, and explain the discrepancies in its financial reporting and its proposed budget. In addition, according to at least the version of the Debtor's numbers presented in its proposed budget, there is no reason that the Debtor's adequate protection payment to 50 Morgan should not be the full monthly payment under the note -- $102,174.25, rather than the $85,000 it has been paying in the past several post-petition months.

## II.

## BACKGROUND

### A.    Evidence of 50 Morgan's Perfected Security Interest.

Copies of documents evidencing 50 Morgan's security interest are attached to and identified in the annexed Declaration of Dong Sik Benjamin Park filed in response to the

1    Debtor's original cash collateral motions (the "Park Declaration").

2        On or about August 16, 2010, 50 Morgan obtained an assignment from Commonwealth
3    Business Bank (the "Bank") of all of the Bank's rights and interest in secured indebtedness (the
4    "Secured Debt") owing to the Bank by Choa Vision, LLC, the Debtor herein. The Debtor entered
5    into a loan arrangement with the Bank for the Secured Debt, evidenced by a Mortgage Note
6    dated February 28, 2007 in the original principal sum of $13,143,000.00 (the "Note").

7        The Note is secured by a first priority Mortgage dated February 28, 2007 made, executed
8    and delivered by the Debtor and recorded on March 7, 2007 in Volume 5853, Page 043 et seq.,
9    as Instrument No. 003467, in the Official Records, Hartford County, Connecticut (the
10   "Mortgage").   The Note is also secured by an Absolute Assignment of Rents and Leases dated
11   February 28, 2007 made, executed and delivered by the Debtor and recorded on March 7, 2007
12   in Volume 5853, Page 066 et seq., as Instrument No. 003468 in the Official Records, Hartford
13   County, Connecticut (the "Assignment of Rents").  The Note is also secured by the grant of a
14   security interest in personal property in the Mortgage and in the Security Agreement and
15   Assignment dated February 2007 (the "Security Agreement"), as reflected in the UCC-1
16   Financing Statement filed March 9, 2007 (the "Financing Statement").

17       The Note, the Mortgage, the Assignment of Rents, the Security Agreement, the Financing
18   Statement and all other documents and instruments executed by the Debtor and delivered in
19   connection with the Loan identified on Schedule 1 to the Assignment were assigned to 50
20   Morgan and are referred to herein as the "Loan Documents."

21       Pursuant to the Loan Documents, 50 Morgan has a first priority, properly perfected lien
22   against and security interest in the Property, including without limitation all of the following:

23            (i) the land on which the Subject Property is located;

24            (ii) all buildings, structures and improvements of every nature whatsoever now or
25            hereafter situated on the land;

26            (iii)  all inventory and accounts;

27            (iv)  all franchise agreements, management agreements and other contracts;

28            (v)  all rents and proceeds of its other collateral; and

3

1                (vi) such other property as is set forth in the Loan Documents.

2       The Debtor failed to make any payments under the Note since the assignment on August

3 16, 2010, until October 19, 2010. As of June 7, 2010, the principal unpaid balance under the

4 note was $12,620,272.63. To the best knowledge of 50 Morgan, no payments were made to the

5 Bank between June 7, 2010 and the date of the assignment.

6     **B.   Prior Cash Collateral Proceedings.**

7       The Debtor filed this bankruptcy on August 18, 2010.   The Motion states that the

8 Debtor is operating a 350-room hotel in Hartford, Connecticut, with a management firm and that

9 the Debtor is a co-employer which is required to fund payroll and related benefit payments for a

10 96 person staff.

11      Despite repeated notice that 50 Morgan did not consent to use of cash collateral, and

12 requests for a proposed budget, the Debtor did not file a cash collateral motion until September

13 17, 2010, approximately one month after the filing of the Debtor's petition. An initial hearing

14 was held on September 24, 2010, and continued to September 30, 2010, to allow the Debtor to

15 submit a budget with sufficient detail. Following the continued hearing, the Court entered an

16 Order on October 7, 2010 (the "First Order").

17       The Debtor failed to make the payment required by paragraph 4 of the First Order on

18 October 6, and failed to supply the insurance endorsements and financial reports required by

19 paragraphs 7 and 8 of the First Order on October 8, 2010. Notice of default was given by 50

20 Morgan on October 11, 2010. Accordingly, the Debtor's authority to use cash collateral expired

21 October 18, 2010.

22      Notwithstanding the Debtor's failure to completely cure all defaults, notably insurance

23 endorsements, 50 MORGAN agreed to entry of the Order entered October 26, 2010 (the "Second

24 Cash Collateral Order") a copy of which is attached hereto as Exhibit "A."

25      Once again, the Debtor regularly defaulted in performance of its obligations (including a

26 bounced check), as is reflected in the copies of emails dated November 10, December 10 and

27 December 27, 2010, attached hereto as Exhibit "B." The Debtor currently remains in default for

28 failure to supply proper financial reporting for November 2010 – as a result of which its

4

1  authority to use cash collateral has terminated per the terms of the Second Cash Collateral Order,

2  and for failure to supply any reporting for December 1-15, 2010.

3      **C.**    **The Current Cash Collateral Motion and Supplement.**

4      The current Supplement to the Motion was filed on December 15, 2010. It adds

5  absolutely nothing to the prior facts offered by the Debtor, except the Supplemental Budget

6  attached to the Lim Declaration. Thus, there is nothing new before the Court (from the Debtor)

7  except the Supplemental Budget.

8      The proposed supplemental budget attached to the Motion omits the additional pages of

9  backup detail provided in connection with prior orders, and required as part of the financial

10  reporting agreed to and required under prior orders. Without that financial detail it is difficult to

11  understand and review the budget versus the actual performance of the Debtor.

12      Moreover, the Debtor's numbers are not consistent with its financial reporting. For

13  example, the Debtor's report's for October and November 2010, are attached hereto as Exhibits

14  "C" and "D," respectively (the October Report is in proper form, the November Report is not).

15  The October Report shows net cash of underline negative $46,397, while the Supplemental Budget shows

16  actual October results of positive $209,171 net income.    A comparison shows that the

17  Supplemental Budget seriously understates expenses as compared with the prior financial

18  reporting. The Debtor's Operating Report for October appears to be consistent with the financial

19  reporting to 50 MORGAN, indicating that the Supplemental Budget submitted to this Court in

20  support of further use of cash collateral is incorrect.

21      The November Report shows a net operating loss of $88,600.00, while the Supplemental

22  Budget submitted to this Court shows net income of a positive $115,083.00 for November. As

23  the Debtor is not current in its November Monthly Operating  Report to the United States

24  Trustee, and has not supplied the required detail to 50 Morgan, its is difficult to identify the

25  discrepancy, but once again it appears that expenses are grossly understated in the submission to

26  this Court.

27  ///

28  ///

**III.**

**ARGUMENT**

**1.    The Debtor Should Provide a Budget with Sufficient Detail and Explain Discrepancies in the Budgets Supplied to Date.**

The Budget Attached to the Motion is not in the form of the previously approved budget. It lacks sufficient detail and raises questions as to whether the financial reporting is being done on a cash basis.    It also has "actual" numbers for October and November 2010 which do not coincide with the numbers for those months in the financial reporting.

The Court and 50 Morgan should be able to identify what the Debtor is proposing. Unfortunately, the instant Motion again attached a proposed budget with insufficient detail. The budget to be used going forward should be in substantially the form attached hereto as Exhibit "C", the financial report supplied by the Debtor for October 2010.    The required financial reporting should be in the same form.

Moreover, the Debtor should explain or clarify the reasons for the following discrepancies between the Supplemental Budget and the financial reports attached hereto as Exhibit "C" and "D."

**2.    The Debtor's Prior Conduct Demonstrates the Need for Provisions Requiring Consistent Financial Reporting and Mandating Compliance.**

11 U.S.C.§363 (c )(2) provides that a trustee or debtor in possession may not use cash collateral unless each entity which has an interest in such cash collateral consents, or the court authorizes such use after notice and hearing.    §363 (c )(4) requires that the trustee or debtor in possession segregate and account for any cash collateral in its possession, custody or control which it has not been authorized to use.

In its response to the Debtor's first Cash Collateral Motion, 50 Morgan noted that the Debtor did not seek authorization for its continuing use of cash collateral until one month after the petition was filed, and requested that the Debtor be required to account for its use of cash collateral without authorization.    50 Morgan agreed to the Order authorizing use of cash

6

1  collateral contingent on compliance with the Order, including the delivery of financial
2  information in the form already being produced by the Debtor.

3      Once again, the Debtor's failure to timely deliver the agreed financial information has
4  greatly hindered 50 Morgan in policing its collateral and responding to the instant Motion. It is
5  important that default provisions be part of any further order.

6      It is also imperative that the budget and financial reporting be prepared on a cash basis
7  and contain sufficient detail for the Court and creditors to be able to monitor use of cash
8  collateral and assess whether the Debtor is meeting its projections. Thus, both the Budget and
9  the financial reporting should be on a cash basis with sufficient detail. The financial reporting
10  should be in the same format as the budget and should identify the variance between actual
11  amounts and budgeted amounts.

12  **3.    The Supplemental Order Should Be Limited to Three Months.**

13      It is extremely troublesome that the Debtor cannot timely comply with cash collateral
14  orders and provide consistent financial information in its submission sot this Court.    The
15  Debtor's more positive projections for the coming months are called into question by these
16  discrepancies.    The next hearing should be set for early April, with cash collateral use to be
17  authorized only until that hearing.

18      4.    **The Interest of 50 Morgan in Cash Collateral Extends Well Beyond Rents.**

19      The grant of a security interest in the Mortgage covers collateral which is coextensive with
20  the description of collateral in the Financing Statement.    50 Morgan therefore has a perfected
21  security interest in all of the collateral described in the Mortgage.    The collateral includes all
22  inventory, accounts, franchise agreements, management agreements and other contracts, as well
23  as rents and proceeds of any of the foregoing. Thus, the security interest of 50 Morgan extends
24  to the Debtor's Cash on hand at the petition date, which was undoubtedly proceeds of its
25  collateral, as well as to proceeds of its pre-petition collateral received by the Debtor post-
26  petition.

27  ///

28

5.    **The Debtor's Should provide Adequate Protection as All of 50 Morgan's Collateral.**

The burden is on the Debtor to prove that 50 Morgan's security interest in the cash collateral is adequately protected during the period of the proposed use.  See, 11 U.S.C. § 363(p)(1).  Here, the Debtor has not met its burden because it has not established, among other things, that there is an equity cushion shielding 50 Morgan from loss or that 50 Morgan will realize the "indubitable equivalent" of its interest. See, 11 U.S.C. §361.

50 Morgan has a perfected security interest in its pre-petition collateral, including cash proceeds, accounts, inventory and the franchise agreement, as well as in post-petition rents and post-petition proceeds of its pre-petition collateral.  Thus, much of the Debtor's post-petition cash flow will be already subject to the security interest of 50 Morgan.

While 11 U.S.C. § 552 (a) states the general rule that a pre-petition security interest does not reach property acquired by the estate or debtor post-petition, §552(b)(2)sets forth an exception, providing that if the debtor and secured creditor entered into a security agreement pre-petition which extends to after acquired property and to amounts paid as rents, then the security interest extends to such rents acquired by the estate after the commencement of the case.  See, *Matter of Wheaton Oaks Office Partners Limited Partnership*, 27 F. 3d 1234, 1245 (7th Circuit 1994); *In re Union-Go Dairy Leasing*, LLC, 2010 WL 1848485 (Bankr. S.D.Ind. 2010); *In re Amaravathi Limited Partnership*, 416 B.R. 618, 624 (Bankr. S.D.Tex. 2009).

50 Morgan is entitled to adequate protection of its interest in the post-petition rents.  Id., at 638.  The Debtor must demonstrate that it can provide adequate protection of two distinct pools of collateral – the real estate and the rents – in order to resist relief from stay. *Union-Go Dairy* at ¶ 27.  As the Court in *Union-Go Dairy* held, the post-petition rents cannot be used as replacement collateral through the grant of replacement liens since the rents are already fully line to Secured Creditor.  The Debtor has no assets which are unencumbered which can provide adequate protection of Secured Creditor's diminishing interest in the post-petition rents.

50 Morgan is concerned that its interest in the Property is not adequately protected, and does not concede that any replacement liens can provide adequate protection.  At a minimum at

8

his time, and in light of the Debtor's projections, the monthly adequate protection payment

should be set at the amount of the payment under the note, $102,174.25.

## IV.

## CONCLUSION

Based on the foregoing, 50 Morgan respectfully requests that any grant of use of cash

collateral pursuant to the Motion be conditioned as described herein.

Dated:  December 27, 2010                    Respectfully Submitted,

50 MORGAN CT, LLC


By:____*/s/ Philip A. Gasteier*_____
PHILIP A. GASTEIER
ANTHONY A. FRIEDMAN
LEVENE, NEALE, BENDER, YOO
& BRILL L.L.P.
Attorneys for 50 MORGAN CT, LLC

1

## DECLARATION OF PHILIP A. GASTEIER

2

I, PHILIP A. GASTEIER, declare as follows:

3       1.       I am a partner of the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P.

4   ("LNBRB").  I am an attorney licensed to practice law in the State of California, in the United

5   States District Court and the Bankruptcy Courts for all Districts of California, and the United

6   States Court of Appeals for the Ninth Circuit.   Unless indicated to the contrary, the facts

7   contained herein are true based on my personal knowledge and if called upon as a witness in this

8   case, I could and would testify competently to the truth thereof.

9       2.       The Debtor filed this bankruptcy on August 18, 2010.  Despite repeated notice

10  that 50 Morgan did not consent to use of cash collateral, and requests for a proposed budget, the

11  Debtor did not file a cash collateral motion until September 17, 2010, approximately one month

12  after the filing of the Debtor's petition.  An initial hearing was held on September 24, 2010, and

13  continued to September 30, 2010.  Following the continued hearing the Court entered an Order

14  on October 7, 2010 (the "First Order").

15      3.       The Debtor failed to make the payment required by paragraph 4 of the First Order

16  on October 6, and failed to supply the insurance endorsements and financial reports required by

17  paragraphs 7 and 8 of the Order on October 8, 2010.  Notice of default was given by 50 Morgan

18  on October 11, 2010.  Accordingly, the Debtor's authority to use cash collateral expired October

19  18, 2010.

20      4.       The payment was received on October 19, 2010, after the notice period expired.

21  Financial reports and evidence of property insurance were received on October 20, but raised

22  questions.   The financial reports used comparisons to budgeted amounts which were different

23  from those in the First Order.  Confirmation of the required insurance endorsements was not

24  received until November 17, 2010, after repeated additional demands.  50 MORGAN is still

25  waiting for additional confirming information.

26      5.       The Debtor has not filed its Monthly Operating Report for December 2010.

27

28

10

6.     Notwithstanding the Debtor's failure to completely cure all defaults, notably insurance endorsements, 50 MORGAN agreed to entry of the Order entered October 26, 2010 (the "Second Cash Collateral Order") a copy of which is attached hereto as Exhibit "A."

7.     Once again, the Debtor regularly defaulted in performance of its obligations (including a bounced check), as is reflected in the copies of emails dated November 10, December 10 and December 27, 2010, attached hereto as Exhibit "B." The Debtor currently remains in default for failure to supply proper financial reporting for November 2010 – as a result of which its authority to use cash collateral has terminated per the terms of the Second Cash Collateral Order, and for failure to supply any reporting for December 1-15, 2010.

8.     The current Supplement to the Motion was filed on December 15, 2010. The Supplemental Budget attached to the Motion omits the additional pages of backup detail provided in connection with prior orders, and required as part of the financial reporting agreed to and required under prior orders. Without that financial detail it is difficult to understand and review the budget versus the actual performance of the Debtor.

9.     Moreover, the Debtor's numbers are not consistent with its financial reporting. For example, the Debtor's report's for October and November 2010, are attached hereto as Exhibits "C" and "D," respectively (the October Report is in proper form, the November Report is not). The October Report shows net cash of <u>negative</u> $46,397, while the Supplemental Budget shows actual October results of <u>positive</u> $209,171 net income. A comparison shows that the Supplemental Budget seriously understates expenses as compared with the prior financial reporting. The Debtor's Operating Report for October appears to be consistent with the financial reporting to 50 MORGAN, indicating that the Supplemental Budget submitted to this Court in support of further use of cash collateral is incorrect.

10.     The November Report shows a net operating <u>loss</u> of $88,600.00, while the Supplemental Budget submitted to this Court shows net income of a <u>positive</u> $115,083.00 for November. As the Debtor is not current in its November Monthly Operating Report to the United States Trustee, and has not supplied the required detail to 50 Morgan, its is difficult to

1  identify the discrepancy, but once again it appears that expenses are grossly understated in the

2  submission to this Court.

3       I declare under penalty of perjury under the laws of the State of California that the

4  foregoing is true and correct and that this Declaration was executed this 27th day of December

5  2010 at Los Angeles, California.

6

7                           _____*/s/ Philip A. Gasteier*_____ .
                            PHILIP A. GASTEIER

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "A"

1  | MICHAEL JAY BERGER (State Bar # 100291)
2  | LAW OFFICES OF MICHAEL JAY BERGER
   | 9454 Wilshire Blvd. 6ᵗʰ Floor
3  | Beverly Hills, CA 90212-2929
   | Telephone:    (310) 271-6223
4  | Facsimile:    (310) 271-9805
   | michael.berger@bankruptcypower.com
5  |
6  | Attorney for Debtor,
   | Choa Vision, LLC
7  |

**FILED & ENTERED**

**OCT 26 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Jones        DEPUTY CLERK

CHANGES MADE BY COURT

8  |
9  |            UNITED STATES BANKRUPTCY COURT
10 |
11 |            CENTRAL DISTRICT OF CALIFORNIA
   |
   |            LOS ANGELES DIVISION

| | |
|---|---|
| In re | CASE NO.: 2:10-bk-44798-RN |
| CHOA VISION, LLC, a California limited liability company, | Chapter 11 |
| | ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE OF CASH COLLATERAL THROUGH JANUARY 5, 2011 |
| Debtor. | |
| | Date:   October 26, 2010 |
| | Time:   11:00 a.m. |
| | Place:  Courtroom 1645 |

On October 26, 2010, at 11:00 a.m., the Court held a continued hearing to consider the

Debtor's Motion (the "Motion") in Support of Continued Interim Use of Cash Collateral of Choa

Vision, LLC, a California limited liability company ("Debtor"), debtor and debtor-in-possession

herein.

The Court, having considered the Motion and the Declaration of Ron Lim filed concurrently in support thereof, the pleadings and other documents on file in this Chapter 11 case, and having heard oral argument of counsel, and the Court having found that the notice of the hearing on the Motion was sufficient, that 50 Morgan CT, LLC (the "Secured Creditor"), has consented to use of cash collateral on the terms set forth herein, and for good and adequate cause, hereby makes the following orders:

1.    Debtor is authorized to use any and all "cash collateral," as that term is defined in 11 U.S.C. § 363(a), now on hand or hereafter collected, in accordance with the budget ("Budget"), attached hereto as Exhibit "1", and incorporated herein by this reference, through and until January 5, 2011, with the attribution of revenues and expenses to categories to be consistent with the detail attached as Exhibit "1" to the Supplemental Declaration of Gene Choe (the "Choe Declaration"), filed September 29, 2010.

2.    Debtor is authorized to make expenditures in amounts not to exceed 110% of each of the line item amounts contained in the Budget, except that the franchise fee may vary with the Debtor's revenues. Any expenditures in excess of that amount will require the written approval of Secured Creditor, or further order of the Court after appropriate notice. Budget savings may be carried over within any line item and used by the Debtor in subsequent periods.

3.    Secured Creditor reserves its rights as to any use of cash collateral after January 5, 2011. Nothing in this order shall be deemed to be an admission by Secured Creditor that it is adequately protected, or to prevent Secured Creditor from exercising any other right or remedy which may be available to it.

[PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE OF CASH COLLATERAL

4.      The Debtor shall pay to the Secured Creditor the sum of $85,000.00 for

November on or before November 6, 2010, and the sum of $85,000.00 for December on or

before December 6, 2010.

5.      All real property tax payments are to be made directly to the taxing authority or to

a segregated trust account to be held for the benefit of the tax authority until payment. The

Debtor shall provide evidence of payment to Secured Creditor by the end of each month.

6.      The Debtor shall satisfactorily demonstrate that sales/use taxes are being paid, and

provide evidence of payment to Secured Creditor by the end of each month.

7.      The Debtor shall provide to Secured Creditor any reasonable further assurances

reasonably requested by the Secured Creditor in connection with any insurance policies held by

the Debtor. Without limitation, not later than November 30, 2010, the Debtor shall cause

Secured Creditor to be listed as mortgagee and loss payee under all property insurance policies

consistent with the terms of the Mortgage dated February 28, 2007.

8.      The Debtor shall provide to Secured Creditor, by email to its counsel, copies of

cash flow income and expense reports, in substantially the same format attached to the

Supplemental Declaration of Gene Choe (the "Choe Declaration"), filed September 29, 2010, (a)

for the month of October 2010, by November 5, 2010, (b) for November 1-15 by November 22,

2010, (c) for November 16-30 and the month of November 2010 by December 6, 2010, (c) for

December 1-15 by December 22, 2010, (b) for December 16-31 and the month of December

2010 by January 6, 2011. Reports for monthly periods shall show actual and budgeted amounts

(as projected in the Budget), together with the variance between such actual and budgeted

amounts. The Debtor shall promptly supply such additional detail and supporting documentation

for such reports as is reasonably requested by Secured Creditor.

3

9.    Secured Creditor shall be granted replacement liens in the Debtor's post-petition assets to the extent of all cash collateral used, to the same extent, validity and priority as Secured Creditor's pre-petition liens; provided that such replacement liens shall not extend to avoidance actions. The replacement liens shall be perfected automatically upon entry of the order.

10.    Should Debtor fail to abide by the terms of this Order, the Debtor's right to use cash collateral by consent shall terminate upon 5 business days notice by Secured Creditor's counsel to Debtor's Counsel of such failure, unless the failure is cured within such 5 business day period.

11.    A hearing regarding continued use of cash collateral will be held on January 5, 2011 at 11:00 a.m.. in Courtroom 1645 of this Court, located at 255 E. Temple Street, Los Angeles, California 90012.

12.    The Debtor shall file and serve all notice parties any points and authorities in support of the continued use of cash collateral by no later than _December 15, 2010.

13.    Any opposition to the continued use of cash collateral shall be filed and served on all notice parties by no later than December 27, 2010, to be delivered to Chambers by _4:00 p.m. on that date.

IT IS HEREBY ORDERED.

###

DATED: October 26, 2010

United States Bankruptcy Judge

4

[PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE OF CASH COLLATERAL

# EXHIBIT 1

10/26/2010

DIP CHOA VISION, LLC
CROWNE PLAZA HARTFORD
INCOME & EXPENSE PROJECTION
NOV '10 THROUGH MAY '11

| | Nov 2010 (Forecast) | Dec 2010 (Forecast) | Jan 2011 (Forecast) | Feb 2011 (Forecast) | Mar 2011 (Forecast) | Apr 2011 (Forecast) | May 2011 (Forecast) |
|---|---|---|---|---|---|---|---|
| Projected Beginning Cash Balance | 552,959 | 528,753 | 405,398 | 461,091 | 416,446 | 386,354 | 383,998 |
| **REVENUE** | | | | | | | |
| Room Revenues | 412,343 | 367,283 | 382,013 | 402,585 | 396,668 | 453,983 | 542,696 |
| Food Revenues | 103,082 | 96,069 | 86,380 | 116,483 | 106,587 | 100,003 | 121,914 |
| Beverage Revenues | 14,362 | 13,727 | 16,632 | 19,173 | 15,837 | 18,360 | 20,443 |
| Telecomm Revenues | 770 | 765 | 495 | 467 | 402 | 581 | 1,111 |
| Other Revenues | 18,365 | 17,321 | 19,140 | 17,801 | 18,937 | 22,044 | 19,244 |
| Total Revenues | 549,713 | 495,125 | 503,670 | 556,510 | 537,431 | 594,971 | 705,408 |
| **Departmental Expenses** | | | | | | | |
| Room Expenses | 123,703 | 110,176 | 114,604 | 120,776 | 119,000 | 136,195 | 162,809 |
| Food Expenses | 72,717 | 67,241 | 59,766 | 80,638 | 73,811 | 70,002 | 85,340 |
| Beverage Expenses | 5,741 | 5,491 | 6,663 | 7,669 | 6,338 | 7,344 | 8,177 |
| Telecom Expenses | 2,975 | 2,679 | 2,725 | 3,006 | 2,908 | 3,220 | 3,817 |
| Other Expenses | 650 | 495 | 504 | 556 | 537 | 595 | 705 |
| Total Departmental Expenses | 205,686 | 186,082 | 184,251 | 212,846 | 202,692 | 217,356 | 260,849 |
| **Undistributed Operating** | | | | | | | |
| Admin & General Expenses | 49,474 | 44,561 | 45,321 | 49,996 | 48,359 | 63,647 | 63,687 |
| Sales & Marketing Expenses | 32,983 | 29,709 | 30,214 | 33,331 | 32,245 | 36,698 | 42,325 |
| Repairs & Maint. Expenses | 21,989 | 19,805 | 20,143 | 22,220 | 21,497 | 23,789 | 28,216 |
| Utilities Expenses | 54,700 | 53,700 | 53,700 | 53,550 | 66,413 | 51,863 | 54,408 |
| Franchise Fee Expenses | 41,234 | 36,725 | 38,201 | 40,259 | 39,667 | 45,898 | 64,270 |
| Total Undistributed Expenses | 200,379 | 184,499 | 187,579 | 209,355 | 198,192 | 210,328 | 242,703 |
| Gross Operating Profit | 143,648 | 124,544 | 131,739 | 133,310 | 136,547 | 167,290 | 201,867 |
| Property Management Fees | 9,620 | 8,865 | 8,812 | 9,721 | 9,405 | 10,412 | 12,346 |
| **Fixed Charges** | | | | | | | |
| Insurance | 4,160 | 4,160 | 4,160 | 4,160 | 4,160 | 4,160 | 4,160 |
| Property Taxes | 64,074 | 64,074 | 64,074 | 64,074 | 64,074 | 64,074 | 64,074 |
| Owners Expense | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Debt Service | 85,000 | 86,000 | 86,000 | 85,000 | 85,000 | 85,000 | 85,000 |
| Total Fixed Charges | 158,234 | 156,234 | 158,234 | 158,234 | 158,234 | 158,234 | 158,234 |
| Total Expenses to be paid | 673,919 | 637,480 | 538,877 | 590,156 | 568,523 | 596,327 | 674,130 |
| Net Income | -24,206 | -42,356 | -36,307 | -34,646 | -31,092 | -1,356 | 31,278 |
| Projected Ending Cash Balance | 528,753 | 466,398 | 451,091 | 416,446 | 385,354 | 382,998 | 415,276 |

Debtor(s).    CASE NUMBER: 2:10-bk-44798-RN

**NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9454 Wilshire Blvd., 6th Floor, Beverly Hills, California 90212

A true and correct copy of the foregoing document described "**[PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE CASH COLLATERAL**" will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐    Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ___October 26, 2010___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on___October 26, 2010___I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/26/10 | Cristina Frankian | /s/ Cristina Frankian |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009                                                                                                                    F 9013-3.1

## Service List

5

[PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE OF CASH COLLATERAL

*Section II – Served Via Overnight and/or US Mail*

Office of the US Trustee
725 S. Figueroa Street, Suite 2600
Los Angeles, California 90017
*Served Via US Mail*

Hess Corporation
Attention: Legal
One Hess Plaza
Woodbridge, New Jersey 07095
*Served Via US Mail*

U.S. Foodservice Inc.
9399 W. Higgins Rd., Suite 600
Rosemont, Illinois 60018
*Served Via US Mail*

InterContinental Hotels Group
Attention: Legal Department
Three Ravinia Drive, Suite 100
Atlanta, GA 30346
*Served Via US Mail*

*Section III – Served Via Personal Delivery, Facsimile and/or Email*

Chambers of Judge Richard Neiter
United States Bankruptcy Court – Central District of CA
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1652
Los Angeles, California 90012
*Personal Delivery*

Philip A. Gasteier, Esq.
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
*Personal Delivery*

David W. Meadows
Law Offices of David W. Meadows
1801 Century Park East, Suite 1250
Los Angeles, CA 90067
Attorney for Connecticut Light & Power
*Email: david@davidwmeadowslaw.com*

City of Hartford
550 Main Street
Hartford, CT 06103
*Facsimile: (860) 808-5383*

Commonwealth Business Bank
5055 Wilshire Boulevard, #100

6

[PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE OF CASH COLLATERAL

1    Los Angeles, CA 90036
     *Email: davidk@cwbbank.com*

2
     Greater Hartford C & V Bureau
3    31 Pratt Street, 4th Floor
     Hartford, CT 06103
4    *Email: mvp@hartfordcvb.org*

5    Metropolitan District
     555 Main Street
6    PO Box 800
     Hartford, CT 06142
7    *Email: jjohnson@mdc.com*

8    One Communications
     PO Box 415721
9    Boston, MA 02241-5721
     *Email: mshaw@onecommunications.com*
10

     Packard Hospitality Group
11   8775 Aero Drive
     Suite 335
12   San Diego, CA 92123
     *Email: steve@packard-1.com*
13

     Solomon Agency Corp.
14   29-50 Union St. 2nd floor
     Suite 200
15   Flushing, NY 11354
     *Facsimile: (718) 461-8185*
16

17

18

19

20

21

22

23

24

25

26

27

28

7

[PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE OF CASH COLLATERAL

| In re: CHOA VISION, LLC | CHAPTER:11 |
| Debtor(s). | CASE NUMBER: 2:10-bk-44798-RN |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled "**[PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE OF CASH COLLATERAL**" was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  **October 26, 2010** , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒  Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒  Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐  Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                                          **F 9021-1.1**

8

[PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE OF CASH COLLATERAL

## Service List for Notice of Entry

*Section I – Served By the Court Via Notice of Electronic Filing:*

Office of the US Trustee
725 S. Figueroa Street, Suite 2600
Los Angeles, California 90017
ustpregion16.la.ecf@usdoj.gov
russell.clementson@usdoj.gov

Philip A Gasteier
pag@lnbrb.com

Michael J Heyman
michael.heyman@klgates.com

Joan E Pilver
joan.pilver@ct.gov

Leib M Lerner
leib.lerner@alston.com

Diane Ilacqua
diane.ilacqua@jpmorgan.com

David W. Meadows
david@davidwmeadowslaw.com

*Section II – Served by the Court Via US Mail:*

CHOA Vision, LLC
3699 Wilshire Blvd., Suite 720
Los Angeles, California 90017

9

[PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE OF CASH COLLATERAL

# EXHIBIT "B"

## Philip A. Gasteier

**From:**    Philip A. Gasteier

**Sent:**    Thursday, November 11, 2010 2:42 PM

**To:**    benpark00@magilinkus.com; franknlee; 'jinkim100@gmail.com'

**Subject:** FW: CHOA VISION Notice of Default

Please see attached and response below re check.

**From:** Michael Mahurin [mailto:Michael.Mahurin@bankruptcypower.com]
**Sent:** Thursday, November 11, 2010 1:50 PM
**To:** Philip A. Gasteier
**Cc:** Michael Berger
**Subject:** RE: CHOA VISION Notice of Default

Philip,

Our client reports that the check was drawn on an incorrect account and that is why it bounced.   A new check is being sent via Federal Express tomorrow.

Attached please find the following:

1)   October Financial Statements;
2)   Proof of payment of occupancy tax; and
3)   Notice of appeal of assessment.

We will forward a copy of the MOR once filed.

Regards,

Michael E. Mahurin, Esq.
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212-2929
Telephone:  (310) 271-6223
Facsimile:  (310) 271-9805

**From:** Philip A. Gasteier [mailto:PAG@lnbyb.com]
**Sent:** Wednesday, November 10, 2010 7:08 PM
**To:** Michael Mahurin; Michael Berger
**Subject:** CHOA VISION Notice of Default

I am advised that the check received for the November payment has bounced.   Please be advised that the Debtor is in default in the following respects:
1.  The payment due November 6 has not been made.
2.  The Debtor has not provided evidence of the tax payments as required by paragraphs 5 and 6 of the attached Order.
3.  The Debtor has not provided the financial report due November 5 as required by paragraphs 5 and 6 of the

attached Order.

These defaults must be cured in accord with the Order or use of cash collateral must cease.

**PHILIP A. GASTEIER,** Esq.

**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**
10250 Constellation Blvd.   |   Suite 1700   |   Los Angeles, CA   90067
Phone  310 229 1234   |   Direct  310 229 3329   |   Fax  310 229 1244
pag@lnbyb.com   |   **www.lnbyb.com**

The preceding E-mail message is subject to Levene, Neale, Bender, Yoo & Brill L.L.P.'s
email policies which can be found at http://www.lnbyb.com/disclaimers.htm.

Please consider the environment before printing this email

## Philip A. Gasteier

**From:**   Philip A. Gasteier

**Sent:**   Friday, December 10, 2010 12:04 PM

**To:**   'Michael Mahurin'; Michael Berger

**Cc:**   Benjamin Park; 'Jin Kim'; franknlee

**Subject:** CHOA Vision

Please take notice that the Debtor is in default under the Order entered October 26, 2010 in the following respects:

1. Failure to provide evidence of payment of real property taxes November (Para. 5) [or update status appeal].
2. Failure to provide evidence of payment of sale and use taxes November (Para. 6).
3. Failure to provide evidence that 50 Morgan CT, LLC is listed as mortgagee and loss payee in accord with provisions of mortgage, required by November 30, 2010 (Para. 7).
4. Failure to provide financial reports required by November 22 and December 6, 2010 (Para. 8).

Per the Order, authorization to use cash collateral will cease if these defaults are not cured within five days of the date of this notice.

Sincerely,

**PHILIP A. GASTEIER,** Esq.

**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**
10250 Constellation Blvd.   |   Suite 1700   |   Los Angeles, CA   90067
Phone  310 229 1234   |   Direct  310 229 3329   |   Fax  310 229 1244
pag@lnbyb.com  |  www.lnbyb.com

The preceding E-mail message is subject to Levene, Neale, Bender, Yoo & Brill L.L.P.'s
email policies which can be found at http://www.lnbyb.com/disclaimers.htm.

🌱 Please consider the environment before printing this email

You need to provide a declaration page as well as the AIE.  Please do so immediately.

**From:** Philip A. Gasteier [mailto:PAG@lnbyb.com]
**Sent:** Thursday, December 16, 2010 7:11 PM
**To:** Michael Mahurin; Michael Berger
**Subject:** FW: Insurance Document - Additional Insured

This does not comply with the requirements of the Order concerning insurance.  The Debtor remains in default.

**From:** Ron Lim [mailto:rlim@cphartford.com]
**Sent:** Tuesday, December 14, 2010 1:27 PM
**To:** Philip A. Gasteier
**Cc:** Michael Mahurin; diana.kong@bankruptcypower.com
**Subject:** FW: Insurance Document - Additional Insured

Hello Mr. Gasteier, Esq.

I have been asked to forward this email to you by Mr. Mahurin, Esq.

**From:** Ron Lim
**Sent:** Monday, December 13, 2010 10:32 PM
**To:** 'Michael Mahurin'
**Cc:** Gene W. Choe, Esq.; youngsil kim; SeoMoon
**Subject:** Insurance Document - Additional Insured

Attached is the document that provides evidence that 50 Morgan CT, LLC is an additional insured.

Please forward this to Philip A. Gasteier, Esq.

Thank you.

## Philip A. Gasteier

**From:** Philip A. Gasteier

**Sent:** Monday, December 27, 2010 12:52 PM

**To:** 'Michael Berger'; Michael Mahurin

**Subject:** CHOA Vision notice of default

Please be advised that, in addition to the Debtor's continuing default in failing to provide proper financial reporting for the month of November 2010 – as a result of which the Debtor's authorization to use cash collateral has now terminated, the Debtor is in default for failure to supply the required financial reporting for December 1-15, 2010, which was due on December 22, 2010.

**PHILIP A. GASTEIER,** Esq.

**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**
10250 Constellation Blvd.  |  Suite 1700  |  Los Angeles, CA  90067
Phone  310 229 1234  |  Direct  310 229 3329  |  Fax  310 229 1244
pag@lnbyb.com  |  **www.lnbyb.com**

The preceding E-mail message is subject to Levene, Neale, Bender, Yoo & Brill L.L.P.'s
email policies which can be found at http://www.lnbyb.com/disclaimers.htm.

Please consider the environment before printing this email

# EXHIBIT "C"

11/11/2010 at 11:36:10 AM

**DIP CHOA Vision, LLC**
**Crowne Plaza Hartford**
**INCOME STATEMENT**
**As of 10/31/2010**

**Income Summary**

| CURRENT PERIOD ACTUAL | % | CURRENT PERIOD BUDGET | % | VARIANCE CURRENT PERIOD | CATEGORY | YEAR TO DATE ACTUAL | % | YEAR TO DATE BUDGET | % | VARIANCE YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **STATS** | | | | | |
| 10,850 | | 10,850 | | 0 | Rooms Available | 26,600 | | 26,600 | | 0 |
| 6,729 | | 6,919 | | -190 | Rooms Sold | 14,077 | | 54,694 | | -40,617 |
| 93.58 | | 88.74 | | 4.84 | ADR | 85.70 | | 65.25 | | 20.46 |
| 62.02% | | 63.77% | | -1.75% | Occupancy % | 52.92% | | 205.62% | | -152.70% |
| 58.04 | | 56.59 | | 1.45 | RevPar | 45.36 | | 134.17 | | -88.81 |
| | | | | | **REVENUE** | | | | | |
| 629,683 | 80.27% | 613,990 | 77.26% | 15,693 | Room Revenues | 1,206,516 | 78.36% | 3,568,807 | 71.08% | -2,362,291 |
| 107,262 | 13.67% | 138,768 | 17.46% | -31,506 | Food Revenues | 242,563 | 15.75% | 1,102,830 | 21.97% | -860,267 |
| 22,105 | 2.82% | 18,944 | 2.38% | 3,161 | Beverage Revenues | 41,965 | 2.73% | 154,760 | 3.08% | -112,795 |
| 1,085 | 0.14% | 1,038 | 0.13% | 47 | Telecomm Revenues | 1,772 | 0.12% | 8,204 | 0.16% | -6,432 |
| 24,320 | 3.10% | 21,998 | 2.77% | 2,322 | Other Revenues | 47,573 | 3.05% | 186,608 | 3.72% | -139,035 |
| 784,455 | 100.00% | 794,739 | 100.00% | -10,272 | **Total Revenues** | 1,539,769 | 100.00% | 5,020,609 | 100.00% | -3,480,820 |
| | | | | | **Departmental Expenses** | | | | | |
| 151,240 | 24.02% | 169,897 | 27.67% | 18,657 | Room Expenses | 379,853 | 31.49% | 1,502,362 | 42.13% | 1,124,655 |
| 79,594 | 73.93% | 99,528 | 71.73% | 19,934 | Food Expenses | 190,322 | 78.46% | 656,814 | 77.65% | 466,491 |
| 9,200 | 37.09% | 8,442 | 44.57% | -758 | Beverage Expenses | 21,657 | 51.61% | 78,291 | 50.59% | 56,634 |
| 2,381 | 0.30% | 3,015 | 0.38% | 634 | Telecomm Expenses | 6,489 | 0.42% | 30,150 | 0.45% | 23,661 |
| 2,761 | 11.35% | 2,438 | 11.09% | -323 | Other Expenses | 4,680 | 9.24% | 20,275 | 10.83% | 15,595 |
| 243,775 | 31.08% | 281,320 | 35.40% | 37,545 | **Total Departmental Expenses** | 601,981 | 39.10% | 2,489,938 | 49.57% | 1,887,957 |
| 540,680 | 68.92% | 513,406 | 64.60% | 27,273 | **Total Departmental Income** | 937,807 | 60.90% | 2,531,671 | 50.43% | -1,593,863 |
| | | | | | **Undistributed Operating Expenses** | | | | | |
| 57,677 | 7.35% | 63,083 | 7.94% | 5,406 | Admin & General Expenses | 145,760 | 9.47% | 637,848 | 12.70% | 492,088 |
| 43,594 | 5.56% | 47,059 | 5.92% | 3,465 | Sales & Marketing Expenses | 97,233 | 6.31% | 485,795 | 9.67% | 388,473 |
| 25,913 | 3.30% | 32,697 | 4.11% | 6,784 | Repairs & Maint. Expenses | 76,143 | 4.95% | 350,195 | 6.98% | 274,052 |
| 61,803 | 7.88% | 84,031 | 10.57% | 22,228 | Utilities Expenses | 172,970 | 11.23% | 829,241 | 16.52% | 656,271 |
| 49,738 | 6.34% | 51,575 | 6.49% | 1,837 | Franchise Fee Expenses | 98,295 | 8.15% | 409,473 | 11.47% | 311,177 |
| 233,715 | 29.79% | 278,438 | 35.04% | 44,723 | **Total Undistributed expenses** | 590,401 | 38.34% | 2,712,463 | 54.03% | 2,122,062 |
| 306,964 | 39.13% | 234,968 | 29.57% | 71,996 | **Gross Operating Profit** | 347,406 | 22.56% | -180,792 | -3.60% | 528,198 |
| 9,392 | 1.20% | 11,921 | 1.50% | 2,529 | Management Fees | 20,732 | 1.35% | 94,897 | 1.89% | 74,165 |
| 297,572 | 37.93% | 223,047 | 28.07% | 74,525 | **Income before Fixed Charges** | 326,674 | 21.22% | -275,689 | -5.49% | 602,363 |
| 1,288 | 0.23% | 6,491 | 0.82% | 5,203 | Insurance | 5,588 | 0.36% | 64,910 | 1.29% | 59,322 |
| 68,612 | 8.75% | 68,750 | 8.65% | 138 | Property Taxes | 166,019 | 10.78% | 687,500 | 13.69% | 521,481 |
| 0 | 0.00% | 0 | 0.00% | 0 | Reserves & Replacements | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Interest | 0 | 0.00% | 0 | 0.00% | 0 |
| 5,378 | 0.69% | 260 | 0.03% | -5,118 | Owners Expense | 5,109 | 0.33% | 0 | 0.00% | -5,109 |
| 0 | 0.00% | 0 | 0.00% | 0 | Equipment Lease | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Equipment Lease – Copier | 14,070 | 0.00% | 2,600 | 0.05% | -11,470 |
| 0 | 0.00% | 0 | 0.00% | 0 | Courtesy Van Lease | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Phone Equipment Lease | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | State Income Tax Expense | 0 | 0.00% | 0 | 0.00% | 0 |
| 75,278 | 9.66% | 75,501 | 9.50% | -277 | **Total Fixed** | 190,786 | 12.39% | 755,010 | 15.04% | 564,224 |
| 221,794 | 28.27% | 147,546 | 18.57% | 74,248 | **Net Operating Income** | 135,888 | 8.83% | -1,030,699 | -20.53% | 1,166,587 |
| 205,645 | 26.22% | 65,000 | 10.70% | -120,645 | Debt Service | 291,311 | 18.91% | 850,000 | 16.93% | 558,769 |
| 16,149 | 2.06% | 62,546 | 7.87% | -46,397 | **Net Income** | -155,343 | -10.09% | -1,880,699 | -37.46% | 1,725,356 |

11/13/2010 at 11:36:10 AM

**DIP CHOA Vision, LLC**
**Crowne Plaza Hartford**
**INCOME STATEMENT**
**As of 10/31/2010**

| CURRENT PERIOD ACTUAL | % | CURRENT PERIOD BUDGET | % | VARIANCE CURRENT PERIOD | CATEGORY | YEAR TO DATE ACTUAL | % | YEAR TO DATE BUDGET | % | VARIANCE YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Rooms Department** | | | | | |
| 629,683 | 100.00% | 613,990 | 100.00% | 15,693 | Room Revenue | 1,206,516 | 100.00% | 3,568,807 | 100.00% | -2,362,291 |
| | | | | | **Rooms Department Payroll** | | | | | |
| 3,448 | 0.55% | 2,537 | 0.41% | -911 | Lobby Attendant | 8,589 | 0.71% | 24,879 | 0.70% | 16,290 |
| 2,516 | 0.40% | 9,100 | 1.48% | 6,584 | Front Office Administration | 12,712 | 1.05% | 87,606 | 2.45% | 74,894 |
| 8,676 | 1.38% | 5,803 | 0.95% | -2,873 | Desk Agents | 18,876 | 1.56% | 51,852 | 1.45% | 32,976 |
| 2,672 | 0.42% | 2,728 | 0.44% | 56 | Night Audit | 7,347 | 0.61% | 26,752 | 0.75% | 19,405 |
| 7,383 | 1.17% | 7,384 | 1.20% | 1 | Executive Housekeeper | 18,721 | 1.55% | 72,408 | 2.03% | 53,687 |
| 14,859 | 2.36% | 14,000 | 2.28% | -859 | Drivers | 37,609 | 3.12% | 121,044 | 3.39% | 83,435 |
| 32,549 | 5.17% | 31,946 | 5.20% | -603 | Room Attendants | 77,266 | 6.40% | 255,450 | 7.16% | 178,184 |
| 6,778 | 1.08% | 5,074 | 0.83% | -1,704 | Housemen | 15,364 | 1.27% | 47,917 | 1.34% | 32,553 |
| 5,692 | 0.90% | 5,635 | 0.92% | -57 | Laundry Attendant | 13,754 | 1.14% | 55,258 | 1.55% | 41,504 |
| 0 | 0.00% | 0 | 0.00% | 0 | Housekeeping Supervisor | 0 | 0.00% | 11,664 | 0.33% | 11,664 |
| 0 | 0.00% | 0 | 0.00% | 0 | Buffet Attendant | 0 | 0.00% | 0 | 0.00% | 0 |
| 84,573 | 13.43% | 84,207 | 13.71% | -366 | Total Rooms Dept Payroll | 210,237 | 17.43% | 754,830 | 21.15% | 544,593 |
| | | | | | **Rooms Dept Payroll Taxes** | | | | | |
| 7,808 | 1.24% | 10,100 | 1.64% | 2,292 | Payroll Taxes | 21,271 | 1.76% | 93,914 | 2.63% | 72,643 |
| 2,451 | 0.39% | 2,200 | 0.36% | -251 | Workers Compensation | 6,485 | 0.54% | 22,000 | 0.62% | 15,515 |
| 6,099 | 0.97% | 5,800 | 0.94% | -299 | Employee Benefits | 12,778 | 1.06% | 58,000 | 1.63% | 45,222 |
| 2,669 | 0.42% | 4,500 | 0.73% | 1,831 | Paid Time Off & Holiday | 16,042 | 1.33% | 59,000 | 1.65% | 42,958 |
| 19,027 | 3.02% | 22,600 | 3.68% | 3,573 | Total Room Dept PR Tax | 56,576 | 4.69% | 232,914 | 6.53% | 176,338 |
| 103,600 | 16.45% | 106,807 | 17.40% | 3,207 | Total Rooms Dept Payroll | 266,813 | 22.11% | 987,744 | 27.68% | 720,931 |

12/11/2010 at 11:36:10 AM

**DIP CHOA Vision, LLC**
**Crowne Plaza Hartford**
**INCOME STATEMENT**
**As of 10/31/2010**

| CURRENT PERIOD ACTUAL | % | CURRENT PERIOD BUDGET | % | VARIANCE CURRENT PERIOD | CATEGORY | YEAR TO DATE ACTUAL | % | YEAR TO DATE BUDGET | % | VARIANCE YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Rooms Operating Expenses** | | | | | |
| 0 | 0.00% | 0 | 0.00% | 0 | Employee Meals | 0 | 0.00% | 0 | 0.00% | 0 |
| 3,481 | 0.55% | 7,680 | 1.25% | 4,199 | Guest Supplies | 12,509 | 1.04% | 60,710 | 1.70% | 48,202 |
| 415 | 0.07% | 1,107 | 0.18% | 692 | Cleaning Supplies | 1,959 | 0.16% | 8,751 | 0.25% | 6,792 |
| 28 | 0.00% | 1,522 | 0.25% | 1,494 | Linens | 2,365 | 0.20% | 12,033 | 0.34% | 9,668 |
| 0 | 0.00% | 160 | 0.03% | 160 | Uniform Cleaning | 155 | 0.01% | 1,600 | 0.04% | 1,445 |
| 0 | | 0 | | 0 | Outside Laundry & Cleaning | 0 | | 0 | | 0 |
| 14,622 | 2.32% | 16,025 | 2.61% | 1,404 | Travel Agent Commission | 29,597 | 2.45% | 127,229 | 3.57% | 97,632 |
| 16,995 | 2.70% | 17,151 | 2.79% | 156 | Reservation Expense | 30,488 | 2.53% | 143,467 | 4.02% | 112,979 |
| 1,026 | 0.16% | 1,591 | 0.26% | 565 | In Room Coffee | 3,069 | 0.25% | 12,580 | 0.35% | 9,511 |
| 3,821 | 0.61% | 3,821 | 0.62% | 0 | Cable Television | 7,642 | 0.63% | 38,210 | 1.07% | 30,568 |
| 70 | 0.01% | 761 | 0.12% | 691 | Printing & Expense | 684 | 0.06% | 6,016 | 0.17% | 5,333 |
| 529 | 0.08% | 415 | 0.07% | -114 | Office Supplies | 1,048 | 0.09% | 3,282 | 0.09% | 2,234 |
| 122 | 0.02% | 125 | 0.02% | 3 | Uniforms | 224 | 0.02% | 1,250 | 0.04% | 1,026 |
| 414 | 0.07% | 484 | 0.08% | 70 | Complimentary Newspapers | 949 | 0.08% | 3,829 | 0.11% | 2,880 |
| 6,116 | 0.97% | 10,724 | 1.75% | 4,609 | Telephone | 20,003 | 1.66% | 84,776 | 2.38% | 64,772 |
| 0 | 0.00% | 0 | 0.00% | 0 | Courtesy Van | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Walk Expense | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 1,522 | 0.25% | 1,522 | Laundry Supplies | 1,349 | 0.11% | 12,033 | 0.34% | 10,684 |
| 0 | 0.00% | 0 | 0.00% | 0 | Complimentary Breakfast | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Breakfast/Reception Supplies | 0 | 0.00% | 0 | 0.00% | 0 |
| 47,640 | 7.57% | 63,090 | 10.28% | 15,450 | **Total Rooms Operating** | 112,040 | 9.29% | 515,765 | 14.45% | 403,725 |
| 151,240 | 24.02% | 169,897 | 27.67% | 18,657 | **Total Rooms Dept Expense** | 378,853 | 31.40% | 1,503,509 | 42.13% | 1,124,656 |
| 478,443 | 75.98% | 444,093 | 72.33% | 34,350 | **Rooms Dept Profit** | 827,663 | 68.60% | 2,065,298 | 57.87% | -1,237,635 |

11/11/2010 at 11:36:10 AM

**DIP CHOA Vision, LLC**
**Crowne Plaza Hartford**
**INCOME STATEMENT**
**As of 10/31/2010**

| CURRENT PERIOD ACTUAL | % | CURRENT PERIOD BUDGET | % | VARIANCE CURRENT PERIOD | CATEGORY | YEAR TO DATE ACTUAL | % | YEAR TO DATE BUDGET | % | VARIANCE YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Food Department** | | | | | |
| | | | | | **Food Revenue** | | | | | |
| 16,635 | 19.75% | 12,108 | 11.29% | 4,526 | Breakfast | 29,254 | 14.70% | 95,715 | 11.66% | -66,461 |
| 6,342 | 7.53% | 7,265 | 6.77% | -923 | Lunch | 12,028 | 6.04% | 57,429 | 7.00% | -45,400 |
| 3,041 | 3.61% | 3,460 | 3.23% | -418 | Dinner | 3,050 | 1.53% | 27,347 | 3.33% | -24,297 |
| 11,195 | 13.29% | 12,800 | 11.94% | -1,606 | Room Service Income | 21,243 | 10.68% | 101,184 | 12.33% | -79,941 |
| 27,375 | 32.50% | 55,000 | 51.29% | -27,625 | Banquet | 95,666 | 48.08% | 408,000 | 49.70% | -312,334 |
| 19,640 | 23.32% | 16,606 | 15.48% | 3,035 | Lounge Food | 37,745 | 18.97% | 131,266 | 15.99% | -93,520 |
| 0 | 0.00% | 0 | 0.00% | 0 | Starbucks Income | 0 | 0.00% | 0 | 0.00% | 0 |
| **84,228** | **100.00%** | **107,238** | **100.00%** | **-23,011** | **Subtotal Food Revenue** | **198,986** | **100.00%** | **820,940** | **100.00%** | **-621,954** |
| | | | | | **Other Food Revenue** | | | | | |
| 13,881 | 60.26% | 18,000 | 57.09% | -4,119 | Banquet Room Rental | 24,279 | 55.72% | 172,500 | 61.19% | -148,221 |
| 5,696 | 6.76% | 9,130 | 8.51% | -3,434 | Banquet Service Charge | 13,485 | 6.78% | 73,090 | 8.90% | -59,605 |
| 3,458 | 15.01% | 4,400 | 13.95% | -943 | A.V. Equipment | 5,813 | 13.34% | 36,300 | 12.68% | -30,488 |
| **23,034** | **100.00%** | **31,530** | **100.00%** | **-8,496** | **Subtotal Other Food** | **43,577** | **100.00%** | **281,890** | **100.00%** | **-238,313** |
| **107,262** | **17.03%** | **138,768** | **22.60%** | **-31,507** | **Total Food Revenue** | **242,563** | **20.10%** | **1,102,830** | **30.90%** | **-860,267** |
| 0 | 0.00% | 0 | 0.00% | 0 | Starbucks Food | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Starbucks Other Expense | 0 | 0.00% | 0 | 0.00% | 0 |
| 1,464 | 1.36% | 1,100 | 0.79% | -364 | Cost of AV | 2,149 | 0.89% | 9,075 | 0.82% | 6,926 |
| 26,813 | 31.83% | 30,563 | 28.50% | 3,750 | Cost of Food Sold | 55,535 | 27.91% | 233,968 | 28.50% | 178,433 |
| **28,277** | **33.57%** | **31,663** | **29.53%** | **3,386** | **Total Cost of Goods** | **57,684** | **28.99%** | **243,043** | **29.61%** | **185,358** |

11/11/2010 at 11:36:10 AM

**DIP CHOA Vision, LLC**
**Crowne Plaza Hartford**
**INCOME STATEMENT**
**As of 10/31/2010**

| CURRENT PERIOD ACTUAL | % | CURRENT PERIOD BUDGET | % | VARIANCE CURRENT PERIOD | CATEGORY | YEAR TO DATE ACTUAL | % | YEAR TO DATE BUDGET | % | VARIANCE YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Food Department Payroll** | | | | | |
| 4,088 | 3.81% | 3,481 | 2.51% | -607 | Food Administration | 11,128 | 4.59% | 34,237 | 3.10% | 23,109 |
| 0 | 0.00% | 2,303 | 1.66% | 2,303 | Restaurant Supervisor | 2,904 | 1.20% | 22,585 | 2.05% | 19,681 |
| 0 | 0.00% | 0 | 0.00% | 0 | Hostess | 0 | 0.00% | 0 | 0.00% | 0 |
| 5,762 | 5.37% | 6,077 | 4.38% | 315 | Wait Staff | 10,992 | 4.53% | 50,060 | 4.54% | 39,068 |
| 8,248 | 7.69% | 8,416 | 6.06% | 168 | Chef | 23,904 | 9.85% | 85,950 | 7.79% | 62,046 |
| 5,943 | 5.54% | 12,500 | 9.01% | 6,557 | Cooks | 15,036 | 6.20% | 109,147 | 9.90% | 94,111 |
| 0 | 0.00% | 0 | 0.00% | 0 | Busser | 0 | 0.00% | 0 | 0.00% | 0 |
| 4,695 | 4.38% | 4,766 | 3.43% | 71 | Dishwashers | 10,956 | 4.52% | 46,737 | 4.24% | 35,781 |
| 1,492 | 1.39% | 2,025 | 1.46% | 533 | Kitchen Prep | 4,163 | 1.72% | 20,858 | 1.89% | 16,695 |
| 208 | 0.19% | 0 | 0.00% | -208 | Banquet Manager | 208 | 0.09% | 0 | 0.00% | -208 |
| 873 | 0.81% | 2,402 | 1.73% | 1,529 | Banquet Wait Staff | 2,896 | 1.19% | 18,807 | 1.71% | 15,911 |
| 2,794 | 2.60% | 3,606 | 2.60% | 812 | Banquet Setup | 7,902 | 3.26% | 28,212 | 2.56% | 20,310 |
| 1,432 | 1.34% | 2,100 | 1.51% | 668 | Room Service Attendant | 3,250 | 1.34% | 21,019 | 1.91% | 17,769 |
| 0 | 0.00% | 0 | 0.00% | 0 | Starbucks Labor | 0 | 0.00% | 0 | 0.00% | 0 |
| **35,534** | **33.13%** | **47,676** | **34.36%** | **12,142** | **Total Food Dept Payroll** | **93,338** | **38.48%** | **437,612** | **39.68%** | **344,274** |
| | | | | | **Food Dept Payroll Taxes** | | | | | |
| 3,857 | 3.60% | 5,981 | 4.31% | 2,124 | Payroll Taxes | 11,037 | 4.55% | 53,561 | 4.86% | 42,524 |
| 865 | 0.81% | 950 | 0.69% | 85 | Workers Compensation | 2,453 | 1.01% | 9,500 | 0.86% | 7,047 |
| 3,889 | 3.63% | 5,300 | 3.82% | 1,411 | Employee Benefits | 7,779 | 3.21% | 53,000 | 4.81% | 45,221 |
| 2,291 | 2.14% | 1,200 | 0.86% | -1,091 | Paid Time Off & Holiday | 7,878 | 3.25% | 20,317 | 1.84% | 12,439 |
| **10,902** | **10.16%** | **13,431** | **9.68%** | **2,529** | **Total Food Dept PR Tax** | **29,147** | **12.02%** | **136,378** | **12.37%** | **107,231** |
| **46,436** | **43.29%** | **61,107** | **44.04%** | **14,671** | **Total Food Dept Payroll** | **122,485** | **50.50%** | **573,990** | **52.05%** | **451,505** |

11/1/2010 at 11:36:10 AM

**DIP CHOA Vision, LLC**
**Crowne Plaza Hartford**
**INCOME STATEMENT**
**As of 10/31/2010**

| CURRENT PERIOD ACTUAL | % | CURRENT PERIOD BUDGET | % | VARIANCE CURRENT PERIOD | CATEGORY | YEAR TO DATE ACTUAL | % | YEAR TO DATE BUDGET | % | VARIANCE YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Food Operating Expenses** | | | | | |
| 1,562 | 1.46% | 1,748 | 1.26% | 187 | Operating Supplies | 3,148 | 1.30% | 13,896 | 1.26% | 10,748 |
| 1,779 | 1.66% | 1,971 | 1.42% | 192 | Cleaning Supplies | 3,627 | 1.50% | 15,660 | 1.42% | 12,034 |
| 221 | 0.21% | 250 | 0.18% | 29 | Linen | 221 | 0.09% | 2,500 | 0.23% | 2,279 |
| 0 | 0.00% | 0 | 0.00% | 0 | Laundry & Outside Cleaning | 0 | 0.00% | 0 | 0.00% | 0 |
| 460 | 0.43% | 75 | 0.05% | -385 | Contract Services | 1,128 | 0.47% | 750 | 0.07% | -378 |
| 185 | 0.17% | 125 | 0.09% | -61 | Printing & Postage | 1,113 | 0.46% | 993 | 0.09% | -121 |
| 134 | 0.13% | 83 | 0.06% | -51 | Office Supplies | 134 | 0.06% | 662 | 0.06% | 528 |
| 0 | 0.00% | 107 | 0.08% | 107 | Uniforms | 375 | 0.15% | 916 | 0.08% | 541 |
| 19 | 0.02% | 399 | 0.29% | 380 | China, Glass & Silver | 286 | 0.12% | 3,955 | 0.36% | 3,669 |
| 0 | 0.00% | 0 | 0.00% | 0 | Food Utensils | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Menus | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | China Air Meals | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Decorations | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Dues, Licenses & Subscriptions | 0 | 0.00% | 450 | 0.04% | 450 |
| 120 | 0.11% | 0 | 0.00% | -120 | Equipment Rental | 120 | 0.05% | 0 | 0.00% | -120 |
| 0 | 0.00% | 0 | 0.00% | 0 | Banquet Operating Supplies | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Banquet Linen Rental | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Miscellaneous | 0 | 0.00% | 0 | 0.00% | 0 |
| **4,481** | **4.18%** | **4,758** | **3.43%** | **277** | **Total Food Operating** | **10,153** | **4.19%** | **39,781** | **3.61%** | **29,628** |
| **79,194** | **73.83%** | **97,528** | **70.28%** | **18,334** | **Total Food Dept Expense** | **190,322** | **78.46%** | **856,814** | **77.69%** | **666,491** |
| **28,068** | **26.17%** | **41,240** | **29.72%** | **-13,173** | **Food Dept Profit** | **52,240** | **21.54%** | **246,016** | **22.31%** | **-193,776** |

11/11/2010 at 11:36:10 AM

**DIP CHOA Vision, LLC**
**Crowne Plaza Hartford**
**INCOME STATEMENT**
**As of 10/31/2010**

| CURRENT PERIOD ACTUAL | % | CURRENT PERIOD BUDGET | % | VARIANCE CURRENT PERIOD | CATEGORY | YEAR TO DATE ACTUAL | % | YEAR TO DATE BUDGET | % | VARIANCE YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Beverage Department** | | | | | |
| | | | | | **Beverage Revenue** | | | | | |
| 16,790 | 75.96% | 15,568 | 82.18% | 1,223 | Bar Liquor | 33,941 | 80.88% | 123,062 | 79.52% | -89,120 |
| 3,334 | 15.08% | 2,200 | 11.61% | 1,134 | Banquet Beverages | 5,005 | 11.93% | 22,401 | 14.47% | -17,396 |
| 0 | 0.00% | 484 | 2.56% | -484 | Room Service | 0 | 0.00% | 3,829 | 2.47% | -3,829 |
| 1,981 | 8.96% | 692 | 3.65% | 1,289 | Restaurant Beverages | 3,019 | 7.19% | 5,469 | 3.53% | -2,451 |
| **22,105** | **100.00%** | **18,944** | **100.00%** | **3,161** | **Total Beverage Revenue** | **41,965** | **100.00%** | **154,760** | **100.00%** | **-112,795** |
| 5,964 | 26.98% | 4,262 | 22.50% | -1,702 | **Cost of Beverages Sold** | 14,995 | 35.73% | 34,821 | 22.50% | 19,827 |
| | | | | | **Beverage Dept Payroll** | | | | | |
| 0 | 0.00% | 0 | 0.00% | 0 | Beverage Admin | 0 | 0.00% | 0 | 0.00% | 0 |
| 1,629 | 7.37% | 2,650 | 13.99% | 1,021 | Bartenders | 4,898 | 11.67% | 25,908 | 16.74% | 21,010 |
| 34 | 0.15% | 215 | 1.13% | 181 | Banquet Bartenders | 203 | 0.48% | 1,602 | 1.04% | 1,400 |
| **1,663** | **7.52%** | **2,865** | **15.12%** | **1,202** | **Total Bev Dept Payroll** | **5,101** | **12.15%** | **27,510** | **17.78%** | **22,409** |
| | | | | | **Bev Dept Payroll Taxes** | | | | | |
| 189 | 0.86% | 430 | 2.27% | 241 | Payroll Taxes | 683 | 1.63% | 4,126 | 2.67% | 3,443 |
| 37 | 0.17% | 90 | 0.48% | 53 | Workers Compensation | 133 | 0.32% | 900 | 0.58% | 767 |
| 0 | 0.00% | 325 | 1.72% | 325 | Employee Benefits | 0 | 0.00% | 3,250 | 2.10% | 3,250 |
| 0 | 0.00% | 80 | 0.42% | 80 | Paid Time Off & Holiday | 54 | 0.13% | 1,184 | 0.77% | 1,130 |
| **226** | **1.02%** | **925** | **4.88%** | **699** | **Total Bev Dept PR Tax** | **870** | **2.07%** | **9,460** | **6.11%** | **8,590** |
| | | | | | **Beverage Operating** | | | | | |
| 0 | 0.00% | 0 | 0.00% | 0 | Bar Operating Supplies | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Bar Cleaning Supplies | 0 | 0.00% | 0 | 0.00% | 0 |
| 127 | 0.58% | 140 | 0.74% | 13 | Linens | 254 | 0.61% | 1,400 | 0.90% | 1,146 |
| 0 | 0.00% | 0 | 0.00% | 0 | Contract Services | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Printing & Postage | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Office Supplies | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | China, Glass & Silver | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Uniforms | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Beverage Utensils | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Menus | 0 | 0.00% | 0 | 0.00% | 0 |
| 220 | 0.99% | 250 | 1.32% | 30 | Cost of Entertainment | 438 | 1.04% | 2,500 | 1.62% | 2,062 |
| 0 | 0.00% | 0 | 0.00% | 0 | Decorations | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Dues, Licenses & Subscriptions | 0 | 0.00% | 2,600 | 1.68% | 2,600 |
| **1,889** | **8.54%** | **3,790** | **20.01%** | **1,901** | **Total Bev Dept Payroll** | **5,970** | **14.23%** | **36,970** | **23.89%** | **31,000** |

11/11/2010 at 11:36:10 AM

**DIP CHOA Vision, LLC**
**Crowne Plaza Hartford**
**INCOME STATEMENT**
**As of 10/31/2010**

| CURRENT PERIOD ACTUAL | % | CURRENT PERIOD BUDGET | % | VARIANCE CURRENT PERIOD | CATEGORY | YEAR TO DATE ACTUAL | % | YEAR TO DATE BUDGET | % | VARIANCE YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 347 | 1.57% | 390 | 2.06% | 43 | Total Bev Operating | 692 | 1.65% | 6,500 | 4.20% | 5,808 |
| 8,200 | 37.09% | 8,442 | 44.57% | 243 | Total Bev Dept Expense | 21,657 | 51.61% | 78,291 | 50.59% | 56,634 |
| 13,906 | 62.91% | 10,502 | 55.43% | 3,404 | Beverage Dept Profit | 20,308 | 48.39% | 76,469 | 49.41% | -56,161 |

11/11/2010 at 11:36:10 AM

**DIP CHOA Vision, LLC**
**Crowne Plaza Hartford**
**INCOME STATEMENT**
**As of 10/31/2010**

| CURRENT PERIOD ACTUAL | % | CURRENT PERIOD BUDGET | % | VARIANCE CURRENT PERIOD | CATEGORY | YEAR TO DATE ACTUAL | % | YEAR TO DATE BUDGET | % | VARIANCE YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Telecommunications** | | | | | |
| | | | | | **Telecomm Revenue** | | | | | |
| 0 | 0.00% | 138 | 13.33% | -138 | Telephone - Local | 0 | 0.00% | 1,094 | 13.33% | -1,094 |
| 1,035 | 95.39% | 899 | 86.67% | 135 | Telephone - Long Distance | 1,741 | 97.15% | 7,110 | 86.67% | -5,369 |
| 0 | 0.00% | 0 | 0.00% | 0 | Internet Income | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | High Speed Internet | 0 | 0.00% | 0 | 0.00% | 0 |
| 50 | 4.61% | 0 | 0.00% | 50 | Telephone - Fax | 51 | 2.85% | 0 | 0.00% | 51 |
| 0 | 0.00% | 0 | 0.00% | 0 | Telephone - Commission | 0 | 0.00% | 0 | 0.00% | 0 |
| **1,085** | **100.00%** | **1,038** | **100.00%** | **47** | **Total Telecomm Revenue** | **1,792** | **100.00%** | **8,204** | **100.00%** | **-6,412** |
| | | | | | **Telecomm Operating** | | | | | |
| 0 | 0.00% | 65 | 0.01% | 65 | Cost of Long Distance | 0 | 0.00% | 650 | 0.01% | 650 |
| 0 | 0.00% | 0 | 0.00% | 0 | Cost of Local Telephone | 0 | 0.00% | 0 | 0.00% | 0 |
| 1,600 | 0.20% | 2,000 | 0.25% | 400 | Fixed Telephone Cost | 5,367 | 0.35% | 20,000 | 0.40% | 14,633 |
| 781 | 0.10% | 950 | 0.12% | 169 | Cost of Internet | 1,123 | 0.07% | 9,500 | 0.19% | 8,377 |
| **2,381** | **0.30%** | **3,015** | **0.38%** | **634** | **Total Telecomm Dept** | **6,489** | **0.42%** | **30,150** | **0.60%** | **23,661** |
| **-1,296** | **-0.17%** | **-1,977** | **-0.25%** | **681** | **Telecomm Dept Profit** | **-4,697** | **-0.31%** | **-21,946** | **-0.44%** | **17,249** |

**DIP CHOA Vision, LLC**
**Crowne Plaza Hartford**
**INCOME STATEMENT**
**As of 10/31/2010**

### Other Revenue Department

#### Other Revenue

| CATEGORY | CURRENT PERIOD ACTUAL | % | CURRENT PERIOD BUDGET | % | VARIANCE CURRENT PERIOD | YEAR TO DATE ACTUAL | % | YEAR TO DATE BUDGET | % | VARIANCE YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| Business Center | 72 | 0.30% | 35 | 0.16% | 37 | 233 | 0.50% | 350 | 0.19% | -117 |
| Other | 0 | 0.00% | 0 | 0.00% | 0 | 65 | 0.14% | 0 | 0.00% | 65 |
| Resort Fee | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0.00% | 0 | 0.00% | 0 |
| Loss and Room Damage | 13,519 | 55.59% | 10,379 | 47.21% | 3,140 | 27,514 | 58.60% | 82,041 | 44.11% | -54,527 |
| Parking Revenue | 0 | 0.00% | 0 | 0.00% | 0 | 14 | 0.03% | 3 | 0.00% | 11 |
| Postage | 0 | 0.00% | 0 | 0.00% | 0 | 3 | 0.00% | 0 | 0.00% | 3 |
| In Room Movies | 2,636 | 10.84% | 2,629 | 11.96% | 7 | 4,503 | 9.59% | 20,784 | 11.17% | -16,280 |
| Attrition Fees | 371 | 1.53% | 1,800 | 8.19% | -1,429 | 371 | 0.79% | 17,050 | 9.17% | -16,679 |
| In-Room Amenities | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0.00% | 0 | 0.00% | 0 |
| In Room Sales | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0.00% | 0 | 0.00% | 0 |
| Refrigerator Rentals | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0.00% | 0 | 0.00% | 0 |
| Guest Transportation | 2,543 | 10.46% | 1,038 | 4.72% | 1,505 | 3,970 | 8.45% | 8,204 | 4.41% | -4,235 |
| No Show | 4,183 | 17.20% | 1,750 | 7.96% | 2,433 | 7,143 | 15.21% | 17,500 | 9.41% | -10,357 |
| Vending Commission | 429 | 1.76% | 830 | 3.78% | -402 | 1,975 | 4.21% | 6,563 | 3.53% | -4,588 |
| ATM Commission | 0 | 0.00% | 200 | 0.91% | -200 | 0 | 0.00% | 2,000 | 1.08% | -2,000 |
| Unclaimed deposits | 0 | 0.00% | 0 | 0.00% | 0 | 124 | 0.26% | 0 | 0.00% | 124 |
| Attraction Ticket Sales | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0.00% | 0 | 0.00% | 0 |
| Interest Income | 0 | 0.00% | 2,495 | 11.35% | -2,495 | 0 | 0.00% | 24,950 | 13.41% | -24,950 |
| Rental Income | 0 | 0.00% | 0 | 0.00% | 0 | 194 | 0.41% | 2,735 | 1.47% | -2,540 |
| Gift Shop Income | 84 | 0.34% | 346 | 1.57% | -262 | 0 | 0.00% | 0 | 0.00% | 0 |
| Rollaway Beds | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0.00% | 0 | 0.00% | 0 |
| Guest Dry Cleaning | 134 | 0.55% | 484 | 2.20% | -350 | 397 | 0.84% | 3,829 | 2.06% | -3,432 |
| Pet Charge | 350 | 1.44% | 0 | 0.00% | 350 | 450 | 0.96% | 0 | 0.00% | 450 |
| **Total Other Dept Revenue** | **24,320** | **100.00%** | **21,986** | **100.00%** | **2,334** | **46,953** | **100.00%** | **186,008** | **100.00%** | **-139,055** |

#### Other Dept Operating

| CATEGORY | CURRENT PERIOD ACTUAL | % | CURRENT PERIOD BUDGET | % | VARIANCE CURRENT PERIOD | YEAR TO DATE ACTUAL | % | YEAR TO DATE BUDGET | % | VARIANCE YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| Cost of In Room Movies | 2,484 | 10.21% | 2,025 | 9.21% | -460 | 4,375 | 9.32% | 16,003 | 8.60% | 11,629 |
| Cost of Valet | 277 | 1.14% | 363 | 1.65% | 87 | 435 | 0.93% | 2,871 | 1.54% | 2,436 |
| Cost of Fire Logs | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0.00% | 0 | 0.00% | 0 |
| Cost of In Room Safes | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0.00% | 0 | 0.00% | 0 |
| Cost of In-Room Amenities | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0.00% | 0 | 0.00% | 0 |
| Cost of Parking | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0.00% | 0 | 0.00% | 0 |
| Cost of Vending Machines | 0 | 0.00% | 50 | 0.23% | 50 | 0 | 0.00% | 500 | 0.27% | 500 |
| Attraction Ticket Expense | 0 | 0.00% | 0 | 0.00% | 0 | -150 | -0.32% | 0 | 0.00% | 150 |
| Cost of Gift Shop | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0.00% | 800 | 0.43% | 800 |
| Cost of Business Center | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0.00% | 0 | 0.00% | 0 |
| Net Health Club | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0.00% | 0 | 0.00% | 0 |
| **Total Other Dept Expense** | **2,761** | **11.35%** | **2,438** | **11.09%** | **-323** | **4,660** | **9.92%** | **20,175** | **10.85%** | **15,515** |
| **Other Dept Profit** | **21,560** | **88.65%** | **19,549** | **88.91%** | **2,011** | **42,293** | **90.08%** | **165,833** | **89.15%** | **-123,540** |

11/11/2010 at 11:36:10 AM

11/11/2010 at 11:36:10 AM

**DIP CHOA Vision, LLC**
**Crowne Plaza Hartford**
**INCOME STATEMENT**
**As of 10/31/2010**

| CURRENT PERIOD ACTUAL | % | CURRENT PERIOD BUDGET | % | VARIANCE CURRENT PERIOD | CATEGORY | YEAR TO DATE ACTUAL | % | YEAR TO DATE BUDGET | % | VARIANCE YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|

11/11/2010 at 11:36:10 AM

**DIP CHOA Vision, LLC**
**Crowne Plaza Hartford**
**INCOME STATEMENT**
**As of 10/31/2010**

| CURRENT PERIOD ACTUAL | % | CURRENT PERIOD BUDGET | % | VARIANCE CURRENT PERIOD | CATEGORY | YEAR TO DATE ACTUAL | % | YEAR TO DATE BUDGET | % | VARIANCE YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Admin & General** | | | | | |
| | | | | | **A&G Department Payroll** | | | | | |
| 7,664 | 0.98% | 7,665 | 0.96% | 1 | General Manager | 19,434 | 1.26% | 73,091 | 1.46% | 53,657 |
| 0 | 0.00% | 0 | 0.00% | 0 | Operations Manager | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Human Resources | 6,250 | 0.41% | 45,894 | 0.91% | 39,644 |
| 3,324 | 0.42% | 4,867 | 0.61% | 1,543 | Accounting | 6,556 | 0.43% | 35,115 | 0.70% | 28,559 |
| 9,668 | 1.23% | 6,916 | 0.87% | -2,752 | Accounting Manager | 21,631 | 1.40% | 63,139 | 1.26% | 41,508 |
| 1,538 | 0.20% | 3,406 | 0.43% | 1,868 | Security/Night Manager | 6,615 | 0.43% | 32,494 | 0.65% | 25,879 |
| 1,868 | 0.24% | 784 | 0.10% | -1,084 | Security | 2,479 | 0.16% | 7,689 | 0.15% | 5,211 |
| **24,063** | **3.07%** | **23,638** | **2.97%** | **-425** | **Total A&G Dept Payroll** | **62,964** | **4.09%** | **257,422** | **5.13%** | **194,458** |
| | | | | | **A&G Payroll Taxes** | | | | | |
| 2,050 | 0.26% | 3,381 | 0.43% | 1,331 | Payroll Taxes | 5,689 | 0.37% | 31,782 | 0.63% | 26,093 |
| 486 | 0.06% | 500 | 0.06% | 14 | Workers Compensation | 1,154 | 0.07% | 5,000 | 0.10% | 3,846 |
| 682 | 0.09% | 675 | 0.09% | -7 | Employee Benefits | 1,363 | 0.09% | 6,750 | 0.13% | 5,387 |
| 312 | 0.04% | 900 | 0.11% | 588 | Paid Time Off & Holiday | 7,155 | 0.46% | 18,272 | 0.36% | 11,117 |
| **3,530** | **0.45%** | **5,456** | **0.69%** | **1,926** | **Total A&G Dept PR Tax** | **15,362** | **1.00%** | **61,804** | **1.23%** | **46,442** |
| **27,593** | **3.52%** | **29,094** | **3.66%** | **1,501** | **Total A&G Dept Payroll** | **78,326** | **5.09%** | **319,226** | **6.36%** | **240,900** |

11/11/2010 at 11:36:10 AM

**DIP CHOA Vision, LLC**
**Crowne Plaza Hartford**
**INCOME STATEMENT**
**As of 10/31/2010**

| CURRENT PERIOD ACTUAL | % | CURRENT PERIOD BUDGET | % | VARIANCE CURRENT PERIOD | CATEGORY | YEAR TO DATE ACTUAL | % | YEAR TO DATE BUDGET | % | VARIANCE YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Admin & General Operating** | | | | | |
| 32 | 0.00% | 100 | 0.01% | 69 | Uniform Cleaning | 117 | 0.01% | 1,000 | 0.02% | 883 |
| 2,415 | 0.31% | 1,875 | 0.24% | -540 | Contract Services | 4,415 | 0.29% | 18,750 | 0.37% | 14,335 |
| 0 | 0.00% | 0 | 0.00% | 0 | Airport Service Fees | 0 | 0.00% | 0 | 0.00% | 0 |
| 712 | 0.09% | 1,245 | 0.16% | 533 | Printing & Postage | 1,726 | 0.11% | 9,845 | 0.20% | 8,119 |
| 481 | 0.06% | 415 | 0.05% | -66 | Office Supplies | 737 | 0.05% | 3,282 | 0.07% | 2,545 |
| 0 | 0.00% | 50 | 0.01% | 50 | Uniforms | 0 | 0.00% | 500 | 0.01% | 500 |
| 85 | 0.01% | 75 | 0.01% | -10 | Telephone | 85 | 0.01% | 750 | 0.01% | 665 |
| 0 | 0.00% | 0 | 0.00% | 0 | Consulting Fees | 0 | 0.00% | 12,300 | 0.24% | 12,300 |
| 0 | 0.00% | 0 | 0.00% | 0 | Asset Management Fee | 0 | 0.00% | 0 | 0.00% | 0 |
| 1,612 | 0.21% | 1,750 | 0.22% | 138 | Payroll Processing Fees | 4,008 | 0.26% | 17,500 | 0.35% | 13,492 |
| 600 | 0.08% | 350 | 0.04% | -250 | Employee Recruitment | 802 | 0.05% | 3,500 | 0.07% | 2,698 |
| 0 | 0.00% | 500 | 0.06% | 500 | Employee Training | 0 | 0.00% | 5,000 | 0.10% | 5,000 |
| 225 | 0.03% | 400 | 0.05% | 175 | Employee Relations | 470 | 0.03% | 7,300 | 0.15% | 6,830 |
| 3,852 | 0.49% | 3,600 | 0.45% | -252 | Employee Meals | 7,800 | 0.51% | 36,000 | 0.72% | 28,200 |
| 4,875 | 0.62% | 850 | 0.11% | -4,025 | Legal & Professional Fees | 4,875 | 0.32% | 8,750 | 0.17% | 3,875 |
| 0 | 0.00% | 0 | 0.00% | 0 | Outside Security | 0 | 0.00% | 1,250 | 0.02% | 1,250 |
| 82 | 0.01% | 1,050 | 0.13% | 968 | Bank Charges | 385 | 0.02% | 9,300 | 0.19% | 8,915 |
| 10,713 | 1.37% | 17,881 | 2.25% | 7,169 | Credit Card Fees | 33,654 | 2.19% | 142,346 | 2.84% | 108,691 |
| 0 | 0.00% | 225 | 0.03% | 225 | Dues, Licenses & Subscriptions | 0 | 0.00% | 2,250 | 0.04% | 2,250 |
| 0 | 0.00% | 0 | 0.00% | 0 | Employee Meals | 0 | 0.00% | 0 | 0.00% | 0 |
| 730 | 0.09% | 300 | 0.04% | -430 | Travel & Auto | 730 | 0.05% | 5,150 | 0.10% | 4,420 |
| 471 | 0.06% | 450 | 0.06% | -21 | Meals & Entertainment | 657 | 0.04% | 4,500 | 0.09% | 3,843 |
| 0 | 0.00% | 0 | 0.00% | 0 | Bad Debt | 0 | 0.00% | 0 | 0.00% | 0 |
| 780 | 0.10% | 0 | 0.00% | -780 | Loss & Damage | 930 | 0.06% | 0 | 0.00% | -930 |
| 261 | 0.00% | 0 | 0.00% | -261 | Cash Variance | 255 | 0.02% | 0 | 0.00% | -255 |
| 2,159 | 0.28% | 2,872 | 0.36% | 713 | Computer Software | 5,789 | 0.38% | 29,350 | 0.58% | 23,561 |
| 0 | 0.00% | 0 | 0.00% | 0 | Miscellaneous | 0 | 0.00% | 0 | 0.00% | 0 |
| **30,084** | **3.83%** | **33,989** | **4.28%** | **3,905** | **Total Admin & Gen Dept** | **67,434** | **4.38%** | **318,622** | **6.35%** | **251,188** |
| **57,677** | **7.35%** | **63,083** | **7.94%** | **5,406** | **Total Admin & Gen Operating** | **145,760** | **9.47%** | **637,848** | **12.70%** | **492,088** |

11/11/2010 at 11:36:10 AM

**DIP CHOA Vision, LLC**
**Crowne Plaza Hartford**
**INCOME STATEMENT**
**As of 10/31/2010**

| CURRENT PERIOD ACTUAL | % | CURRENT PERIOD BUDGET | % | VARIANCE CURRENT PERIOD | CATEGORY | YEAR TO DATE ACTUAL | % | YEAR TO DATE BUDGET | % | VARIANCE YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Sales & Marketing** | | | | | |
| | | | | | **Sales Department Payroll** | | | | | |
| 7,332 | 0.93% | 8,332 | 1.05% | 1,000 | Director of Sales | 16,936 | 1.10% | 79,914 | 1.59% | 62,978 |
| 17,043 | 2.17% | 18,300 | 2.30% | 1,257 | Sales Managers | 43,400 | 2.82% | 194,424 | 3.87% | 151,024 |
| 0 | 0.00% | 0 | 0.00% | 0 | Sales Admin | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Revenue Manager | 0 | 0.00% | 0 | 0.00% | 0 |
| 24,376 | 3.11% | 26,632 | 3.35% | 2,256 | **Total Sales Dept Payroll** | 60,335 | 3.92% | 274,338 | 5.46% | 214,003 |
| | | | | | **Sales Dept Payroll Taxes** | | | | | |
| 2,459 | 0.31% | 3,550 | 0.45% | 1,091 | Payroll Taxes | 5,923 | 0.38% | 36,461 | 0.73% | 30,538 |
| 798 | 0.10% | 600 | 0.08% | -198 | Workers Compensation | 2,077 | 0.13% | 6,000 | 0.12% | 3,923 |
| 341 | 0.04% | 500 | 0.06% | 159 | Employee Benefits | 682 | 0.04% | 5,000 | 0.10% | 4,318 |
| 931 | 0.12% | 975 | 0.12% | 44 | Paid Time Off & Holiday | 7,226 | 0.47% | 16,160 | 0.32% | 8,934 |
| 28,904 | 3.68% | 32,257 | 4.06% | 3,353 | **Total Sales Dept Payroll** | 76,243 | 4.95% | 337,959 | 6.73% | 261,716 |
| 4,529 | 0.58% | 5,625 | 0.71% | 1,096 | **Total Sales Dept PR Tax** | 15,908 | 1.03% | 63,621 | 1.27% | 47,713 |
| | | | | | **Sales Operating Expense** | | | | | |
| 263 | 0.03% | 450 | 0.06% | 188 | Printing & Postage | 316 | 0.02% | 4,500 | 0.09% | 4,184 |
| 0 | 0.00% | 0 | 0.00% | 0 | Contract Services | 0 | 0.00% | 0 | 0.00% | 0 |
| 1,655 | 0.21% | 2,950 | 0.37% | 1,295 | Revenue Management Fees | 4,505 | 0.29% | 29,500 | 0.59% | 24,995 |
| 279 | 0.04% | 130 | 0.02% | -149 | Office Supplies | 388 | 0.03% | 1,300 | 0.03% | 912 |
| 0 | 0.00% | 0 | 0.00% | 0 | Misc Operating Supplies | 0 | 0.00% | 0 | 0.00% | 0 |
| 58 | 0.01% | 65 | 0.01% | 7 | Telephone | 58 | 0.00% | 650 | 0.01% | 592 |
| 1,263 | 0.16% | 800 | 0.10% | -463 | Advertising | 2,082 | 0.14% | 16,100 | 0.32% | 14,018 |
| 3,136 | 0.40% | 3,500 | 0.44% | 364 | Promotions | 7,854 | 0.51% | 29,600 | 0.59% | 21,746 |
| 0 | 0.00% | 750 | 0.09% | 750 | Trade Shows | 716 | 0.05% | 3,445 | 0.07% | 2,729 |
| 0 | 0.00% | 0 | 0.00% | 0 | HRHonors Promotion | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Contributions | 0 | 0.00% | 0 | 0.00% | 0 |
| 1,949 | 0.25% | 1,950 | 0.25% | 1 | Internet Hosting & Promotions | 1,949 | 0.13% | 19,500 | 0.39% | 17,551 |
| 0 | 0.00% | 0 | 0.00% | 0 | Billboards | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Employee Training | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Direct Sales | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Public Relations | 0 | 0.00% | 0 | 0.00% | 0 |
| 1,050 | 0.13% | 2,500 | 0.31% | 1,450 | Dues & Subscriptions | 2,795 | 0.18% | 30,202 | 0.60% | 27,407 |
| 0 | 0.00% | 1,500 | 0.19% | 1,500 | Travel & Auto | 199 | 0.01% | 10,950 | 0.22% | 10,751 |
| 28 | 0.00% | 200 | 0.03% | 172 | Meals & Entertainment | 127 | 0.01% | 2,000 | 0.04% | 1,873 |
| 9,680 | 1.23% | 14,795 | 1.86% | 5,115 | **Total Sales Operating** | 20,990 | 1.36% | 147,747 | 2.94% | 126,757 |
| 38,584 | 4.92% | 47,052 | 5.92% | 8,468 | **Total Sales Dept Expense** | 97,233 | 6.31% | 485,706 | 9.67% | 388,473 |

11/11/2010 at 11:36:10 AM

**DIP CHOA Vision, LLC**
**Crowne Plaza Hartford**
**INCOME STATEMENT**
**As of 10/31/2010**

| CURRENT PERIOD ACTUAL | % | CURRENT PERIOD BUDGET | % | VARIANCE CURRENT PERIOD | CATEGORY | YEAR TO DATE ACTUAL | % | YEAR TO DATE BUDGET | % | VARIANCE YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|

11/11/2010 at 11:36:10 AM

**DIP CHOA Vision, LLC**
**Crowne Plaza Hartford**
**INCOME STATEMENT**
**As of 10/31/2010**

## Repairs & Maintenance

| CATEGORY | CURRENT PERIOD ACTUAL | % | CURRENT PERIOD BUDGET | % | VARIANCE CURRENT PERIOD | YEAR TO DATE ACTUAL | % | YEAR TO DATE BUDGET | % | VARIANCE YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| **R&M Department Payroll** | | | | | | | | | | |
| Director Of Maintenance | 2,027 | 0.26% | 6,285 | 0.79% | 4,258 | 3,446 | 0.22% | 59,361 | 1.18% | 55,915 |
| Facilities Manager | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0.00% | 0 | 0.00% | 0 |
| Engineers | 9,386 | 1.20% | 8,400 | 1.06% | -986 | 25,261 | 1.64% | 90,914 | 1.81% | 65,653 |
| Landscaping Labor | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0.00% | 0 | 0.00% | 0 |
| **Total R&M Dept Payroll** | 11,413 | 1.45% | 14,685 | 1.85% | 3,272 | 28,707 | 1.86% | 150,275 | 2.99% | 121,568 |
| **R&M Dept Payroll Taxes** | | | | | | | | | | |
| Payroll Taxes | 1,075 | 0.14% | 1,893 | 0.24% | 818 | 2,902 | 0.19% | 18,292 | 0.36% | 15,390 |
| Workers Compensation | 386 | 0.05% | 500 | 0.06% | 114 | 1,062 | 0.07% | 5,000 | 0.10% | 3,938 |
| Employee Benefits | 3,436 | 0.44% | 2,800 | 0.35% | -636 | 6,873 | 0.45% | 28,000 | 0.56% | 21,128 |
| Paid Time Off & Holiday | 2,177 | 0.28% | 1,100 | 0.14% | -1,077 | 11,832 | 0.77% | 15,378 | 0.31% | 3,546 |
| **Total R&M Dept PR Tax** | 7,074 | 0.90% | 6,293 | 0.79% | -781 | 22,668 | 1.47% | 66,670 | 1.33% | 44,002 |
| **Total R&M Dept Payroll** | 18,487 | 2.36% | 20,978 | 2.64% | 2,491 | 51,376 | 3.34% | 216,945 | 4.32% | 165,569 |
| **Operating Expense** | | | | | | | | | | |
| Maintenance Supplies | 103 | 0.01% | 269 | 0.03% | 166 | 434 | 0.03% | 2,014 | 0.04% | 1,580 |
| Building | -685 | -0.09% | 900 | 0.11% | 1,585 | 4,104 | 0.27% | 9,000 | 0.18% | 4,896 |
| Landscaping & Grounds | -40 | -0.01% | 0 | 0.00% | -40 | 105 | 0.01% | 3,000 | 0.06% | 2,895 |
| Pool & Spa Maintenance | 133 | 0.02% | 115 | 0.01% | -18 | 265 | 0.02% | 1,150 | 0.02% | 885 |
| Furniture Repair | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0.00% | 0 | 0.00% | 0 |
| Plumbing Repairs | 286 | 0.04% | 484 | 0.06% | 198 | 479 | 0.03% | 3,829 | 0.08% | 3,350 |
| Electrical Repairs | 0 | 0.00% | 484 | 0.06% | 484 | 180 | 0.01% | 3,829 | 0.08% | 3,649 |
| Pest Control | 477 | 0.06% | 625 | 0.08% | 148 | 3,241 | 0.21% | 6,250 | 0.12% | 3,009 |
| Service Contracts | 1,134 | 0.14% | 1,300 | 0.16% | 166 | 1,805 | 0.12% | 26,974 | 0.54% | 25,169 |
| Operating Supplies | 0 | 0.00% | 50 | 0.01% | 50 | 0 | 0.00% | 500 | 0.01% | 500 |
| HVAC Repairs | 0 | 0.00% | 600 | 0.09% | 600 | 0 | 0.00% | 10,400 | 0.21% | 10,400 |
| Equipment Repair | 429 | 0.05% | 300 | 0.04% | -129 | 429 | 0.03% | 3,000 | 0.06% | 2,571 |
| Locks & Keys | 0 | 0.00% | 346 | 0.04% | 346 | 0 | 0.00% | 2,735 | 0.05% | 2,735 |
| Automobile Repairs | 2,184 | 0.28% | 2,500 | 0.31% | 316 | 5,672 | 0.37% | 25,000 | 0.50% | 19,328 |
| Refrigerator Repairs | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0.00% | 0 | 0.00% | 0 |
| Television Repairs | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0.00% | 0 | 0.00% | 0 |
| Laundry Equipment Repairs | 369 | 0.05% | 554 | 0.07% | 185 | 1,478 | 0.10% | 4,376 | 0.09% | 2,897 |
| Lighting | 0 | 0.00% | 346 | 0.04% | 346 | 167 | 0.01% | 2,735 | 0.05% | 2,567 |
| Telephone Repairs | 0 | 0.00% | 346 | 0.04% | 346 | 0 | 0.00% | 0 | 0.00% | 0 |
| Elevator Maintenance | 2,385 | 0.30% | 2,386 | 0.30% | 1 | 4,770 | 0.31% | 23,860 | 0.48% | 19,090 |
| Uniforms Maintenance | 573 | 0.07% | 360 | 0.05% | -213 | 914 | 0.06% | 3,600 | 0.07% | 2,686 |
| Painting | 0 | 0.00% | 100 | 0.01% | 100 | 724 | 0.05% | 1,000 | 0.02% | 276 |
| Travel & Auto | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0.00% | 0 | 0.00% | 0 |

11/11/2010 at 11:36:10 AM

**DIP CHOA Vision, LLC**
**Crowne Plaza Hartford**
**INCOME STATEMENT**
**As of 10/31/2010**

| CURRENT PERIOD ACTUAL | % | CURRENT PERIOD BUDGET | % | VARIANCE CURRENT PERIOD | CATEGORY | YEAR TO DATE ACTUAL | % | YEAR TO DATE BUDGET | % | VARIANCE YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 7,426 | 0.95% | 11,719 | 1.47% | 4,293 | Total R&M Operating | 24,768 | 1.61% | 133,250 | 2.65% | 108,482 |
| 25,913 | 3.30% | 32,697 | 4.11% | 6,784 | Total R&M Dept Expense | 76,143 | 4.95% | 350,195 | 6.98% | 274,052 |

11/11/2010 at 11:26:10 AM

**DIP CHOA Vision, LLC**
**Crowne Plaza Hartford**
**INCOME STATEMENT**
**As of 10/31/2010**

### Utilities Department

#### Utility Department Expense

| CURRENT PERIOD ACTUAL | % | CURRENT PERIOD BUDGET | % | VARIANCE CURRENT PERIOD | CATEGORY | YEAR TO DATE ACTUAL | % | YEAR TO DATE BUDGET | % | VARIANCE YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 47,857 | 6.10% | 55,000 | 6.92% | 7,143 | Electricity | 114,240 | 7.42% | 596,160 | 11.87% | 481,920 |
| -4,571 | -0.58% | 14,345 | 1.81% | 18,916 | Gas | 16,345 | 1.06% | 115,169 | 2.29% | 98,824 |
| 16,516 | 2.11% | 11,954 | 1.50% | -4,562 | Water/Sewer | 37,380 | 2.43% | 95,975 | 1.91% | 58,595 |
| 0 | 0.00% | 0 | 0.00% | 0 | Sewer | 0 | 0.00% | 0 | 0.00% | 0 |
| 2,000 | 0.25% | 2,732 | 0.34% | 732 | Trash | 5,004 | 0.32% | 21,937 | 0.44% | 16,933 |
| 61,803 | 7.88% | 84,031 | 10.57% | 22,228 | Total Utility Dept Expense | 172,970 | 11.23% | 829,241 | 16.52% | 656,271 |

11/11/2010 at 11:36:10 AM

**DIP CHOA Vision, LLC**
**Crowne Plaza Hartford**
**INCOME STATEMENT**
**As of 10/31/2010**

| CURRENT PERIOD ACTUAL | % | CURRENT PERIOD BUDGET | % | VARIANCE CURRENT PERIOD | CATEGORY | YEAR TO DATE ACTUAL | % | YEAR TO DATE BUDGET | % | VARIANCE YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Fixed Charges Department** | | | | | |
| | | | | | **Fixed Charges Expense** | | | | | |
| 1,788 | 0.23% | 6,491 | 0.82% | 4,703 | Insurance | 5,588 | 0.36% | 64,910 | 1.29% | 59,322 |
| 68,612 | 8.75% | 68,750 | 8.65% | 138 | Property Taxes | 166,019 | 10.78% | 687,500 | 13.69% | 521,481 |
| 0 | 0.00% | 0 | 0.00% | 0 | Reserves & Replacements | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Franchise Liquidated Damages | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Interest | 5,109 | 0.33% | 0 | 0.00% | -5,109 |
| 205,645 | 26.22% | 85,000 | 10.70% | -120,645 | Debt Service | 291,231 | 18.91% | 850,000 | 16.93% | 558,769 |
| 5,378 | 0.69% | 260 | 0.03% | -5,118 | Owners Expenses | 14,070 | 0.91% | 2,600 | 0.05% | -11,470 |
| 0 | 0.00% | 0 | 0.00% | 0 | Equipment Lease | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Courtesy Van Lease | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Phone Equipment Lease | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Furniture Lease | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Depreciation Expense | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Amortization Expense | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | State Income Tax Expense | 0 | 0.00% | 0 | 0.00% | 0 |
| 281,423 | 35.88% | 160,501 | 20.20% | -120,922 | **Total Fixed Dept Expense** | 482,017 | 31.30% | 1,605,010 | 31.97% | 1,122,993 |
| | | | | | **Franchise Fees Department** | | | | | |
| | | | | | **Franchise Fees Expense** | | | | | |
| 31,724 | 5.04% | 30,700 | 5.00% | -1,024 | Franchise Fees Royalties | 60,640 | 5.03% | 243,734 | 6.83% | 183,094 |
| 9,517 | 1.51% | 9,210 | 1.50% | -307 | Franchise Fees Marketing | 18,192 | 1.51% | 73,120 | 2.05% | 54,928 |
| 8,497 | 1.35% | 11,666 | 1.90% | 3,168 | Hilton Honors | 19,464 | 1.61% | 92,619 | 2.60% | 73,155 |
| 49,738 | 7.90% | 51,575 | 8.40% | 1,837 | **Total Franchise Fees Dept** | 98,295 | 8.15% | 409,473 | 11.47% | 311,177 |

50

11/1/2010 at 11:36:10 AM

**DIP CHOA Vision, LLC**
**Crowne Plaza Hartford**
**INCOME STATEMENT**
**As of 10/31/2010**

### Market Segment Detail

| CURRENT PERIOD ACTUAL | % | CURRENT PERIOD BUDGET | % | VARIANCE CURRENT PERIOD | CATEGORY | YEAR TO DATE ACTUAL | % | YEAR TO DATE BUDGET | % | VARIANCE YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 62,397 | 9.91% | 46,875 | 7.63% | 15,522 | Rack/BAR | 119,985 | 9.94% | 82,625 | 2.32% | 37,360 |
| 123,904 | 19.68% | 100,625 | 16.39% | 23,279 | IBT (Local/Corp Negotiated) | 216,444 | 17.94% | 184,000 | 5.16% | 32,444 |
| 10,565 | 1.68% | 11,615 | 1.89% | -1,050 | Individual Government | 15,645 | 1.30% | 84,739 | 2.37% | -69,094 |
| 2,804 | 0.45% | 1,375 | 0.22% | 1,429 | Franchise Promo | 3,781 | 0.31% | 24,035 | 0.67% | -20,254 |
| 69,525 | 11.04% | 48,100 | 7.83% | 21,425 | Leisure/Opaque | 151,765 | 12.58% | 87,100 | 2.44% | 64,665 |
| 60,891 | 9.67% | 86,250 | 14.05% | -25,359 | Discount Promo | 128,197 | 10.63% | 700,148 | 19.62% | -571,951 |
| 0 | 0.00% | 0 | 0.00% | 0 | Internet/Consortia | 0 | 0.00% | 0 | 0.00% | 0 |
| 10,235 | 1.63% | 4,350 | 0.71% | 5,885 | Packages | 23,666 | 1.96% | 47,890 | 1.34% | -24,224 |
| 0 | 0.00% | 0 | 0.00% | 0 | FIT | 0 | 0.00% | 0 | 0.00% | 0 |
| **340,320** | **54.05%** | **299,190** | **48.73%** | **41,130** | **Total Transient Revenue** | **659,483** | **54.66%** | **1,210,537** | **33.92%** | **-551,054** |
| 104,498 | 16.60% | 113,000 | 18.40% | -8,502 | Crew (Air) | 238,429 | 19.76% | 949,241 | 26.60% | -710,812 |
| 0 | 0.00% | 0 | 0.00% | 0 | Permanent (Non Taxable) | 0 | 0.00% | 0 | 0.00% | 0 |
| **104,498** | **16.60%** | **113,000** | **18.40%** | **-8,502** | **Total Base Revenue** | **238,429** | **19.76%** | **949,241** | **26.60%** | **-710,812** |
| 0 | 0.00% | 0 | 0.00% | 0 | Tour | 95 | 0.01% | 0 | 0.00% | 95 |
| 117,250 | 18.62% | 97,750 | 15.92% | 19,500 | Conventions/Associations | 118,555 | 9.83% | 318,260 | 8.92% | -199,705 |
| 23,817 | 3.78% | 49,050 | 7.99% | -25,233 | Company Meetings (Group | 89,949 | 7.46% | 526,709 | 14.76% | -436,760 |
| 43,797 | 6.96% | 52,500 | 8.55% | -8,703 | SMERF | 100,005 | 8.29% | 529,014 | 14.82% | -429,009 |
| 0 | 0.00% | 2,500 | 0.41% | -2,500 | Government (Non Taxable) | 0 | 0.00% | 35,046 | 0.98% | -35,046 |
| **184,864** | **29.36%** | **201,800** | **32.87%** | **-16,936** | **Total Group Revenue** | **308,604** | **25.58%** | **1,409,029** | **39.48%** | **-1,100,425** |
| **629,683** | **100.00%** | **613,990** | **100.00%** | **15,693** | **Total Room Revenue** | **1,206,516** | **100.00%** | **3,568,807** | **100.00%** | **-2,362,291** |

11/11/2010 at 11:36:10 AM

**DIP CHOA Vision, LLC**
**Crowne Plaza Hartford**
**INCOME STATEMENT**
**As of 10/31/2010**

## Room Night Statistics

| CURRENT PERIOD ACTUAL | % | CURRENT PERIOD BUDGET | % | VARIANCE CURRENT PERIOD | CATEGORY | YEAR TO DATE ACTUAL | % | YEAR TO DATE BUDGET | % | VARIANCE YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 448 | 6.66% | 375 | 5.42% | -73 | Rack/BAR | 920 | 6.54% | 2,256 | 4.12% | 1,336 |
| 1,096 | 16.29% | 875 | 12.65% | -221 | IBT (Local/Corp Negotiated) | 1,950 | 13.85% | 7,541 | 13.79% | 5,591 |
| 111 | 1.65% | 115 | 1.66% | 4 | Individual Government | 161 | 1.14% | 839 | 1.53% | 678 |
| 45 | 0.67% | 25 | 0.36% | -20 | Franchise Promo | 67 | 0.48% | 472 | 0.86% | 405 |
| 1,086 | 16.14% | 925 | 13.37% | -161 | Leisure/Opaque | 2,478 | 17.60% | 1,675 | 3.06% | -803 |
| 572 | 8.50% | 750 | 10.84% | 178 | Discount Promo | 1,248 | 8.87% | 5,937 | 10.85% | 4,689 |
| 0 | 0.00% | 0 | 0.00% | 0 | Internet/Consortia | 0 | 0.00% | 0 | 0.00% | 0 |
| 68 | 1.01% | 29 | 0.42% | -39 | Packages | 174 | 1.24% | 294 | 0.54% | 120 |
| 0 | 0.00% | 0 | 0.00% | 0 | FIT | 0 | 0.00% | 0 | 0.00% | 0 |
| **3,426** | **50.91%** | **3,094** | **44.72%** | **-332** | **Total Transient Rooms** | **6,998** | **49.71%** | **19,014** | **34.76%** | **12,016** |
| 1,868 | 27.76% | 2,000 | 28.91% | 132 | Crew (Air) | 4,386 | 31.16% | 15,574 | 28.47% | 11,188 |
| 0 | 0.00% | 0 | 0.00% | 0 | Permanent (Non Taxable) | 0 | 0.00% | 0 | 0.00% | 0 |
| **1,868** | **27.76%** | **2,000** | **28.91%** | **132** | **Total Base Rooms** | **4,386** | **31.16%** | **15,574** | **28.47%** | **11,188** |
| 0 | 0.00% | 0 | 0.00% | 0 | Tour | 1 | 0.01% | 0 | 0.00% | -1 |
| 832 | 12.36% | 850 | 12.29% | 18 | Conventions/Associations | 872 | 6.19% | 2,923 | 5.34% | 2,051 |
| 196 | 2.91% | 450 | 6.50% | 254 | Company Meetings (Group) | 811 | 5.76% | 4,730 | 8.65% | 3,919 |
| 407 | 6.05% | 500 | 7.23% | 93 | SMERF | 1,009 | 7.17% | 5,356 | 9.79% | 4,347 |
| 0 | 0.00% | 25 | 0.36% | 25 | Government (Non Taxable) | 0 | 0.00% | 324 | 0.59% | 324 |
| **1,435** | **21.33%** | **1,825** | **26.38%** | **390** | **Total Group Rooms** | **2,693** | **19.13%** | **13,333** | **24.38%** | **10,640** |
| 1,563 | 23.23% | 0 | 0.00% | -1,563 | Out of Order | 3,905 | 27.74% | 0 | 0.00% | -3,905 |
| 0 | 0.00% | 0 | 0.00% | 0 | No Show | 0 | 0.00% | 0 | 0.00% | 0 |
| 16 | 0.24% | 31 | 0.45% | 15 | House Use Rooms | 39 | 0.28% | 304 | 0.56% | 265 |
| 1 | 0.01% | 5 | 0.07% | 4 | Promotional Use Rooms | 5 | 0.04% | 50 | 0.09% | 45 |
| **1,580** | **23.48%** | **36** | **0.52%** | **-1,544** | **Total Non-Market Rooms** | **3,949** | **28.04%** | **354** | **0.65%** | **-3,595** |
| **8,309** | **123.48%** | **6,955** | **100.52%** | **-1,354** | **Total Room Nights Sold** | **18,026** | **128.05%** | **48,275** | **88.26%** | **30,249** |
| 0 | | 8,685 | 0.52% | 8,685 | **Hotel In-Room Guest Count** | 0 | | 68,452 | 0.65% | 68,452 |

11/11/2010 at 11:36:10 AM

**DIP CHOA Vision, LLC**
**Crowne Plaza Hartford**
**INCOME STATEMENT**
**As of 10/31/2010**

### ADR by Market Segment

| CURRENT PERIOD ACTUAL | % | CURRENT PERIOD BUDGET | % | VARIANCE CURRENT PERIOD | CATEGORY | YEAR TO DATE ACTUAL | % | YEAR TO DATE BUDGET | % | VARIANCE YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 139 | 146.84% | 125 | 140.86% | 14 | Rack/BAR | 130 | 152.17% | 37 | 56.13% | 94 |
| 113 | 120.81% | 115 | 129.59% | -2 | IBT (Local/Corp Negotiated) | 111 | 129.51% | 24 | 37.39% | 87 |
| 95 | 101.71% | 101 | 113.82% | -6 | Individual Government | 97 | 113.38% | 101 | 154.79% | -4 |
| 62 | 66.58% | 55 | 61.98% | 7 | Franchise Promo | 56 | 65.84% | 51 | 78.04% | 6 |
| 64 | 68.41% | 52 | 58.60% | 12 | Leisure/Opaque | 61 | 71.46% | 52 | 79.69% | 9 |
| 106 | 113.76% | 115 | 129.59% | -9 | Discount Promo | 103 | 119.85% | 118 | 180.73% | -15 |
| 0 | 0.00% | 0 | 0.00% | 0 | Internet/Consortia | 0 | 0.00% | 0 | 0.00% | 0 |
| 151 | 160.85% | 150 | 169.03% | 1 | Packages | 136 | 158.69% | 163 | 249.64% | -27 |
| 0 | 0.00% | 0 | 0.00% | 0 | FIT | 0 | 0.00% | 0 | 0.00% | 0 |
| **99** | **106.15%** | **97** | **108.97%** | **3** | **Total Transient ADR** | **94** | **109.95%** | **64** | **97.57%** | **31** |
| 56 | 59.78% | 57 | 63.67% | -1 | Crew (Air) | 54 | 63.43% | 61 | 93.41% | -7 |
| 0 | 0.00% | 0 | 0.00% | 0 | Permanent (Non-Taxable) | 0 | 0.00% | 0 | 0.00% | 0 |
| **56** | **59.78%** | **57** | **63.67%** | **-1** | **Total Base ADR** | **54** | **63.43%** | **61** | **93.41%** | **-7** |
| 0 | 0.00% | 0 | 0.00% | 0 | Tour | 0 | 0.00% | 0 | 0.00% | 0 |
| 141 | 150.60% | 115 | 129.59% | 26 | Conventions/Assoc | 136 | 158.63% | 109 | 166.87% | 27 |
| 122 | 129.86% | 109 | 122.83% | 13 | Company Meetings (Group | 111 | 129.41% | 111 | 170.6% | 0 |
| 108 | 115.00% | 105 | 118.37% | 3 | SMERF | 99 | 115.64% | 99 | 151.37% | 0 |
| 0 | 0.00% | 100 | 112.69% | -100 | Government (non-taxable) | 0 | 0.00% | 108 | 165.77% | -108 |
| **129** | **137.67%** | **111** | **124.61%** | **18** | **Total Group ADR** | **115** | **133.70%** | **106** | **161.96%** | **9** |
| **94** | **100.00%** | **89** | **100.00%** | **5** | **Overall Hotel ADR** | **86** | **100.00%** | **65** | **100.00%** | **20** |

11/11/2010 at 11:36:10 AM

**DIP CHOA Vision, LLC**
**Crowne Plaza Hartford**
**INCOME STATEMENT**
**As of 10/31/2010**

| CURRENT PERIOD ACTUAL | % | CURRENT PERIOD BUDGET | % | VARIANCE CURRENT PERIOD | CATEGORY | YEAR TO DATE ACTUAL | % | YEAR TO DATE BUDGET | % | VARIANCE YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Food & Beverage Statistics** | | | | | |
| | | | | | **F&B Covers By Outlet** | | | | | |
| 1,605 | | 935 | | -670 | Breakfast Covers-Outlet 1 | 2,884 | | 7,160 | | 4,276 |
| 579 | | 600 | | 21 | Lunch Covers-Outlet 1 | 1,143 | | 6,000 | | 4,857 |
| 2,184 | 53.06% | 1,535 | 30.17% | 649 | **Total Restaurant Covers** | 4,027 | 39.02% | 13,160 | 27.88% | -9,133 |
| 0 | 0.00% | 0 | 0.00% | 0 | Lounge Food | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | **Total Lounge Covers** | 0 | 0.00% | 0 | 0.00% | 0 |
| 630 | 15.31% | 632 | 12.42% | 2 | Room Service Income | 1,161 | 11.25% | 4,837 | 10.25% | 3,676 |
| 630 | 15.31% | 632 | 12.42% | -2 | **Total Room Service Covers** | 1,161 | 11.25% | 4,837 | 10.25% | -3,676 |
| 276 | 6.71% | 591 | 11.62% | 315 | Banquet--Breakfast | 1,298 | 12.58% | 5,910 | 12.52% | 4,612 |
| 205 | 4.98% | 615 | 12.09% | 410 | Banquet--Lunch | 1,214 | 11.76% | 6,150 | 13.03% | 4,936 |
| 386 | 9.38% | 550 | 10.81% | 164 | Banquet--Dinner | 1,641 | 15.90% | 5,500 | 11.65% | 3,859 |
| 435 | 10.57% | 1,165 | 22.90% | 730 | Banquet--Breaks | 979 | 9.49% | 11,650 | 24.68% | 10,671 |
| 1,302 | 31.63% | 2,921 | 57.41% | -1,619 | **Total Banquet Covers** | 5,132 | 49.73% | 29,210 | 61.88% | -24,078 |
| 4,116 | 100.00% | 5,088 | 100.00% | -972 | **TOTAL F&B COVERS** | 10,320 | 100.00% | 47,207 | 100.00% | -36,887 |
| | | | | | **Revenues Per Cover** | | | | | |
| 0 | 0.00% | 0 | 0.00% | 0 | Breakfast Per Cover | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Lunch Per Cover | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Dinner Per Cover | 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 | Lounge Per Cover | 0 | 0.00% | 0 | 0.00% | 0 |
| 18 | 68.19% | 20 | 74.26% | -2 | Room Service Per Cover | 18 | 77.85% | 21 | 89.54% | -3 |
| 21 | 80.68% | 19 | 69.04% | 2 | Banquet Per Cover | 19 | 79.31% | 14 | 59.79% | 5 |
| 26 | 100.00% | 27 | 100.00% | -1 | **AVG Revenue Per Cover** | 24 | 100.00% | 23 | 100.00% | 0 |

# EXHIBIT "D"

CROWNE PALZA HARTFORD
# NOVEMBER 2010

# CASH  FLOW -  based on BANK STATEMENTS

**BANK BALANCE as of NOVEMBER 1, 2010**       **$656,492.47**

**DEPOSITS / CREDITS**       **$743,757.87**

**WITHDRAWALS / DEBITS**       **($628,675.35)**

**BANK BALANCE as of NOVEMBER 30, 2010**       **$771,574.99**

# Financial Statement Summary
( Final Version not available yet as of Dec. 13, 2010 )

|  | ACTUAL | BK COURT BUDGET | VARIANCE |
|---|---|---|---|
| **REVENUES for THE MONTH of NOV. 2010** | $551,956.00 | $ 549,713.00 | $2,243.00 |
| **EXPENSES for THE MONTH of NOV. 2010** | $640,556.00 | $ 573,919.00 | ($66,637.00) |
| **NET OPERATING INCOME ( LOSS )** | ($88,600.00) | ($24,206.00) | ($64,394.00) |

The Unfavorable Variance of $64K is due to the fact that we have not generated enough business volume.
We are trying our best to cut any unnecessary expenses on an on-going basis.
However, we have enough cash reserves in the account to maintain our current operations.

| In re:<br>CHOA VISION LLC,<br><div align="right">Debtor(s).</div> | CHAPTER 11<br><br>CASE NUMBER 2:10-bk-44798-RN |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

The foregoing document described as 50 MORGAN CT, LLC'S LIMITED OPPOSITION TO DEBTOR'S MOTION FOR AN ORDER AUTHORIZING CONTINUING USE OF CASH COLLATERAL; DECLARATION OF PHILIP A. GASTEIER IN SUPPORT THEREOF will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ["NEF"]** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 27, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Michael Jay Berger    michael.berger@bankruptcypower.com, cristina.frankian@bankruptcypower.com
- Russell Clementson    russell.clementson@usdoj.gov
- Philip A Gasteier    pag@lnbrb.com
- Michael J Heyman    michael.heyman@klgates.com
- Diane Ilacqua    diane.ilacqua@jpmorgan.com
- Leib M Lerner    leib.lerner@alston.com
- David W. Meadows    david@davidwmeadowslaw.com
- Joan E Pilver    joan.pilver@ct.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On December __, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 27, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

<u>Via Attorney Service Delivery</u>
Hon. Richard M. Neiter
United States Bankruptcy Court
255 East Temple Street, Courtroom 1645
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 27, 2010 | John Berwick |  |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                          **F 9013-3.1**

1