**MICHAEL JAY BERGER (State Bar # 100291)**
**LAW OFFICES OF MICHAEL JAY BERGER**
**9454 Wilshire Blvd. 6th Floor**
**Beverly Hills, CA 90212-2929**
**Telephone:    (310) 271-6223**
**Facsimile:    (310) 271-9805**
**michael.berger@bankruptcypower.com**

**Attorney for Debtor,**
**Choa Vision, LLC**

FILED & ENTERED

FEB 04 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mai          DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

|  |  |
|---|---|
| In re | CASE NO.:  2:10-bk-44798-RN |
| CHOA VISION, LLC, a California limited liability company, | Chapter 11 |
|  | [PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE OF CASH COLLATERAL |
| Debtor. | Date:   January 5, 2011<br>Time:   11:00 a.m.<br>Place:  Courtroom 1645 |

On January 5, 2011, at 11:00 a.m., the Court held a continued hearing to consider the Debtor's Motion (the "Motion") in Support of Continued Interim Use of Cash Collateral of Choa Vision, LLC, a California limited liability company ("Debtor"), debtor and debtor-in-possession herein.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having considered the Motion, the Debtor's Supplemental Points and

Authorities in Support of Motion for Continued Interim Use of Cash Collateral and Declaration

of Ron Lim filed December 15, 2010, the Limited Opposition filed by 50 MORGAN CT, LLC

("50 MORGAN"), the Statement Regarding Limited Opposition filed by Plymouth Park Tax

Services, LLC dba Xspand ("Xspand"), and the pleadings and other documents on file in this

Chapter 11 case; and having heard oral argument of counsel, and the Court having found that the

notice of the hearing on the Motion was sufficient, that 50 MORGAN has consented to use of

cash collateral on the terms set forth herein, and for good and adequate cause, hereby makes the

following orders:

1.      Debtor is authorized to use any and all "cash collateral," as that term is defined in

11 U.S.C. § 363(a), now on hand or hereafter collected, in accordance with the budget

("Budget"), attached hereto as Exhibit "1", and incorporated herein by this reference, through

and until March 31, 2011, with the attribution of revenues and expenses to categories to be

consistent with the categories included in the Budget.

2.      Debtor is authorized to make expenditures in amounts not to exceed 110% of each

of the line item amounts contained in the first page of the Budget, except that the franchise fee

may vary with the Debtor's revenues.  Any expenditures in excess of that amount will require the

written approval of 50 MORGAN, or further order of the Court after appropriate notice.  Budget

savings may be carried over within any line item and used by the Debtor in subsequent periods.

3.      50 MORGAN reserves its rights as to any use of cash collateral after December

31, 2010.  Nothing in this order shall be deemed to be an admission by 50 MORGAN that it is

adequately protected, or to prevent 50 MORGAN from exercising any other right or remedy

which may be available to it.

4.      The Debtor shall pay to the 50 MORGAN the sum of $85,000.00 for January on or before January 6, 2011, the sum of $85,000.00 for February on or before February 6, 2011, and the sum of $85,000.00 for March on or before March 6, 2011.

5.      All real property tax payments as shown in the Budget are to be made directly to the taxing authority or to a segregated trust account to be held for the benefit of the tax authority until payment.  The Debtor shall provide evidence of payment to 50 MORGAN by the end of each month.

6.      The Debtor shall satisfactorily demonstrate that sales/use taxes are being paid, and provide evidence of payment to 50 MORGAN by the end of each month.

7.      The Debtor shall provide to 50 MORGAN any reasonable further assurances reasonably requested by 50 MORGAN in connection with any insurance policies held by the Debtor.

8.      The Debtor shall provide to Secured Creditor, by email to its counsel, copies of cash flow income and expense reports, in substantially the same format as the Budget (a) for January 1-15, 2011, by January 22, 2011, (b) for the month of  January 2011 by February 7, 2011, (c) for February 1-15, 2011 by February 22, 2011, (d) for the month of February 2011 by March 7, 2011, (e) for March 1-15, 2011 by March 22, 2011, and (f) for the month of March 2011 by April  6, 2011.  Reports for monthly periods shall show actual and budgeted amounts (as projected in the Budget), together with the variance between such actual and budgeted amounts. The Debtor shall promptly supply such additional detail and supporting documentation for such reports as is reasonably requested by 50 MORGAN.

9.      50 MORGAN shall be granted replacement liens in the Debtor's post-petition assets to the extent of all cash collateral used, to the same extent, validity and priority as 50

3

MORGAN's pre-petition liens; provided that such replacement liens shall not extend to avoidance actions.  The replacement liens shall be perfected automatically upon entry of this order.

10.    Nothing in this Order or in any prior order authorizing Debtor's use of cash collateral shall change the relative priorities of any liens on the Debtor's assets, including, without limitation, any liens of 50 MORGAN or of Xspand.

11.    Should Debtor fail to abide by the terms of this Order, the Debtor's right to use cash collateral by consent shall terminate upon 5 business days notice by 50 MORGAN's counsel to Debtor's counsel of such failure, unless the failure is cured within such 5 business day period.

12.    A hearing regarding continued use of cash collateral will be held on March 24, 2011 at 2:00 p.m. in Courtroom 1645 of this Court, located at 255 E. Temple Street, Los Angeles, California 90012.

13.    The Debtor shall file and serve its Motion in support of the continued use of cash collateral by no later than  March 7, 2011.  Any Opposition must be filed and served by March 14, 2011.

14.   The Debtor shall file a plan and disclosure statement by March 15, 2011.

15.   The Debtor shall file all Monthly Operating Reports currently due, by January 15, 2011.

16.   The Debtor shall correct and explain any and all discrepancies in its Monthly Operating Reports filed with the Office of the United States Trustee, or in financial reports provided to other parties in interest during this case.

[PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE OF CASH COLLATERAL

1  IT IS HEREBY ORDERED.

2                          ***

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  DATED: February 4, 2011          _____
                                     United States Bankruptcy Judge
27

28

[PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE OF CASH COLLATERAL

# EXHIBIT 1

1/4/2011

**DIP CHOA VISION, LLC**
**CROWNE PLAZA HARTFORD**
**INCOME & EXPENSE PROJECTION**
**JAN '11 through MAR '11**

| | Jan 2011 (Forecast) | Feb 2011 (Forecast) | Mar 2011 (Forecast) |
|---|---|---|---|
| Projected Beginning Cash Balance | 523,312 | 488,005 | 453,360 |
| REVENUE | | | |
| Room Revenues | 382,013 | 402,585 | 396,668 |
| Food Revenues | 85,380 | 115,483 | 105,587 |
| Beverage Revenues | 16,632 | 19,173 | 15,837 |
| Telecomm Revenues | 405 | 467 | 402 |
| Other Revenues | 19,140 | 17,801 | 18,937 |
| Total Revenues | 503,570 | 555,510 | 537,431 |
| | | | |
| Departmental Expenses | | | |
| Room Expenses | 114,604 | 120,776 | 119,000 |
| Food Expenses | 59,766 | 80,838 | 73,911 |
| Beverage Expenses | 6,653 | 7,669 | 6,335 |
| Telecomm Expenses | 2,725 | 3,006 | 2,908 |
| Other Expenses | 504 | 556 | 537 |
| Total Departmental Expenses | 184,251 | 212,845 | 202,692 |
| | | | |
| Undistributed Operating | | | |
| Admin & General Expenses | 45,321 | 49,996 | 48,369 |
| Sales & Marketing Expenses | 30,214 | 33,331 | 32,246 |
| Repairs & Maint. Expenses | 20,143 | 22,220 | 21,497 |
| Utilities Expenses | 53,700 | 63,550 | 56,413 |
| Franchise Fee Expenses | 38,201 | 40,259 | 39,667 |
| Total Undistributed Expenses | 187,579 | 209,356 | 198,192 |
| | | | |
| Gross Operating Profit | 131,739 | 133,310 | 136,547 |
| | | | |
| Property Management Fees | 8,812 | 9,721 | 9,405 |
| | | | |
| Fixed Charges | | | |
| Insurance | 4,160 | 4,160 | 4,160 |
| Property Taxes | 64,074 | 64,074 | 64,074 |
| Owners Expense | 5,000 | 5,000 | 5,000 |
| Debt Service | 85,000 | 85,000 | 85,000 |
| Total Fixed Charges | 158,234 | 158,234 | 158,234 |
| | | | |
| Total Expenses to be paid | 538,877 | 590,156 | 568,523 |
| | | | |
| Net Income | -35,307 | -34,645 | -31,092 |
| | | | |
| Projected Ending Cash Balance | 488,005 | 453,360 | 422,268 |

**Rooms Department**

| | Jan-11 | Feb-11 | Mar-11 |
|---|---|---|---|
| Room Revenue | 382,013 | 402,585 | 396,668 |
| | | | |
| Payroll | | | |
| Lobby Attendant | 2,099 | 2,336 | 2,438 |
| Front Office | 7,141 | 8,319 | 8,467 |
| Desk Agents | 3,393 | 5,291 | 4,285 |
| Night Audit | 2,590 | 2,454 | 2,258 |
| Executive Housekeeper | 6,229 | 6,966 | 6,260 |
| Drivers | 10,505 | 12,497 | 14,345 |
| Room Attendants | 18,525 | 19,269 | 17,761 |
| Housemen | 5,271 | 4,339 | 4,689 |
| Laundry Attendant | 4,032 | 4,373 | 4,396 |
| Housekeeping | | | |
| Buffet Attendant | | | |
| Total Rooms Dept | 59,785 | 65,844 | 64,899 |
| | | | |
| Payroll Taxes | | | |
| Payroll Taxes | 7,107 | 7,184 | 6,992 |
| Workers Compensation | 2,129 | 1,911 | 1,691 |
| Employee Benefits | 5,088 | 6,974 | 6,528 |
| Paid Time Off &Holiday | 9,314 | 1,824 | 1,561 |
| Total Room Dept PR | 23,638 | 17,892 | 16,771 |
| | | | |
| Total Rooms Dept | 83,423 | 83,736 | 81,670 |

## Rooms Department

| Rooms Department | Jan-11 | Feb-11 | Mar-11 |
|---|---|---|---|
| Employee Meals | | | |
| Guest Supplies | 3,800 | 4,318 | 4,186 |
| Cleaning Supplies | 926 | 297 | 545 |
| Linens | | 884 | 759 |
| Uniform Cleaning | 148 | 97 | 179 |
| Outside Laundry & | | | |
| Travel Agent | 5,763 | 9,862 | 9,491 |
| Reservation Expense | 10,032 | 10,599 | 9,634 |
| In Room Coffee | 808 | 789 | 841 |
| Cable Television | 3,376 | 3,991 | 3,239 |
| Printing & Expense | 441 | 89 | 525 |
| Office Supplies | 72 | 206 | 359 |
| Uniforms | 20 | 75 | 86 |
| Complimentary | 460 | 288 | 285 |
| Courtesy Van | 4,635 | 4,813 | 6,255 |
| Telephone | | | |
| Walk Expense | 698 | 731 | 945 |
| Laundry Supplies | | | |
| Complimentary | | | |
| Breakfast/Reception | | | |
| Total Rooms | 31,181 | 37,040 | 37,329 |
| Total Rooms Dept | 114,604 | 120,776 | 119,000 |
| Rooms Dept. Profit | 267,409 | 281,809 | 277,668 |

## Food Department

| Food Department | Jan-11 | Feb-11 | Mar-11 |
|---|---|---|---|
| Food Revenue | | | |
| Breakfast | 8,932 | 10,848 | 11,168 |
| Lunch | 5,575 | 7,810 | 7,366 |
| Dinner | 3,056 | 4,014 | 2,804 |
| Room Service Income | 7,977 | 7,881 | 7,237 |
| Banquet | 31,447 | 45,829 | 36,485 |
| Lounge Food | 15,528 | 17,147 | 14,464 |
| Starbucks Income | | | |
| Subtotal Food | 72,515 | 93,529 | 79,524 |
| Other Food Revenue | | | |
| Banquet Room Rental | 8,096 | 13,873 | 15,927 |
| Banquet Service Charge | 3,977 | 6,760 | 6,839 |
| A.V. Equipment | 793 | 1,321 | 3,296 |
| Subtotal Other Food | 12,865 | 21,954 | 26,063 |
| Total Food Revenue | 85,380 | 115,483 | 105,587 |
| Starbucks Food | | | |
| Starbucks Other | | | |
| Cost of AV | 13 | 472 | 1,066 |
| Cost of Food Sold | 13,157 | 22,001 | 19,013 |
| Total Cost of Goods | 13,170 | 22,473 | 20,079 |

## Food Department

| Food Department | Jan-11 | Feb-11 | Mar-11 |
|---|---|---|---|
| Food Administration | 3,895 | 702 | 3,543 |
| Restaurant Supervisor | 0 | 4,805 | 2,189 |
| Hostess | | | |
| Wait Staff | 2,846 | 4,484 | 4,180 |
| Chef | 7,057 | 8,518 | 7,580 |
| Cooks | 7,228 | 8,964 | 8,498 |
| Busser | | | |
| Dishwashers | 3,417 | 5,194 | 4,705 |
| Kitchen Prep | 1,248 | 1,706 | 1,613 |
| Banquet Manager | | | |
| Banquet Wait Staff | 1,319 | 1,442 | 1,377 |
| Banquet Setup | 1,973 | 3,001 | 3,207 |
| Room Service Attendant | 1,010 | 1,195 | 1,931 |
| Starbucks Labor | | | |
| Total Food Dept | 29,992 | 40,011 | 38, |
| Food Dept PR Taxes | | | |
| Payroll Taxes | 4,561 | 6,019 | 5, |
| Workers Comp | 969 | 1,098 | |
| Employee Benefits | 3,714 | 5,184 | 4,062 |
| Paid Time Off & Holiday | 4,848 | 2,849 | |
| Total Food Dept PR | 14,093 | 15,150 | 11,5 |
| Total Food Dept | 57,255 | 77,634 | 70,4 |

| Food Operating | Jan-11 | Feb-11 | Mar-11 |
|---|---|---|---|
| Operating Supplies | 727 | 1,170 | 1,433 |
| Cleaning Supplies | 1,023 | 1,355 | 1,229 |
| Linen | 0 | 228 | 0 |
| Laundry & Outside | 0 | 0 | 0 |
| Contract Services | 48 | 67 | 53 |
| Printing & Postage | 0 | 156 | 376 |
| Office Supplies | 43 | 227 | 14 |
| Uniforms | 0 | 0 | 179 |
| China, Glass & Silver | 0 | 0 | 31 |
| Food Utensils | 0 | 0 | 0 |
| Menus | 0 | 0 | 0 |
| China Air Meals | 0 | 0 | 0 |
| Decorations | 0 | 0 | 0 |
| Dues, Licenses & | 0 | 0 | 0 |
| Equipment Rental | 669 | 0 | 122 |
| Banquet Operating | | | |
| Banquet Linen Rental | | | |
| Miscellaneous | | | |
| Total Food Operating | 2,511 | 3,204 | 3,437 |
| Total Food Dept | 59,766 | 80,838 | 73,911 |
| Food Dept Profit | 25,614 | 34,645 | 31,676 |

| Beverage Department | Jan-11 | Feb-11 | Mar-11 |
|---|---|---|---|
| Beverage Revenue | | | |
| Bar Liquor | 12,480 | 15,169 | 13,660 |
| Banquet Beverages | 2,801 | 1,848 | 1,050 |
| Room Service | 0 | 0 | 0 |
| Restaurant Beverages | 1,351 | 2,156 | 1,13? |
| Total Beverage | 16,632 | 19,173 | 15,83? |
| Cost of Beverages | 3,280 | 3,529 | 2,244 |
| Beverage Dept | | | |
| Beverage Admin | | | |
| Bartenders | 1,988 | 2,012 | 1,537 |
| Banquet Bartenders | 223 | 211 | 91 |
| Total Bev Dept Payroll | 2,211 | 2,223 | |
| Bev Dept PR Taxes | | | |
| Payroll Taxes | 273 | 458 | |
| Workers Compensation | 62 | 77 | |
| Employee Benefits | 0 | 0 | |
| Paid Time Off & Holiday | 482 | 982 | |
| Total Bev Dept PR Tax | 817 | 1,518 | 28? |
| Total Bev Dept Payroll | 3,029 | 3,741 | |
| Beverage Operating | | | |

|  | Jan-11 | Feb-11 | Mar-11 |
|---|---|---|---|
| Bar Operating Supplies |  |  |  |
| Bar Cleaning Supplies |  |  |  |
| Linens |  |  |  |
| Contract Services | 126 | 147 | 85 |
| Printing & Postage |  |  |  |
| Office Supplies |  |  |  |
| China, Glass & Silver |  |  |  |
| Uniforms |  |  |  |
| Beverage Utensils |  |  |  |
| Menus |  |  |  |
| Cost of Entertainment | 218 | 253 | 148 |
| Decorations |  |  |  |
| Dues, Licenses & | 0 | 0 | 1,972 |
| Total Bev Operating | 344 | 399 | 2,204 |
| Total Bev Dept | 6,653 | 7,669 | 6,335 |
| Bev Dept Profit | 9,979 | 11,504 | 9,502 |

|  | Jan-11 | Feb-11 | Mar-11 |
|---|---|---|---|
| Telecommunications |  |  |  |
| Telecommunications |  |  |  |
| Telephone- Local | 317 | 337 | 337 |
| Telephone- Long | 317 | 337 | 337 |
| Internet Income |  |  |  |
| High Speed Internet |  |  |  |
| Telephone- Fax | 4 | 3 | 0 |
| Telephone- Commission |  |  |  |
| Total Telecomm | 638 | 677 | 674 |
| Telecomm Operating |  |  |  |
| Cost of Long Distance | 44 | 31 |  |
| Cost of Local Telephone |  |  |  |
| Fixed Telephone Cost | 1,371 | 1,974 | 2,... |
| Cost of Internet | 1,310 | 1,001 |  |
| Total Telecomm Dept | 2,725 | 3,006 |  |
| Telecomm Dept Profit | -2,087 | -2,329 |  |

| | Jan-11 | Feb-11 | Mar-11 |
|---|---|---|---|
| Other Revenue | | | |
| Other Revenue | | | |
| Business Center | 0 | 0 | 41 |
| Other | | | |
| Resort Fee | | | |
| Loss and Room Damage | | | |
| Parking Revenue | 6,810 | 8,238 | 8,204 |
| Postage | 49 | 0 | 119 |
| In Room Movies | 2,301 | 1,643 | 1,445 |
| Attribution Fees | 2,953 | 261 | 1,381 |
| In-Room Amenities | | | |
| In Room Safes | | | |
| Refrigerator Rentals | | | |
| Guest Transportation | 1,125 | 1,989 | 1,324 |
| No Show | 1,086 | 1,146 | 2,569 |
| Vending Commission | 988 | 737 | 539 |
| ATM Commission | 0 | 0 | 0 |
| Unclaimed deposits | 63 | -62 | 6 |
| Attraction Ticket Sales | | | |
| Interest Income | | | |
| Rental Income | 3,165 | 3,450 | 2,980 |
| Gift Shop Income | 157 | 189 | 141 |
| Rollaway Beds | | | |
| Guest Dry Cleaning | 315 | 140 | 189 |
| Pet Change | 127 | 69 | 0 |
| Total Other Dept | 19,140 | 17,801 | 18,937 |
| Other Dept Operating | | | |
| Cost of In Room Movies | 412 | 520 | 438 |
| Cost of Valet | 54 | 34 | 52 |
| Cost of Fire Logs | | | |
| Cost of In Room Safes | | | |
| Cost of In-Room | | | |
| Cost of Vending | 0 | 0 | 0 |
| Attraction Ticket | | | |
| Cost of Parking | | | |
| Cost of Gift Shop | 38 | 2 | 46 |
| Cost of Business Center | | | |
| Net Health Club | | | |
| Total Other Dept | 504 | 556 | 537 |
| Other Dept Profit | 18,636 | 17,245 | 18,400 |

## Admin & Gen Payroll

| Admin & Gen Payroll | Jan-11 | Feb-11 | Mar-11 |
|---|---|---|---|
| General Manager | 5,715 | 6,026 | 5,283 |
| Operations Manager | | | |
| Human Resources | 3,793 | 4,217 | 4,735 |
| Accounting | 2,153 | 2,232 | 2,787 |
| Accounting Manager | 4,973 | 5,545 | 5,152 |
| Security/Night Manager | 0 | 3,024 | 2,914 |
| Security | 1,986 | 502 | 600 |
| Total A&G Payroll | 18,620 | 21,545 | 21,471 |
| **Admin & Gen Payroll** | | | |
| Payroll Tax | 2,638 | 2,460 | 2,163 |
| Workers Compensation | 298 | 278 | 284 |
| Employee Benefits | 764 | 605 | 579 |
| Paid Time Off & Holiday | 1,792 | 934 | 1,127 |
| Total A&G Dept PR | 5,492 | 4,277 | 4,153 |
| Total Admin & Gen | 24,112 | 25,822 | 25,624 |

## Admin & General

| Admin & General | Mar-11 | Feb-11 | Jan-11 |
|---|---|---|---|
| Uniform Cleaning | 43 | 0 | 41 |
| Contract Services | 1,535 | 2,140 | 1,428 |
| Airport Service Fees | 688 | 642 | 488 |
| Printing & Postage | 269 | 205 | 99 |
| Office Supplies | 0 | 40 | 0 |
| Uniforms | 80 | 81 | 69 |
| Telephone | | | |
| Asset Management Fee | 3858 | 3,303 | 1,506 |
| Consulting Fees | 1,458 | -75 | 160 |
| Payroll Processing Fees | 1,439 | 0 | 490 |
| Employee Recruitment | 214 | 136 | 177 |
| Employee Training | 265 | | |
| Employee Relations | | | |
| Employee Meals | 3,235 | 2,621 | 2,585 |
| Legal & Professional | 2,996 | | 2,564 |
| Outside Security | 50 | 614 | 920 |
| Bank Charges | 6,536 | 9,653 | 8,345 |
| Credit Card Fees | 226 | 1,401 | 139 |
| Dues, Licenses & | | 0 | 168 |
| Employee Meals | | 613 | 144 |
| Travel & Auto | 266 | | |
| Meals & Entertainment | | | |
| Bad Debt | | | |
| Loss & Damage | 120 | 399 | 175 |
| Cash Variance | 126 | -6 | -5 |
| Computer Software | | | |
| Miscellaneous | 2,377 | 2,407 | 1,716 |
| Total A&G Operating | 22,745 | 24,174 | 21,209 |
| Total Admin & Gen | 48,369 | 49,996 | 45,321 |

| | Jan-11 | Feb-11 | Mar-11 |
|---|---|---|---|
| **Sales & Marketing** | | | |
| **Sales Payroll** | | | |
| Director of Sales | 4,819 | 5,270 | 4,928 |
| Sales Managers | 12,811 | 14,163 | 11,791 |
| Sales Admin | 903 | 1,253 | 1,312 |
| Revenue Manager | | | |
| Total Sales Payroll | 18,532 | 20,686 | 18,030 |
| **Sales Payroll Taxes** | | | |
| Payroll Taxes | 2,274 | 2,110 | 1,985 |
| Workers Compensation | 539 | 463 | 511 |
| Employee Benefits | 657 | 769 | 661 |
| Paid Time Off & Holiday | 2,211 | 392 | 4,076 |
| Total Sales PR Tax | 5,680 | 3,733 | 7,232 |
| Total Sales Payroll | 24,212 | 24,419 | 25,263 |
| **Sales Operating** | | | |
| Printing & Postage | 167 | 158 | 341 |
| Contract Services | | | |
| Revenue Management | | | |
| Office Supplies | 43 | 104 | 79 |
| Misc Operating Supplies | | | |
| Telephone | 24 | 31 | 41 |
| Advertising | 1,716 | 3,050 | 1,271 |
| Promotions | 1,353 | 1,684 | 1,717 |
| Trade Shows | | | |
| HRHonors Promotion | | | |
| Contributions | 1,280 | 1,332 | 1,261 |
| Internet Hosting & Billboards | | | |
| Employee Training | | | 12 |
| Direct Sales | | | |
| Public Relations | | | |
| Dues & Subscriptions | 1,368 | 1,622 | 1,510 |
| Travel & Auto | 18 | 766 | 191 |
| Meals & Entertainment | 35 | 165 | 559 |
| Total Sales Operating | 6,002 | 8,912 | 6,983 |
| Total Sales Dept | 30,214 | 33,331 | 32,246 |

| | Jan-11 | Feb-11 | Mar-11 |
|---|---|---|---|
| Repairs & | | | |
| Payroll | | | |
| Director Of Maintenance | 3,174 | 4,193 | 3,625 |
| Facilities Manager | | | |
| Engineers | 6,000 | 7,268 | 6,241 |
| Landscaping Labor | | | |
| Total R&M Payroll | 9,174 | 11,461 | 9,866 |
| R&M Payroll Tax | | | |
| Payroll Taxes | 1,071 | 1,150 | 893 |
| Workers Compensation | 279 | 298 | 231 |
| Employee Benefits | 1,962 | 2,476 | 1,923 |
| Paid Time Off & Holiday | 1,396 | 537 | 245 |
| Total R&M PR Tax | 4,709 | 4,460 | 3,293 |
| Total R&M Dept | 13,883 | 15,921 | 13,159 |
| Operating Expense | | | |
| Maintenance Supplies | 234 | 46 | 120 |
| Building | 633 | 0 | 703 |
| Landscaping & Grounds | 42 | 88 | 80 |
| Pool & Spa Maintenance | 70 | 0 | |
| Furniture Repair | | | |
| Plumbing Repairs | 132 | 0 | 383 |
| Electrical Repairs | 0 | | 0 |
| Pest Control | 226 | 285 | 366 |
| Service Contracts | 1,577 | 1,807 | 1,592 |
| Operating Supplis | 92 | 0 | 0 |
| HVAC Repairs | 0 | 0 | 33 |
| Equipment Repair | 51 | 128 | 193 |
| Locks & Keys | 0 | 0 | 0 |
| Automobile Repairs | 576 | 1,671 | 1,768 |
| Refrigerator Repairs | 201 | | |
| Television Repairs | | | |
| Laundry Equipment | 0 | 0 | 917 |
| Lighting | 439 | 0 | 63 |
| Telephone Repairs | | | |
| Elevator Maintenance | 1,470 | 1,854 | 1,893 |
| Uniforms Maintenance | 209 | 265 | 206 |
| Painting | 311 | 154 | 21 |
| Travel & Auto | | | |
| Total R&M Operating | 6,260 | 6,299 | 8,338 |
| Total R&M Dept | 20,143 | 22,220 | 21,497 |

## Utilities Department

| | Jan-11 | Feb-11 | Mar-11 |
|---|---|---|---|
| Utility Department | | | |
| Electricity | | | |
| Connecticut Light & Power | 46,958 | 47,223 | 39,949 |
| Utility Escrow | | | |
| Gas | 4,326 | 9,434 | 8,548 |
| Water/Sewer | 1,457 | 5,917 | 6,438 |
| Sewer | | | |
| Trash | 959 | 975 | 1,479 |
| Total Utility Dept | 53,700 | 63,550 | 56,413 |

| | Jan-11 | Feb-11 | Mar-11 |
|---|---|---|---|
| Fixed Charges | | | |
| Insurance | | | |
| Property Taxes | 4,160 | 4,160 | 4,160 |
| Reserves & | 64,074 | 64,074 | 64,074 |
| Interest | | | |
| Debt Service | 85,000 | 85,000 | 85,000 |
| Owners Expenses | 5,000 | 5,000 | 5,000 |
| Equipment Lease | | | |
| Courtesy Van Lease | | | |
| Phone Equipment Lease | | | |
| Furniture Lease | | | |
| Depreciation Expense | | | |
| Amortization Expense | | | |
| State Income Tax | | | |
| Total Fixed Dept | 158,234 | 158,234 | 158,234 |
| Franchise Fees | | | |
| Franchise Fees | | | |
| Franchise Fees Royalties | 24,481 | 25,879 | 25,140 |
| Franchise Fees Marketing | 7,344 | 7,763 | 6,56 |
| Hilton Honors | 6,375 | 6,616 | 7,965 |
| Total Franchise Fees | 38201 | 40259 | 3966 |

| In re:  CHOA VISION, LLC | CHAPTER:11 |
|---|---|
| Debtor(s). | CASE NUMBER : 2:10-bk-44798-RN |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

9454 Wilshire Blvd., 6th Floor, Beverly Hills, California 90212

A true and correct copy of the foregoing document described "**[PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE CASH COLLATERAL**" will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐    Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On __January 12, 2011__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on__January 12, 2011__I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/12/11 | Diana Kong | /s/ Diana Kong |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                                     **F 9013-3.1**

6

[PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE OF CASH COLLATERAL

**<u>Service List</u>**

*Section II – Served Via Overnight and/or US Mail*

Chambers of Judge Richard Neiter
United States Bankruptcy Court – Central District of CA
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1652
Los Angeles, California 90012
*Served Via Overnight Mail*

Office of the US Trustee
725 S. Figueroa Street, Suite 2600
Los Angeles, California 90017
*Served Via US Mail*

Hess Corporation
Attention: Legal
One Hess Plaza
Woodbridge, New Jersey 07095
*Served Via US Mail*

U.S. Foodservice Inc.
9399 W. Higgins Rd., Suite 600
Rosemont, Illinois 60018
*Served Via US Mail*

InterContinental Hotels Group
Attention: Legal Department
Three Ravinia Drive, Suite 100
Atlanta, GA 30346
*Served Via US Mail*

Metropolitan District
555 Main Street
PO Box 800
Hartford, CT 06142
*Served Via US Mail*

*Section III – Served Via Facsimile and/or Email*

David W. Meadows
Law Offices of David W. Meadows
1801 Century Park East, Suite 1250
Los Angeles, CA 90067
Attorney for Connecticut Light & Power
*Email: david@davidwmeadowslaw.com*

50 MORGAN CT, LLC.
3435 Wilshire Blvd., Suite 430
Los Angeles, CA 90010
*Facsimile: (213) 487-9776*

7

[PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE OF CASH COLLATERAL

1

2

City of Hartford
550 Main Street
Hartford, CT 06103
*Facsimile: (860) 808-5383*

3

4

5

Commonwealth Business Bank
5055 Wilshire Boulevard, #100
Los Angeles, CA 90036
*Email: david@cwbank.com*

6

7

Greater Hartford C & V Bureau
31 Pratt Street, 4th Floor
Hartford, CT 06103
*Email: mvp@hartfordcvb.org*

8

9

10

One Communications
PO Box 415723
Boston, MA 02241-5721
*Email: mshaw@onecommunications.com*

11

12

13

Packard Hospitality Group
8775 Aero Drive
Suite 335
San Diego, CA 92123
*Email: steve@packard-1.com*

14

15

16

Plymouth Park Tax Services, LLC
Dba XSPAND
115 South Jefferson Road, D-4
Whippany, NJ 07981
*Email: diane.ilacqua@jpmorgan.com*

17

18

19

Solomon Agency Corp.
29-50 Union St. 2nd floor
Suite 200
Flushing, NY 11354
*Facsimile: (718) 461-8185*

20

21

22

State of Connecticut
Department of Revenue Services
25 Sigourney Street
Hartford, CT 06106
*Facsimile: (860) 297-5916*

23

24

25

26

27

28

[PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE OF CASH COLLATERAL

| In re:  CHOA VISION, LLC | CHAPTER:11 |
|---|---|
| Debtor(s). | CASE NUMBER : 2:10-bk-44798-RN |

### NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled "**[PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE OF CASH COLLATERAL**" was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of   January 11, 2011 , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐  Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                      **F 9021-1.1**

### Service List for Notice of Entry

[PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE OF CASH COLLATERAL

1

2    *Section I – Served By the Court Via Notice of Electronic Filing:*

3    Office of the US Trustee
     725 S. Figueroa Street, Suite 2600
4    Los Angeles, California 90017
     ustpregion16.la.ecf@usdoj.gov
5    russell.clementson@usdoj.gov

6    Michael Jay Berger
     michael.berger@bankruptcypower.com
7    cristina.frankian@bankruptcypower.com

8    Irving M Gross
     img@lnbrb.com
9    angela@lnbrb.com

10   Michael J Heyman
     michael.heyman@klgates.com
11
     Joan E Pilver
12   joan.pilver@ct.gov

13   Philip A Gasteier
     pag@lnbrb.com
14
     Leib M Lerner
15   leib.lerner@alston.com

16   Diane Ilacqua
     diane.ilacqua@jpmorgan.com
17
     David W. Meadows
18   david@davidwmeadowslaw.com

19   *Section II – Served by the Court Via US Mail:*

20   CHOA Vision, LLC
     3699 Wilshire Blvd., Suite 720
21   Los Angeles, California 90017

22

23

24

25

26

27

28

[PROPOSED] ORDER AUTHORIZING DEBTOR'S CONTINUED INTERIM USE OF CASH COLLATERAL