```
 1  PHILIP A. GASTEIER (SBN 130043)
    pag@lnbyb.com
 2  ANTHONY A. FRIEDMAN (SBN 201955)
    aaf@lnbyb.com
 3  LEVENE NEALE BENDER YOO & BRILL LLP
    10250 Constellation Boulevard, Suite 1700
 4  Los Angeles, California 90067
 5  Telephone:  (310) 229-1234
    Facsimile:  (310) 229-1244
 6
 7  Attorneys for 50 MORGAN CT, LLC
 8              UNITED STATES BANKRUPTCY COURT
                CENTRAL DISTRICT OF CALIFORNIA
 9                   LOS ANGELES DIVISION
10
    In re:                              ) Case No.: 2:10-bk-44798-RN
11                                      )
    CHOA VISION LLC,                    ) Chapter 11 Case
12                                      )
            Debtor and Debtor in Possession.  ) 50 MORGAN CT, LLC'S
13                                      ) EVIDENTIARY OBJECTIONS TO
                                        ) DECLARATION OF GENE W. CHOE
14                                      ) IN SUPPORT OF DEBTOR'S MOTION
                                        ) FOR AN ORDER :
15                                      ) (1) APPROVING THE SALE
                                        ) TRANSACTION FOR CERTAIN
16                                      ) ROOFTOP EASEMENT ASSET, WITH
                                        ) THE SALE TO BE FREE AND CLEAR
17                                      ) OF ALL LIENS, MORTGAGES AND
                                        ) ENCUMBRANCES PURSUANT TO
18                                      ) BANKRUPTCY CODE SECTION 363
                                        ) ET SEQ.;
19                                      ) (2) APPROVING WIRELESS
                                        ) COMMUNICATION EASEMENT AND
20                                      ) ASSIGNMENT AGREEMENT;
                                        ) (3) APPROVING ASSIGNMENT AND
21                                      ) ASSUMPTION AGREEMENT;
                                        ) (4) APPROVING NET PROFITS
22                                      ) AGREEMENT; AND
                                        ) (5) GRANTING OTHER RELATED
23                                      ) RELIEF
                                        )
24                                      ) Date:    [TO BE SET]
                                        ) Time:
25                                      ) Place: Courtroom 1645
                                        )
26
27
28
```

1

| | |
|---|---|
| 1 | TO THE HONORABLE RICHRD M. NEITER, UNITED STATES |
| 2 | BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, CHOA |
| 3 | VISION, LLC AND OTHER PARTIES IN INTEREST: |

Secured Creditor 50 MORGAN CT, LLC ("50 Morgan") hereby submits its evidentiary objections to the Declaration of Gene W. Choe in Support of the Motion For An Order: (1) Authorizing The Sale Transaction For Certain Rooftop Easement Asset, With The Sale To Be Free and Clear Of All Liens, Mortgages And Encumbrances Pursuant To Bankruptcy Code § 363 Et Seq.; (2) Approving Wireless Communications Easement And Assignment Agreement; (3) Approving Assignment And Assumption Agreement; (4) Approving Net Profits Agreement; And (5) Granting Other Related Relief (the "Motion"), filed by Choa Vision, LLC, the debtor and debtor in possession herein (the "Debtor"):

| Text Reference | Statement | Objection |
|---|---|---|
| ¶ 9, ll. 20-23 | "In the Debtor's business judgment, based upon a fair market analysis, the Debtor is receiving a better than fair market price for the Communication Easement." | Lack of foundation, no stated basis for personal knowledge. Declarant is speaking for the Debtor entity as if he is the Debtor without a foundation for that. This is compounded by reference to a fair market analysis without any reference to who prepared the analysis and how. Fed. R. Evid. 602<br><br>Improper opinion testimony by lay witness. Fed. R. Evid. 701.<br><br>Hearsay. Fed. R. Evid. 802 |
| ¶ 10, ll. 24-25 | "The Purchase Price represents a fair and reasonable offer at the high end of the potential fair market value for the certain Communications Easement in the proposed sale." | Lack of foundation, no stated basis for personal knowledge. Fed. R. Evid. 602<br><br>Improper opinion testimony by lay witness. Fed. R. Evid. 701.<br><br>Hearsay. Fed. R. Evid. 802 |
| ¶ 11, ll. 26-27 | "The Debtor believes it is in the best interest of the Estate that the Sale Motion be approved so that | Lack of foundation, no stated basis for personal knowledge. Declarant is speaking for the |

2

| | | |
|---|---|---|
| | Debtor does not lose this favorable business opportunity." | Debtor entity as if he is the Debtor without a foundation for that. This is compounded by reference to a judgment regarding an "opportunity" without any foundation for that judgment. Fed. R. Evid. 602<br><br>Improper opinion testimony by lay witness. Fed. R. Evid. 701.<br><br>Hearsay. Fed. R. Evid. 802 |

Dated: February 25, 2011

Respectfully Submitted,

50 MORGAN CT, LLC


By:   /s/ Philip A. Gasteier
     PHILIP A. GASTEIER
     ANTHONY A. FRIEDMAN
     LEVENE, NEALE, BENDER, YOO
       &amp; BRILL L.L.P.
     Attorneys for 50 MORGAN CT, LLC

3

| In re:<br>CHOA VISION LLC,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:10-bk-44798-RN |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

The foregoing document described as 50 MORGAN CT, LLC'S EVIDENTIARY OBJECTIONS TO DECLARATION OF GENE W. CHOE IN SUPPORT OF DEBTOR'S MOTION FOR AN ORDER: (1) APPROVING THE SALE TRANSACTION FOR CERTAIN ROOFTOP EASEMENT ASSET, WITH THE SALE TO BE FREE AND CLEAR OF ALL LIENS, MORTGAGES AND ENCUMBRANCES PURSUANT TO BANKRUPTCY CODE SECTION 363 ET SEQ.; (2) APPROVING WIRELESS COMMUNICATION EASEMENT AND ASSIGNMENT AGREEMENT; (3) APPROVING ASSIGNMENT AND ASSUMPTION AGREEMENT; (4) APPROVING NET PROFITS AGREEMENT; AND (5) GRANTING OTHER RELATED RELIEF will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 25, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Michael Jay Berger    michael.berger@bankruptcypower.com, cristina.frankian@bankruptcypower.com
- Russell Clementson    russell.clementson@usdoj.gov
- Philip A Gasteier    pag@lnbrb.com
- Irving M Gross    img@lnbrb.com, angela@lnbrb.com
- Michael J Heyman    michael.heyman@klgates.com
- Diane Ilacqua    diane.ilacqua@jpmorgan.com
- Leib M Lerner    leib.lerner@alston.com
- David W. Meadows    david@davidwmeadowslaw.com
- Joan E Pilver    joan.pilver@ct.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On February __, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 25, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

1

1  <u>Via Attorney Service Delivery</u>
   Hon. Richard M. Neiter
2  United States Bankruptcy Court
   255 East Temple Street, Courtroom 1645
3  Los Angeles, CA 90012

4  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

5
   February 25, 2011         John Berwick                    [signature]
6  *Date*                    *Type Name*                     *Signature*

   This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

7  January 2009                                                          **F 9013-3.1**

2