MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone: (310) 271-6223
Facsimile: (310) 271-9805
michael.berger@bankruptcypower.com

Attorney for Debtor,
CHOA Vision, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CHOA Vision, LLC,<br><br>       Debtor. | CASE NO.: 2:10-bk-44798-RN<br><br>Chapter 11<br><br>**LIMITED REPLY TO 50 MORGAN CT, LLC'S OBJECTIONS TO DEBTOR'S DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 15, 2011**<br><br>**Disclosure Statement Hearing:**<br><br>Date: May 17, 2011<br>Time: 2:00 p.m.<br>Courtroom: 1645<br><br>**Plan Confirmation Hearing:**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: 1645 |

TO THE HONORABLE RICHARD M. NEITER, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE AND TO ALL INTERESTED PARTIES:

1

Choa Vision, LLC, the debtor and debtor-in-possession herein (the "Debtor") hereby submits to this Court the following Limited Reply to the Objections of 50 Morgan CT, LLC ("50 Morgan") Statement Describing Chapter 11 Plan of Reorganization Dated March 15, 2011 ("Disclosure Statement"):

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. STATEMENT OF FACTS

50 Morgan filed its Objection to the Debtor's Disclosure Statement on April 29, 2011.

The hearing on the Disclosure Statement is set for May 17, 2011, at which time hearings on the Debtor's proposed Disclosure Statement and motion for continued use of cash collateral are also scheduled (the "Related Matters").

The purpose of this Limited Reply is to address the potential super-priority claim of 50 Morgan under 11 U.S.C. §507(b).

### II. 50 MORGAN'S POTENTIAL SUPER-PRIORITY CLAIM

50 Morgan has the burden of proving its claim under 11 U.S.C. Section 507(b). *Ford Motor Credit Co. v. Dobbins*, 35 F.3d 860, 866 (4th Cir. 1994). To establish a super-priority claim, a secured creditor must first show that the adequate protection previously provided was inadequate. Second, the creditor must have a claim allowable under §507(a)(1) (which in turn requires that the creditor have an administrative expense claim under §503(b)). Third, the claim must have arisen from either the automatic stay under §362; the use, sale or lease of the collateral under §363; or the granting of a lien under §364(d). *Ford Motor Credit Co. v. Dobbins*, 35 F.3d 860, 865 (4th Cir. 1994); *In re Five Star Partners LP*, 193 B.R. 603, 609 (Bankr. N.D. Ga. 1996).

2

LIMITED REPLY TO 50 MORGAN CT, LLC'S OBJECTIONS TO DEBTOR'S DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 15, 2011

### III. CONCLUSION

The existence and the amount of any potential super-priority claim under Section 507(b) will be determined only after the Court decides on the factors above. If a determination is made that such super-priority claim exists, the Debtor proposes to revise the plan to provide for recoveries to 50 Morgan consistent with any values determined by the Court. However, currently 50 Morgan has not carried its burden.

LAW OFFICES OF MICHAEL JAY BERGER

Dated: May 11, 2011        By: _____
Michael Jay Berger
Attorney for Debtor and Plan Proponent,
CHOA Vision, LLC

In re: CHOA VISION, LLC

Debtor(s).

CHAPTER: 11
CASE NUMBER 2:10-bk-44798-RN

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9454 Wilshire Blvd., 6th floor, Beverly Hills, CA 90212-2929

A true and correct copy of the foregoing document described "**LIMITED REPLY TO 50 MORGAN CT, LLC'S OBJECTIONS TO DEBTOR'S DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 15, 2011**" will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___May 11, 2011___ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒    Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _May 11, 2011_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 11, 2011 | Diana Zuniga | /s/ Diana Zuniga |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                      F 9013-3.1

4

LIMITED REPLY TO 50 MORGAN CT, LLC'S OBJECTIONS TO DEBTOR'S DISCLOSURE STATEMENT DESCRIBING
CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 15, 2011

# SERVICE LIST

*Section I – Served Via Electronic Notice*

Office of the US Trustee (LA)
725 S. Figueroa Street, Suite 2600
Los Angeles, California 90017
ustpregion16.la.ecf@usdoj.gov
russell.clementson@usdoj.gov

Philip A Gasteier
pag@lnbrb.com
*Attorney for 50 Morgan*

Leib M Lerner
leib.lerner@alston.com

Diane Ilacqua
diane.ilacqua@jpmorgan.com

David W. Meadows
david@davidwmeadowslaw.com

Joan E Pilver
joan.pilver@ct.gov

Michael Jay Berger
michael.berger@bankruptcypower.com
cristina.frankian@bankruptcypower.com

Michael J Heyman
michael.heyman@klgates.com
*Attorney for Plymouth Park Tax Services, LLC dba Xspand*

*Section II – Served Via US Mail*

Chambers of Judge Richard Neiter
United States Bankruptcy Court – Central District of CA
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1652
Los Angeles, California 90012

Hess Corporation
Attention: Legal
One Hess Plaza
Woodbridge, New Jersey 07095

U.S. Foodservice Inc.
9399 W. Higgins Rd., Suite 600
Rosemont, Illinois 60018

InterContinental Hotels Group
Attention: Legal Department

LIMITED REPLY TO 50 MORGAN CT, LLC'S OBJECTIONS TO DEBTOR'S DISCLOSURE STATEMENT DESCRIBING
CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 15, 2011

1 | Three Ravinia Drive, Suite 100
Atlanta, GA 30346
2 | City of Hartford
550 Main Street
3 | Hartford, CT 06103

4 | Solomon Agency Corp.
29-50 Union St. 2nd floor
5 | Suite 200
Flushing, NY 11354
6 |

State of Connecticut
7 | Department of Revenue Services
25 Sigourney Street
8 | Hartford, CT 06106

9 | Commonwealth Business Bank
5055 Wilshire Boulevard, #100
10 | Los Angeles, CA 90036

11 | Greater Hartford C & V Bureau
31 Pratt Street, 4th Floor
12 | Hartford, CT 06103

13 | Metropolitan District
555 Main Street
14 | PO Box 800
Hartford, CT 06142
15 |

One Communications
16 | PO Box 415721
Boston, MA 02241-5721
17 |

Packard Hospitality Group
18 | 8775 Aero Drive
Suite 335
19 | San Diego, CA 92123

LIMITED REPLY TO 50 MORGAN CT, LLC'S OBJECTIONS TO DEBTOR'S DISCLOSURE STATEMENT DESCRIBING
CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 15, 2011